# EXHIBIT A –
# July 2021 Inspection Report
# Part 1



United States Department of Agriculture
Animal and Plant Health Inspection Service

DCARE
**2016090000739001** Insp_id

## Inspection Report

ENVIGO RMS LLC
8520 Allison Pointe Blvd., Suite 400
INDIANAPOLIS, IN 46250

Customer ID: **506554**
Certificate: **32-A-0774**
Site: 005
ENVIGO RMS LLC

Type: ROUTINE INSPECTION
Date: 20-JUL-2021

**2.40(b)(3)** **Direct**

**Attending veterinarian and adequate veterinary care (dealers and exhibitors).**

15 animals had medical problems that had not been identified or treated by the facility prior to the inspection.

July 20th, 2021:

***An adult female beagle (CLDCCL) had an abnormal right eye. There was a moderate amount of thick greenish yellow discharge around the edge of the eye. The membrane at the inner corner of the eye was protruding (“cherry eye”). The surface of the eye was slightly grey and there was an irregular, roughened area approximately ¼ inch diameter within this grey area near the inner corner of the eye. This eye condition was not previously identified by the facility and the dog was not receiving any treatments for the eye. The attending veterinarian examined the dog and stated that the eye condition was likely not present for more than two days, and treatment was started for the eye condition.

***An adult female beagle (CGDCEX) had severe dental disease. The back 4 upper teeth on the left side were completely covered with hard, brown tartar and the gums were red. There was hair embedded in the tartar. The right upper canine tooth was 50% covered with tartar, and the gums adjacent to the tooth were inflamed. The 2 back upper teeth on the right side were 90% covered with hard, brown tartar, and there was hair embedded in the tartar. The gums were red. The attending veterinarian examined the dog and stated that the dog had severe dental disease. The animal last had a dental cleaning in May 2019.

**Prepared By:** DIANA CARE — USDA, APHIS, Animal Care

**Title:** VETERINARY MEDICAL OFFICER

**Date:** 18-OCT-2021

**Received by Title:** Facility Representative

**Date:** 18-OCT-2021

United States Department of Agriculture
Animal and Plant Health Inspection Service

DCARE
**2016090000739001** Insp_id

**Inspection Report**

***An adult female beagle (CGGCAE) was itching her right ear continuously. When the ear flap was lifted, the ear canal was thickened, reddened, and there was a brown waxy debris in the ear. The left ear canal was also thickened, reddened, and contained waxy brown debris and a small amount of clear discharge. There were small red scabs on the outside of both the right and left ears. The facility had not previously identified this dog's ear condition and the dog was not currently being treated for its ear condition, but the facility started treatment during the inspection.

***One adult female beagle (CKKCPZ) had a skin issue. The dog had patchy hair loss and a thinning coat along with some scabs affecting approximately 70% of the right side of the dog's rib cage and side. The skin appeared mildly irritated and red. According to the attending veterinarian, the dog's skin condition had not been observed previously and the dog was not being treated for this condition, and treatment was started the same day.

***One adult beagle (CNACDX) was identified with large quantities of fur stuck on the bottoms of the front paws and between the toes of these paws. On examination, an approximately 1-inch diameter area of hair loss with yellow crusts and red skin was identified at the tail base. The hair surrounding this area was crusty. According to the attending veterinarian, the dog's skin condition had not been observed previously and the dog was not being treated for this condition, but treatment was started the same day.

***One adult female beagle (CFECGS) in the broodstock area (G1, room #10) had severe dental disease. The 2 upper left back teeth were completely covered with hard brown tartar, and there were pieces of hair in the tartar. The gums above these teeth were red and bled slightly when touched. The dog was prioritized for a dental cleaning.

***One adult female beagle (CICCYS) in the broodstock area (G1, room #10) had severe dental disease. There was gingivitis, gum recession, and some hair in the tartar. The attending vet examined the dog's teeth and agreed that severe dental disease was present.

July 21, 2021

**Prepared By:** DIANA CARE
USDA, APHIS, Animal Care
**Date:** 18-OCT-2021

**Title:** VETERINARY MEDICAL OFFICER

**Received by Title:** Facility Representative
**Date:** 18-OCT-2021

Page 2 of 13



United States Department of Agriculture
Animal and Plant Health Inspection Service

DCARE
**2016090000739001** Insp_id

## Inspection Report

***One adult female beagle (CLGCST) located in G2, room 2, kennel #44, had a wound on the outer surface of her left ear. The wound was approximately 1 inch long and ½ inch wide, and was covered by a dark brown scab. The scab had pulled away from the ear on the front edge and there was a small amount of red and pink milky fluid in the area. There was a small amount of patchy hair loss at the base of the ear. Facility personnel had not previously identified this lesion, and began treatment immediately.

***One male puppy (CMCCIZ) located in G2, room 3, kennel #73, was reluctant to bear weight on the right front foot. The underside of each of the middle two toes on the front right foot had a small circular red area approximately 1/3 inch in diameter. There were yellow crusts or scabs on the underside of all four toes on this foot. Facility personnel had not previously identified this lesion, and began treatment immediately.

***One adult male beagle (CKDCBZ) located in G2, Room 8, Kennel 48, was reluctant to stand and bear weight on his left rear leg. He would stand for a short period of time and then lay down, despite his cage mates jumping around excitedly. This toe was swollen, and skin in the area between this toe and the next was red. The toe nail was curved tightly against the underlying pad. The attending veterinarian further trimmed the nail on this toe and there was a depression left in the toe pad where the nail had been. Facility personnel had not previously identified this issue, and created a treatment plan immediately and was given pain medication the same day.

***One adult female beagle (CGASCD), located in G1, Room 3, Kennel #24, had severe dental disease and a skin issue. On both sides of the mouth, the upper back teeth were completely covered in a hard brown tartar, the adjacent gums were red, swollen, and had pulled back from the teeth. On the right side, there was a greyish substance along the gum line. On the left side of the dog's neck, where the neck meets the lower jaw, there was an yellowish brown scab approximately 1 inch wide and 1.5 inches long. The skin around the edges of the scab was hairless and red, and there was a small amount of clear fluid at the center of the scab. Facility personnel had not previously identified this issue, and

**Prepared By:** DIANA CARE
USDA, APHIS, Animal Care
**Title:** VETERINARY MEDICAL OFFICER
**Date:** 18-OCT-2021

**Received by Title:** Facility Representative
**Date:** 18-OCT-2021

Page 3 of 13

United States Department of Agriculture
Animal and Plant Health Inspection Service

DCARE
**2016090000739001** Insp_id

## Inspection Report

created a treatment plan immediately.

***One adult female beagle (CFHCAS), located in G1, room 4, kennel 23, had severe dental disease. On the left side of the mouth, the upper back teeth were completely covered in hard brown tartar, and there was hair stuck in the tartar. The adjacent gums were red and swollen and pulling away from the teeth. On the right side of the mouth, the upper middle teeth were completely covered in hard brown tartar, and the gums were swollen and had pulled back from some of the teeth exposing the roots of the teeth. There was greyish material along the gum line. Facility personnel had not previously identified this issue. The dog was prioritized for a dental cleaning.

*** In Building G2, Room 1, an adult female beagle (CLACHJ) has a large, firm, pink and swollen area of skin between the 3rd and 4th toes of her right front paw. The cyst was approximately 1" in length and approximately 70-80% the length of the toes. She was reluctant to bear her full weight on the right front limb. According to the attending veterinarian, the condition was not previously identified by the facility and no treatments had been initiated prior to the time of observation. The dog received treatment immediately.

***In Building G2, Room 5, an adult male beagle (CMBCIA) has discharge in the left eye. The eye has milky, yellow discharge around the edges and there are crusts on the surrounding eyelid. The eye and surrounding tissues were mildly inflamed and red. The condition was not previously identified by the facility and treatment began immediately.

***In Building G1, Room 3, an adult female beagle (CHICPT) has a large amount of patchy hair loss encompassing approximately 80% of her entire coat. The hair loss is primarily over the trunk, sides, and top side of her tail. There are several small yellow scabs spread throughout the hair loss and the skin is red over the tail where the hair is missing. She was not found scratching or chewing during inspection. According to the attending veterinarian, this issue had not been observed and the dog had not been started on any medical treatment prior to the inspection. The attending veterinarian examined the dog and created a treatment plan.

**Prepared By:** DIANA CARE
USDA, APHIS, Animal Care

**Title:** VETERINARY MEDICAL OFFICER

**Date:** 18-OCT-2021

**Received by Title:** Facility Representative

**Date:** 18-OCT-2021



United States Department of Agriculture
Animal and Plant Health Inspection Service

DCARE
**2016090000739001** Insp_id

**Inspection Report**

Animals with medical conditions including eye, skin, ear, and dental problems, may suffer from pain, discomfort, infection, and stress. Daily observation of animals to identify medical problems is essential for animal health and welfare.

Correct by July 23, 2021 by observing animals on a daily basis to identify physical, medical or behavioral problems, and communicate all findings to the attending veterinarian promptly.

**2.131(b)(1) Direct**

**Handling of animals.**

***In Building 97, Room 15, at 1:36 PM on 07/20/21, a 3-week-old male puppy was found in the pan below cage # 97-11-15. The puppy was huddled, depressed and not actively vocalizing or searching for his dam. He had dried excreta in his fur. When handled he remained listless and quiet. Upon removing the puppy from the pan and replacing him into the cage above, with his dam (CHBCMX), he immediately began crawling towards the rest of the litter. According to the facility operations manager, the room had been cleaned around 9 AM that morning and this puppy belonged in the cage above the tray where he was found. The facility operations manager indicated that this puppy must have fallen into the tray during the morning cleaning. There are no gaps or areas where the puppy could fall out of the cage when the cage door is closed. The puppy was immediately examined and treated by the attending veterinarian.

Young puppies who fall into trays below their cage may become distressed, cold, hungry, dehydrated, or contaminated with feces and urine.

Correct by July 23rd, 2021 by ensuring all puppies are handled expeditiously and carefully in a manner that does not cause excessive cooling, behavioral stress, or unnecessary discomfort. This noncompliance was discussed with facility management and the facility took steps to address this issue immediately.

***13 nursing adult female beagles, housed in individual cages with their litters of 6-week old puppies (78 total), were fasted for 42 hours. The facility representatives stated that this reduces milk production and is part of their current standard operating procedure for weaning which they believe reduces the risk of mastitis. This was conducted in

**Prepared By:** DIANA CARE
USDA, APHIS, Animal Care
**Title:** VETERINARY MEDICAL OFFICER

**Date:** 18-OCT-2021

**Received by Title:** Facility Representative

**Date:** 18-OCT-2021



United States Department of Agriculture
Animal and Plant Health Inspection Service

DCARE
**2016090000739001** Insp_id

**Inspection Report**

accordance with the facility's "Weaning of puppies" procedure (EGS-SOP-PRD-6616). Metal automatic food dispensers (self-feeders) which were normally mounted on the doors of each cage were turned around and left on the doors of the cage, so that the dogs could see and smell the food but could not eat it. Many of these self-feeders did not have lids, so the dog food was visible through the uncovered top of the feeders. Food access was removed on Monday (07/19/21) after noon, and food access was returned to the dogs on Wednesday (07/21/21) beginning around 6AM when the females were separated from their litters and moved to a different housing area. The inspectors initially observed the dogs at approximately 12PM on Tuesday, 7/20/21. Three dams were observed to be reaching their front paws through the doors of the cages to reach the food in the top of their feeders, these dogs were seen trying to scoop or dig out food from the feeders but could only retrieve the occasional piece of kibble. One dam was observed to be vigorously licking the back of the self-feeder, another was observed intently smelling the side of the feeder.

Deprivation of food causes stress, hunger, and anxiety. Placing the food where it can be seen, smelled, and in some cases touched by dogs while the dogs are fasting is causing unnecessary distress and anxiety.

Correct by July 23rd, 2021 by ensuring that dogs are handled in a manner that does not cause unnecessary discomfort and/or behavioral stress. This noncompliance was discussed with facility management at the time of initial observation on Tuesday 7/20/2021.

**3.3(a)** **Direct**

**Sheltered housing facilities.**

Puppies and adult dogs were housed in sheltered housing facilities in which the temperature inside the sheltered area exceeded 85 degrees Fahrenheit for at least 5 hours.

The temperature was measured in multiple locations in the following rooms:

Building G2, Room 3 (contains 543 puppies and 21 adults including some that are currently receiving medical treatment for minor conditions):

**Prepared By:** DIANA CARE
USDA, APHIS, Animal Care
**Title:** VETERINARY MEDICAL OFFICER
**Date:** 18-OCT-2021

**Received by Title:** Facility Representative
**Date:** 18-OCT-2021

Page 6 of 13



United States Department of Agriculture
Animal and Plant Health Inspection Service

DCARE
**2016090000739001** Insp_id

**Inspection Report**

86.4F, 86.1F, and 86.0F at 11:40AM

89.4F, 89.1F, and 89.2F at 1:30PM

90.5F, 90.3F, 90.2F at 2:36PM

90.8F, 90.7F, 90.8F at 3:42PM

91.3F, 91.2F, 91.0F at 4:55PM

Building G2, Room 2 (contains 112 adult dogs, 219 puppies)

86.4F, 86.2F, and 86.2F at 11:42AM

88.7F, 89.0F, 89.1F at 1:33PM

90.2F, 90.1F, 90.2F at 2:33PM

90.7F, 90.8F, 90.7F at 3:39PM

92.3F, 92.2F, 91.8F at 4:53PM

Building G2, Room 1 (contains 319 dogs)

86F at 11:45AM

88.7F, 88.8F, and 88.9F at 1:36PM

90.0F, 89.1F, 90.1F at 2:31PM

92.0F, 91.8F, 91.9F at 3:37PM

92.3, 92.1, 92.0 at 4:49PM

The outdoor ambient temperature taken mainly in shaded areas were 89F at 11:48AM, 91F at 2PM, 92.3F at 2:30PM, and 92.7F at 4:15PM.

Other buildings, which are constructed in the same way and in which the temperature is managed in the same way, were of similar ambient temperatures in their sheltered areas throughout the day. G2 building, room 8 was 89.0F at 1:18PM.

**Prepared By:** DIANA CARE
USDA, APHIS, Animal Care
**Title:** VETERINARY MEDICAL OFFICER

**Date:** 18-OCT-2021

**Received by Title:** Facility Representative

**Date:** 18-OCT-2021

Page 7 of 13



United States Department of Agriculture
Animal and Plant Health Inspection Service

DCARE
**2016090000739001** Insp_id

**Inspection Report**

G1 building, room 1 was 89.9F at 3:03PM. G1 building, room 4 was 90.1F inside at 4:11PM. G1 building, room 5 (which contained a very small number of dogs) was 88.4F at 4:20PM.

Each room had a large fan at one end and two exhaust fans at the other end. There is no air conditioning or other mechanism in place for cooling this building. The facility stated that they typically monitor temperatures once daily at approximately 7 AM. The adult dogs within the buildings were easily excited by the presence of USDA personnel, and were usually jumping, barking, and panting excitedly when inspectors were present. When USDA personnel returned to the rooms throughout the afternoon as temperatures increased, both dogs and puppies were observed to be sleeping. When sleeping, the dogs were avoiding contact and were splayed out not touching each other. Puppies were frequently observed sleeping on the cinderblock at the bottom of the door between the inside and outside of the kennel. Dogs that were awake and not barking or overly excited were often observed to be panting.

Dogs who are hot may experience discomfort, lethargy, or stress. Puppies and dogs with medical problems are especially vulnerable to the effects of hot weather.

Correct by July 26th, 2021 by providing additional / alternate cooling mechanisms that ensure ambient temperatures that do not exceed 85F for more than 4 consecutive hours when dogs are present, and that adequately provides for animal comfort and wellbeing.

**3.6(a)(2)(x)** **Direct**

**Primary enclosures.**

In the G3 building, Rooms 1 and 2, the floors in the cages have a grid pattern with openings large enough for young puppies feet to pass through. There are approximately 200 puppies housed with their respective dams in indoor housing comprised of raised plastic-coated metal grate-type flooring. The grid pattern openings in the flooring allow the puppies feet to fall through the flooring up to their shoulders. Three puppies were observed with their limbs through the floor, and these puppies were able to remove their limbs and move around the cage.

**Prepared By:** DIANA CARE
USDA, APHIS, Animal Care
**Title:** VETERINARY MEDICAL OFFICER
**Date:** 18-OCT-2021

**Received by Title:** Facility Representative
**Date:** 18-OCT-2021

Page 8 of 13



United States Department of Agriculture
Animal and Plant Health Inspection Service

DCARE
**2016090000739001** Insp_id

## Inspection Report

In the sheltered area of kennels in G2, Room 3, there were two kennels with a total of 13 puppies. In one kennel, two puppies were sleeping at the front of the sheltered area of the kennel. The puppies were leaning against the front gate and their front paws were passing down through a gap between the raised grate floor and the bottom of the gate. In the second kennel, three puppies were up at the front gate and walking back and forth. At least four times their back limb and front limbs fell down between the raised grate floor and the gate. Puppies whose limbs passed through this gap between the floor and the bottom of the gate would sink down to their shoulders or hips and could touch the edge of the cement slab below.

In Building G1, Room 3, an adult female beagle (CJICFN) was standing on the outside of the kennel. The dog's left front paw was caught in the raised plastic-coated grate flooring. Her two middle toes were caught in a thin rectangular opening in the grate floor and she was unable to free her foot. She was standing on her other three feet while panting rapidly and making small movements, as the other 3 dogs in the kennel jumped around her excitedly. It took two facility personnel approximately 3 minutes to free the dog's toes from the opening in the floor. Once the toes were free, the dog was examined more closely and the two toes were red and swollen. The facility provided immediate veterinary care. Facility personnel did not know how long the dog's toes had been stuck in the floor. Medical records indicated that the animal was mildly dehydrated.

Raised mesh or slatted flooring that contains openings that are wide enough for a limb, paw, or digit to pass through can lead to an animal becoming trapped or injured. When an animal becomes entrapped as described above, they can become distressed, dehydrated, or may suffer additional injuries.

Correct by 07/30/21 by ensuring that mesh or slat flooring does not allow the animals' feet or legs to pass through and that all flooring is constructed in a manner that protects their feet and legs from injury.

**3.6(c)(1)(ii)** **Direct**

**Primary enclosures.**

**Prepared By:** DIANA CARE

USDA, APHIS, Animal Care

**Date:** 18-OCT-2021

**Title:** VETERINARY MEDICAL OFFICER

**Received by Title:** Facility Representative

**Date:** 18-OCT-2021



United States Department of Agriculture
Animal and Plant Health Inspection Service

DCARE
**2016090000739001** Insp_id

**Inspection Report**

62 nursing female dogs (and a total of 393 puppies) in the whelping building (building 97) were housed in cages that did not provide the minimum amount of floor space for the dam and her litter as required by the Animal Welfare Act.

Room 7 has dams housed with their litters in cages that measure 33 inches by 36 inches providing a total floor space of 1,188 square inches. The following dams were identified and measured from nose to base of tail:

CJKCNN measured 28" and has 7 puppies

CIHCLC measured 26" and has 7 puppies

CIJCCF measured 25" and has 5 puppies

CJGCAU measured 28" and has 4 puppies

CKICGJ measured 25" and has 6 puppies

CLDCDA measured 26" and has 6 puppies

CGDCEX measured 25" and has 6 puppies

Additional dams with litters who did have enough floor space were identified in Room 7, Room 10, Room 11, and Room 13. The facility staff stated that the dogs are a consistent size (average female is 25-28 inches). Each of these 62 female dogs had 5 to 9 puppies.

CJKCNN with her seven puppies, requires a minimum floor space of 1560.6 sq.in. The enclosure requires an additional 372 sq.in. of space for compliance with the AWA. CIJCCF, with her five puppies, requires a minimum floor space of 1201.25 sq.in. The enclosure requires an additional 13 sq.in. of space for compliance with the AWA.

Dams and puppies without the minimum amount of floor space may suffer from distress, discomfort, crowding, poor sanitation, increased trauma and mortality.

Correct by July 30th, 2021 by ensuring that all dams and litters are provided with at least the amount of floor space required under the Animal Welfare Act. This issue was identified to the facility during inspection on 7/20/21.

**Prepared By:** DIANA CARE
USDA, APHIS, Animal Care
**Date:** 18-OCT-2021
**Title:** VETERINARY MEDICAL OFFICER

**Received by Title:** Facility Representative
**Date:** 18-OCT-2021

Page 10 of 13



United States Department of Agriculture
Animal and Plant Health Inspection Service

DCARE
**2016090000739001** Insp_id

**Inspection Report**

**3.9(a)** **Direct**

**Feeding**

***13 litters of 6-week-old beagle puppies were kept with their mothers (dams) while the dams were fasted (did not have food) for 42 hours. Facility representatives stated the purpose of the fast was to decrease milk production and reduce the risk of mastitis for the mother dogs. This was conducted in accordance with the facility's "Weaning of puppies" procedure (EGS-SOP-PRD-6616). The puppies only source of food was to nurse on the mother dogs, who were experiencing decreased milk production. Puppies were observed vocalizing and nursing on their mothers, while the mothers stood and tried to gain access to the food outside their cage.

Puppies who have no food source aside from a dam that is on a program to reduce (and eventually halt) milk production may not get enough nutrition, causing the puppies to experience hunger, dehydration, stress, increased susceptibility to infections, and low blood sugar.

Correct by July 23rd, 2021 by ensuring that puppies and dogs are fed in a manner that provides a sufficient amount of wholesome food and nutrition for their age and condition.

***Food in the self-feeders and feed silo in G1 building, and food in self feeders and storage areas in the G2 building were contaminated with a variety of live insects. Live small black worm-type insects were observed in the feed silo and in four self-feeders. Approximately 5 feeders contained live small black beetle-type inspects. Flies were present inside many of the self feeders, and were observed landing on the feed in those feeders. Facility operations management stated that feed is added to the feeders every other day, or when food levels were low, and that the self feeders were sanitized every 2 weeks. Facility operations management stated that currently the hopper is cleaned at least twice a year.

Feed infested with insects is not considered wholesome and palatable and may lead to reduced feed consumption or poor nutrition. Correct by July 23, 2021 by ensuring that all feed offered to dogs is uncontaminated, wholesome, palatable, and of sufficient quantity and nutritive value. The following day the facility provided alternative, uncontaminated feed to the

**Prepared By:** DIANA CARE
USDA, APHIS, Animal Care
**Date:** 18-OCT-2021

**Title:** VETERINARY MEDICAL OFFICER

**Received by Title:** Facility Representative
**Date:** 18-OCT-2021

Page 11 of 13

dogs in G1.

This noncompliance was discussed with facility management at the time of inspection.

**3.12 Direct Employees**

Daily observation failed to identify 15 dogs with medical issues prior to the inspection. A treatment plan was created for each of these dogs following identification by APHIS inspectors, however, there are currently not sufficient employees to recognize these issues effectively. Daily observations regarding veterinary care are made by 6 trained staff members who conduct daily observation in addition to other duties including treatments and husbandry; 3-4 of these employees conduct daily observations each day.

Several animals were found in need of critical care. This included the puppy found by inspectors under the enclosure in the tray used for urine and feces collection and the adult dog with the toes entrapped in the slat flooring. Although both animals received care immediately, they were not identified by animal care staff responsible for providing husbandry care. Two cage cards, and one puppy, were missing from nursery cages. Sheltered housing facilities were not being managed in accordance with the written temperature SOP. The facility currently employs 39 personnel for over 5000 dogs, and there are 5 vacancies which remain unfilled.

Only one attending veterinarian is employed to oversee care for all of the dogs and cats well as assisting in research projects.

Adequate staffing is essential for carrying out the level of husbandry and care required to maintain animal health, welfare, and facility maintenance and sanitation.

Correct by August 31, 2021 by maintaining enough personnel to carry out the level of husbandry practices and care required by the Animal Welfare Act and to assure animal health and wellbeing.

**Prepared By:** DIANA CARE
USDA, APHIS, Animal Care
**Title:** VETERINARY MEDICAL OFFICER

**Date:** 18-OCT-2021

**Received by Title:** Facility Representative

**Date:** 18-OCT-2021



United States Department of Agriculture
Animal and Plant Health Inspection Service

DCARE
**2016090000739001** Insp_id

## Inspection Report

A complete routine inspection was conducted starting on 7/20/2021. This inspection report is limited to the Direct non-compliances identified during that inspection. An additional inspection report will be delivered with the other issues identified during this inspection.

This inspection was conducted with the Manager of Operations and Attending Veterinarian. The exit briefing was conducted on July 22nd, 2021 with the Manager of Operations, the Attending Veterinarian, the Senior Vice President for Vet Services, the Director of Quality Assurance, the Regional Quality Assurance Manager, the Regional Facilities Manager, the Vice President of North American Operations, and the Chief Operating Officer.

Additional Inspectors:

Rachel Perez-Baum, VETERINARY MEDICAL OFFICER

**Prepared By:** DIANA CARE

USDA, APHIS, Animal Care

**Title:** VETERINARY MEDICAL OFFICER

**Date:** 18-OCT-2021

**Received by Title:** Facility Representative

**Date:** 18-OCT-2021



United States Department of Agriculture
Animal and Plant Health Inspection Service

Customer: 506554
Inspection Date: 20-Jul-2021

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---|---|---|---|---|
| 506554 | 32-A-0774 | 005 | ENVIGO RMS LLC | 20-JUL-2021 |

| **Count** | **Scientific Name** | **Common Name** |
|---|---|---|
| 003021 | *Canis lupus familiaris* | DOG ADULT |
| 002014 | *Canis lupus familiaris* | DOG PUPPY |
| 005035 | **Total** | |