# EXHIBIT C –
# October 2021 Inspection Report



United States Department of Agriculture
Animal and Plant Health Inspection Service

RPEREZ-BAUM
2016090000755614 Insp_id

# Inspection Report

**ENVIGO RMS LLC**
8520 Allison Pointe Blvd., Suite 400
INDIANAPOLIS, IN 46250

Customer ID: **506554**
Certificate: **32-A-0774**
Site: 005
ENVIGO RMS LLC

Type: FOCUSED INSPECTION
Date: 25-OCT-2021

---

**2.40(a)(2)**        **Direct**

**Attending veterinarian and adequate veterinary care (dealers and exhibitors).**

The facility failed to provide adequate authority to the attending veterinarian by treating three animals with medication not approved by the attending veterinarian (AV). The medical treatment records for 26 Oct 2021 showed that caretaker staff had identified three dogs as being too thin (CGDDBN, CJFCLZ, CLHCHF). These records also indicated that a medication (later identified by the attending veterinarian as Cefpodoxime) had been given to these dogs that day. Medical records did not show that a veterinarian had been consulted regarding the diagnosis of thin body condition or prescription of medications to these dogs. There was no guidance in the program of veterinary care allowing caretaker staff to start this medication on dogs they perceived as too thin. The AV verified that she did not prescribe this medication for these dogs nor would she prescribe this for a dog with only a thin body condition. When APHIS officials brought this to the attention of the AV, she completed an examination on these dogs and directed the antibiotics be stopped. Employees who diagnose and prescribe treatment for animals without consulting the AV are undermining the authority of the AV to ensure the provision of adequate veterinary care for the animals. Correct by ensuring that the AV has adequate authority to ensure the provision of veterinary care and to oversee all other aspects of animal care and use. Additionally, ensure that timely and accurate information concerning health of the dogs is communicated to the attending veterinarian in

---

| | | |
|---|---|---|
| **Prepared By:** | RACHEL PEREZ-BAUM | **Date:** |
| | USDA, APHIS, Animal Care | 30-DEC-2021 |
| **Title:** | VETERINARY MEDICAL OFFICER | |
| | | |
| **Received by Title:** | Facility Representative | **Date:** |
| | | 30-DEC-2021 |



United States Department of Agriculture  
Animal and Plant Health Inspection Service

RPEREZ-BAUM  
2016090000755614 Insp_id

# Inspection Report

accordance with section 2.40(b)(3) so that appropriate methods are used to diagnose and treat all diseases and injuries as required by section 2.40(b)(2). Correct by November 5, 2021

**2.40(b)(2)        Direct        Repeat**
**Attending veterinarian and adequate veterinary care (dealers and exhibitors).**
Adult, female beagle (CIACNG) was squinting her right eye and had extensive tear staining and clear discharge around and under her right eye. There were small eyelashes pointing down from the upper lid toward the surface of her eye. This dog received a physical exam on 4 Oct 2021. The physical exam findings documented at that time were consistent with the eye problems seen during the inspection. The veterinarian documented on the physical exam form that the action for this dog was "cull". The facility was unable to provide any documentation showing that this dog had received any kind of treatment since the diagnosis was made during the physical exam on 4 Oct and, as of the time of the inspection, had not been "culled" or otherwise disposed of through either adoption, sale, or euthanasia. This dog's symptoms are consistent with untreated conditions resulting in eye pain. While the condition was diagnosed by the veterinarian, the disease was not treated. The licensee must use appropriate methods to prevent, control, diagnose, and treat diseases and injuries.

**2.40(b)(3)        Direct        Repeat**
**Attending veterinarian and adequate veterinary care (dealers and exhibitors).**
Three dogs had medical conditions that had not been identified or treated by the facility prior to the inspection.

October 25, 2021:

*** A male beagle puppy (CMHCKL) has an abnormal left eye. There was yellow-green discharge present at the corner of the eye with dried discharge surrounding the eye. The membrane at the inner corner of the eye was extended slightly and there was increased tearing present. This eye condition was not previously identified by the facility and the dog was not receiving any treatments for the eye. The facility examined the dog and immediately began treatment for an eye infection.

| Prepared By: | RACHEL PEREZ-BAUM | Date: |
|---|---|---|
|  | USDA, APHIS, Animal Care | 30-DEC-2021 |
| Title: | VETERINARY MEDICAL OFFICER |  |

| Received by Title: | Facility Representative | Date: |
|---|---|---|
|  |  | 30-DEC-2021 |



United States Department of Agriculture  
Animal and Plant Health Inspection Service

RPEREZ-BAUM  
2016090000755614 Insp_id

## Inspection Report

\*\*\* An adult female beagle (CKJCAZ) has a medium firm, pink, and swollen area of tissue between the 4th and 5th toes of her right rear paw. The swelling was approximately 1/3" in diameter and the inflamed tissue was easy to visualize from a distance. The condition was not previously identified by the facility and the dog was not receiving any treatments for the foot. The facility examined the dog and immediately began treatment for an interdigital cyst.

October 26, 2021:

\*\*\* An adult female beagle (CGHCAC) has multiple skin lesions on all four feet. The hair between all four feet was discolored red, commonly seen with licking/chewing due to the presence of saliva. On the left front paw there was a small firm and swollen area of tissue between digits 3+4, and a large firm, swollen, and pink area of tissue between digits 2+3. The larger swelling also has a scab present closest to the toe. On the right front paw there is thickening present in the crevice of skin between the 4th + 5th toes with pink skin and a small scab. There is a medium firm, pink, and swollen area of tissue between digits 3+4 with yellow crusts attached and an oozing sore on the top surface. There is also thickening and inflammation of the skin on the 5th digit between digits 4+5 with two more scabs present. On the left rear paw there is swelling of the skin on digit 4 between digits 4+5 with an open wound on the top surface and partial scabbing. In between digits 3+4 there is a lot of inflamed, pink, and thickened skin with numerous crusts/scabs on the front edge of the toe and an exposed raw area of skin. Between digits 2+3 there is a medium firm, swollen, and pink area of tissue with a scab on the top surface. On the right rear paw there is a small firm, swollen, and dark pink area of tissue with white flaking crusts between digits 2+3. The condition was not previously identified by the facility and the dog was not receiving any treatments for her feet. The facility examined the dog and began treatment.

| Prepared By: | RACHEL PEREZ-BAUM | Date: |
|---|---|---|
| | USDA, APHIS, Animal Care | 30-DEC-2021 |
| Title: | VETERINARY MEDICAL OFFICER | |

| Received by Title: | Facility Representative | Date: |
|---|---|---|
| | | 30-DEC-2021 |



United States Department of Agriculture  RPEREZ-BAUM
Animal and Plant Health Inspection Service  **2016090000755614** Insp_id

## Inspection Report

Animals with medical conditions including eye and skin problems may suffer from pain, discomfort, infection, and stress. Daily observations of animals to identify medical problems is essential for animal health and welfare. The licensee must observe all animals at least daily to identify physical, medical, or behavioral problems. Additionally, ensure that all findings are communicated in a timely manner to the attending veterinarian so that they can examine animals and ensure that appropriate treatment is provided as required by section 2.40(b)(2) and further, that the findings are documented in accordance with section 3.13.

**2.75(a)(1)**                                              Repeat
**Records: Dealers and exhibitors.**

The facility still does not have complete acquisition or disposition records for their animals. Facility records, known as Inventory Change Notices, are used to record newborn puppy numbers, procedures performed, and changes in puppy numbers due to euthanasia or death. The facility continues to have animals which are no longer present for unknown reasons that they have stated to be clerical errors.

***Records indicate that a female puppy born on 9-27-2021, from the dam CIICMP, was not present during a litter count conducted on 10-14-2021. The original litter count was 4 males and 5 females. On 10-14 there were only 4 males and 4 females. There was no record of this puppy dying or being euthanized which would account for its absence. When the facility was asked as to the status of the missing female puppy, they were unable to determine if the original puppy count was wrong (i.e., there were only 4 males and 4 females at birth) or if a female puppy has truly been lost. If the puppy has been lost, the facility does not know how or when.

***On 4 November the facility's Manager of Operations disclosed that she recalled a neonate puppy was found in the drain under an enclosure on 13 October 2021. The puppy was removed from the drain and subsequently died later that

| **Prepared By:** | RACHEL PEREZ-BAUM | | **Date:** |
|---|---|---|---|
| | | USDA, APHIS, Animal Care | 30-DEC-2021 |
| **Title:** | VETERINARY MEDICAL OFFICER | | |

| **Received by Title:** | Facility Representative | **Date:** |
|---|---|---|
| | | 30-DEC-2021 |



United States Department of Agriculture  
Animal and Plant Health Inspection Service

RPEREZ-BAUM  
2016090000755614 Insp_id

## Inspection Report

day. This puppy had not been given an acquisition number and was not included in the acquisition records provided earlier to inspectors.  There was no record of this puppy included in the "mortality logs" or other disposition records provided by the facility to inspectors.  When asked, the Operations Manager stated that that she was not sure why it had not been included, but perhaps the employees were "not sure how to code it".

Accurate and complete recordkeeping of all acquisitions and dispositions is important for animal identification, traceability or animals, animal loss, and investigation of disease outbreaks or animal theft. Correct by maintaining records that fully and accurately document all dogs and cats acquired by the facility (through birth, purchase, or other method) and all animals that are disposed of (by sale, death, euthanasia, or other method) including all information required in this section.

**2.131(b)(1)            Critical            Repeat**
**Handling of animals.**

Animals have not been handled as carefully and expeditiously as possible leading to subsequent death.

*** According to the manager of operations, a newborn puppy was found in the drains below the kennels on 10-13-2021. The Manager of Operations explained that the facility had recently laid down a new type of flooring on top of the existing kennel grate to enhance puppy safety. The manager believes that the puppy fell into the drain because one dam (CKJCCT) had shifted a piece of the flooring, exposing a gap, and whelped on top of the old flooring. The puppy was found between 1-2 pm and immediately brought to the clinic for a bath and was returned to the above dam who had recently whelped near where the puppy was found. The puppy was also provided supplemental heat but died later that day. The Manager of Operations stated that in response to this incident, employees replaced the flooring and added paper to the back of the kennels to prevent another occurrence.

| | | |
|---|---|---|
| **Prepared By:** | RACHEL PEREZ-BAUM | **Date:** |
| | USDA, APHIS, Animal Care | 30-DEC-2021 |
| **Title:** | VETERINARY MEDICAL OFFICER | |
| **Received by Title:** | Facility Representative | **Date:** |
| | | 30-DEC-2021 |



United States Department of Agriculture  
Animal and Plant Health Inspection Service

RPEREZ-BAUM  
2016090000755614 Insp_id

# Inspection Report

\*\*\* Mortality records show that a 7-week-old puppy (CLICBE) was found deceased on 21 Oct 2020 with its head stuck in the swinging kennel door of a bedded whelping run. Facility representatives state that an investigation of the incident was completed at the time, but they do not have access to the files from previous management. It was determined that the entrapment and subsequent death was a result of employee error. The employee has since been terminated. Failure to handle animals as carefully and expeditiously as possible can lead to injury or death. Employees must take special care when working with small puppies as they are more easily overlooked and seriously injured. The licensee must ensure all animals are handled expeditiously and carefully in a manner that does not cause physical harm, trauma, or unnecessary discomfort.

Failure to handle animals as carefully and expeditiously as possible can lead to injury or death. Employees must take special care when working with small puppies as they are more easily overlooked and seriously injured. The licensee must ensure all animals are handled expeditiously and carefully in a manner that does not cause physical harm, trauma, or unnecessary discomfort.

**3.1(c)(3)**

**Housing facilities, general.**

The facility has surfaces in contact with the dogs that are not being spot-cleaned frequently enough to prevent the buildup of grime and dirt and to reduce disease hazards. In multiple enclosures, the outer cement walls housing the dog doors have brown dirt/grime built up. According to the facility, the outdoor enclosures are hosed down once per day with either a pressure washer or a routine hose. Every two weeks the enclosures are sanitized using a product called "Intervention." Due to the accumulations of dirt and debris on the walls, it is evident that the facility is not spot-cleaning or sanitizing effectively to prevent accumulations or to reduce disease hazards.

| **Prepared By:** | RACHEL PEREZ-BAUM | | **Date:** |
|---|---|---|---|
| | USDA, APHIS, Animal Care | | 30-DEC-2021 |
| **Title:** | VETERINARY MEDICAL OFFICER | | |

| **Received by Title:** | Facility Representative | **Date:** |
|---|---|---|
| | | 30-DEC-2021 |



United States Department of Agriculture  
Animal and Plant Health Inspection Service

RPEREZ-BAUM  
2016090000755614 Insp_id

# Inspection Report

Buildup of feces, dirt, and grime on a surface accessible to the dogs exposes them to unnecessary disease hazards and does not satisfy generally accepted husbandry standards and practices. Correct by November 8, 2021 by ensuring all surfaces in contact with the dogs are spot-cleaned daily and sanitized in accordance with this Subpart.

**3.6(a)(2)(ii)**         **Direct**         **Repeat**
**Primary enclosures.**

Mortality records show that from 2 Aug 2021 to 3 Oct 2021, nine dogs (CLCCVA, CLBCES, CLFCAB, CLCCUU, CLLCGK, CLLCGS, CLACJT, CLCCIN, and CLECRN) were injured from having a body part (such as a limb or tail) pulled through the wall of the kennel by a dog in an adjacent kennel and bitten. The exact injuries varied in each case, however regardless of whether it was a minor or substantial injury, these nine dogs were subsequently euthanized. Dogs sustaining injuries from being pulled through the enclosure wall have experienced physical harm and unnecessary pain. The facility must ensure that all primary enclosures protect the dogs from injury.

**3.6(a)(2)(x)**         **Repeat**
**Primary enclosures.**

The flooring in G2 which houses puppies from about 6 weeks and older still uses flooring that allows young puppies' feet and legs to pass though the openings. The facility agreed, via conditions of a correction date extension approval, that they would cover the flooring in kennels housing young puppies with cardboard cage liners as a temporary measure and additionally that they would provide increased night monitoring of all animals until all noncompliant floors could be replaced. However, there were two enclosures seen during the inspection that did not have these in place or even the heavy butcher-type paper which was covering the floor in other enclosures. Inspectors witnessed multiple puppies with legs and feet passing through the openings in the floors of these enclosures. Raised mesh or slatted flooring that contains openings that are wide enough for a limb, paw, or digit to pass through can lead to an animal becoming trapped or injured. When an animal becomes entrapped, they can become distressed, dehydrated, or may suffer additional injuries.

| | | |
|---|---|---|
| **Prepared By:** RACHEL PEREZ-BAUM | | **Date:** |
| | USDA, APHIS, Animal Care | 30-DEC-2021 |
| **Title:** VETERINARY MEDICAL OFFICER | | |
| **Received by Title:** Facility Representative | | **Date:** 30-DEC-2021 |



## Inspection Report

The facility must ensure that floors of primary enclosures are constructed and maintained in such a manner that does not allow dogs' feet and legs to pass through any openings.

**3.7**            Direct            Repeat  
**Compatible grouping.**  
The facility is still having compatibility issues between dogs housed in groups.

October 26, 2021:

***Two adult female beagles (CIBCTG and CJACNF) being housed together had scabs covering multiple small puncture wounds/scrapes. CIBCTG had hair loss present on her back midline and wounds located on her right nose, right ear, left ear, and left cheek. After replacing CIBCTG in the kennel, she began biting and chasing her kennel mate (CJACNF). CJACNF had scabs/wounds on her right knee and inner left thigh. The biting and wounds had not been previously identified by the facility. When questioned, the facility stated that CIBCTG is currently in heat and may be picking fights with her kennel mates. When inspectors identified this issue, the facility representatives removed CIBCTG and placed her in a separate kennel. No steps have been implemented at the facility to prevent potential compatibility issues.

***Two adult female beagles were currently being treated for fight wounds that occurred on 10/25/2021. An adult female beagle (CJACRI) had fight wounds on her chest and left ear. The other adult female beagle (CGFCFA) had fight wounds on her rear end and right front shoulder. These dogs were removed from two different kennels subsequent to fights which resulted in these injuries. According to the facility representative, following a fight, the injured animal is removed and treated medically. Once they are healed, the animal is relocated to a new enclosure in the attempt to find more compatible kennel mates. If one dog is found to be involved in multiple fights and thought to be the aggressor, they may elect to euthanize due to temperament. There is currently no systematic pro-active attempt to identify incompatible animals

| **Prepared By:** | RACHEL PEREZ-BAUM | **Date:** |
|---|---|---|
| | USDA, APHIS, Animal Care | 30-DEC-2021 |
| **Title:** | VETERINARY MEDICAL OFFICER | |

| **Received by Title:** | Facility Representative | **Date:** |
|---|---|---|
| | | 30-DEC-2021 |



United States Department of Agriculture  RPEREZ-BAUM
Animal and Plant Health Inspection Service  2016090000755614 Insp_id

## Inspection Report

through behavioral observation; rather, dogs are moved only after injuries are sustained.

***Facility records also show on 10/14/2021, a female dog CMHCAC was found dead. The mortality log and mortality record sheet from October 14th attributed the dog's death to evisceration (EVIS). CMHCAC was being cohoused with 9 other dogs approximately the same age (10 weeks old). According to the facility, the dog was found dead and the "littermates had chewed on it." The facility was unable to provide additional information when asked. There is no description of the lesions identified other than the facility code "EVIS" and no record of post-mortem examination findings. When inspectors asked to talk to the employee that found this puppy dead, they were informed she was unreachable due to leave. Dogs attacking/chewing on another dog, whether alive or deceased, is an uncommon behavior for dogs with adequate nutrition and likely indicates a compatibility issue.

Even though this facility continues to have compatibility problems in their group housed animals, there has been no action taken by the facility to proactively identify and potentially house separately those dogs that are incompatible or have an aggressive disposition. Failure to maintain compatible groups of dogs can lead to injuries, pain, and even death in the dogs. Correct this by ensuring all dogs are maintained in compatible groups.

3.11(a)                                   Repeat
**Cleaning, sanitization, housekeeping, and pest control.**
The facility continues to have general sanitation problems with cleaning of enclosures, waste gutters, and odor control.
***At least two enclosures had old, dried, and moldy feces still present in the outdoor section. According to the facility, the lactating females inside do not currently have outdoor access. Additionally, an enclosure in Building G1 housing an adult male beagle contained at least nine to ten piles of feces in the outdoor portion, preventing him from accessing a majority of the outside run without stepping in his own waste and creating a disease hazard. Due to the presence of mold on some

| Prepared By: | RACHEL PEREZ-BAUM | Date: |
|---|---|---|
| | USDA, APHIS, Animal Care | 30-DEC-2021 |
| Title: | VETERINARY MEDICAL OFFICER | |

| Received by Title: | Facility Representative | Date: |
|---|---|---|
| | | 30-DEC-2021 |

Case 6:22-cv-00028-NKM   Document 2-4   Filed 05/19/22   Page 11 of 16   Pageid#: 182



United States Department of Agriculture  
Animal and Plant Health Inspection Service

RPEREZ-BAUM  
2016090000755614 Insp_id

## Inspection Report

feces and the excessive number of feces in with the male, it is apparent that some of the enclosures are not being cleaned, at a minimum, daily.

*** In at least 50% of the rooms being used within Buildings G1 and G2 there are still accumulations of waste and an overpowering fecal odor that emanates from below the kennels. Significant accumulations of animal waste and fur on top of 2 pulley systems used to scrape solid waste underneath enclosures are contributing to the excessive odor in the facility. One waste gutter found in Building G2, outside Room 7 had a pile of feces stacked on top of the pulley system approximately 5-6" high. According to the facility, this happens when the gutters are drained and flushed prior to the facility power-washing the enclosures. Another waste gutter found in Building G1, inside Room 8 had a very large collection of fur and fecal matter piled on top of a pipe and the surrounding floor just in front of the pulley mechanism. The waste in the gutters below the main sheltered housing buildings of G1, G2, and G3 have been flushed out since the last inspection and, although the gutters contain much less waste, several waste gutters throughout the facility still had accumulations of feces and urine sitting under the kennels. According to the facility, the waste gutters are limited to being flushed once every other day due to water supply and storage on site.

***Throughout the facility there are areas where a strong sewage odor emanates from the waste gutters surrounding the rooms. The odor is not present at all rooms in a building, but every building has at least one or more rooms with a strong odor. The facility is aware of this issue and has been looking into possible causes and potential solutions.

Buildup of feces, urine, food waste and wastewater provide a breeding grounds for pests and insects and exposes the dogs to unnecessary disease hazards and noxious odors. The licensee must ensure that excreta and food waste is

| **Prepared By:** | RACHEL PEREZ-BAUM | | Date: |
|---|---|---|---|
| | | USDA, APHIS, Animal Care | 30-DEC-2021 |
| **Title:** | VETERINARY MEDICAL OFFICER | | |

| **Received by Title:** | Facility Representative | Date: |
|---|---|---|
| | | 30-DEC-2021 |



United States Department of Agriculture  
Animal and Plant Health Inspection Service

RPEREZ-BAUM  
2016090000755614 Insp_id

## Inspection Report

removed from and under primary enclosures as often as necessary and with a functioning system that reduces disease hazard, insects, pests, and odors.

| 3.11(d) | | Repeat |

**Cleaning, sanitization, housekeeping, and pest control.**

There are still large numbers of dead flies and spiders noted throughout the facility especially in the corners of buildings, near drains, and in the storage areas. Additionally, some areas near drains have populations of small live black flies. The facility has changed pest control companies and there is an improvement in the number of pests found during this inspection. However, failure to remove dead pests makes it impossible to properly monitor the effectiveness of the pest control program.  Correct by ensuring an effective pest control program is established and maintained.

| 3.12 | Direct | Repeat |

**Employees**

The facility continues to have insufficient numbers of employees to successfully care for the animals. There continue to be severe staffing shortages and currently there are approximately 32 employees at the facility, with only 17 staff members directly responsible for all husbandry, daily observations, and medical treatments for almost 5000 dogs. Four dogs were identified by APHIS inspectors with medical conditions that required treatment and should have been found by staff during their daily observations. There are also numerous dogs that have been identified with severe periodontal disease by veterinarians and still require prescribed dental cleanings. Additionally, basic husbandry such as cleaning out kennels daily to remove feces, cleaning contact surfaces to prevent buildup of debris, and general housekeeping including dead pest removal is not being performed in accordance with the AWA regulations. The employees who are responsible for assessing animals for medical problems are also responsible for assisting with husbandry and cleaning. While the facility brought in temporary, visiting veterinary staff following the last inspection to assist in preventive medicine duties such as dentals and physical exams, the facility still has not completed all the needed procedures identified on those exams.

| **Prepared By:** | RACHEL PEREZ-BAUM | **Date:** |
| | USDA, APHIS, Animal Care | 30-DEC-2021 |
| **Title:** | VETERINARY MEDICAL OFFICER | |

| **Received by Title:** | Facility Representative | **Date:** |
| | | 30-DEC-2021 |



United States Department of Agriculture  RPEREZ-BAUM
Animal and Plant Health Inspection Service  2016090000755614 Insp_id

# Inspection Report

There is still only one full-time veterinarian to oversee the daily medical care of all the animals as well as assisting with research projects. The facility must ensure that there are sufficient employees to carry out the level of husbandry practices and care required in this subpart.

**3.13(b)(2)**             Repeat

**Veterinary care for dogs.**

Veterinary medical records are incomplete for at least 7 dogs. This includes:

*** Mortality records from August 14th and 15th, 2021 shows a list of three puppies coded as deceased from FALV (fatty liver) - CMGCAE, CMGCCZ, and CMGCAU, and two puppies as deceased from ENTE (enteritis) - CMFCYE and CMGCFA. All puppies were approximately 5-6 weeks old. When the complete medical record was requested for these animals, it only listed the facility's code for fatty liver and/or enteritis, respectively.  Records indicate necropsies were performed on all these puppies however, there are no exam findings, description of lesions observed, or test results recorded.  Additionally, there are no description of symptoms leading up to these animals' deaths. These are diagnoses that can't be made without either a history of symptoms or further diagnostic testing such as histopathology. There are no descriptions in the medical records of problems, daily observation of symptoms leading up to the death, examination findings, or test results listed for these puppies.

*** The mortality records for October 21, 2021 lists a puppy (CMICFA) coded deceased from FALV (fatty liver) and PNEU (pneumonia). The medical record for this puppy lists a mortality code of HPNE (hemorrhagic pneumonia) and FALV (fatty liver). Although, the record indicates a necropsy was performed on the puppy, descriptions of necropsy findings, specific observation, and descriptions of symptoms leading up to the animal's death are not present.

| | | |
|---|---|---|
| **Prepared By:** RACHEL PEREZ-BAUM | | Date: |
| | USDA, APHIS, Animal Care | 30-DEC-2021 |
| **Title:** VETERINARY MEDICAL OFFICER | | |
| **Received by Title:** Facility Representative | | Date: |
| | | 30-DEC-2021 |



United States Department of Agriculture
Animal and Plant Health Inspection Service

RPEREZ-BAUM
2016090000755614 Insp_id

# Inspection Report

\*\*\* The inventory change sheet and medical record for a puppy (210801001C) shows that it was euthanized due to DMGB (damage by bitch), a broken jaw on August 17, 2021. However, the medical record does not have physical exam findings, such as the location or severity of the fracture of the jaw, type of fracture, diagnostics performed, or test results.

\*\*\* Medical records and a treatment form for a 6-week-old puppy (CMFCPH) on August 5, 2021 indicate that the dog was "lame on all four legs" had a "broken left femur" but failed to contain additional physical examination findings, diagnostics, or test results. The facility representative who found the dog told inspectors that they observed a head tilt and the puppy's balance seemed off, but there was no obvious limping on any specific leg. The manager of operations stated that when the Attending Veterinarian examined the dog, she felt a "pop" in the puppy's left femur and suspected a fracture. The AV recommended euthanasia and the dog was subsequently euthanized. The medical records did not include any of the attending veterinarian's examination findings but rather a presumptive diagnosis.

\*\*\*On 4 November 2021, the facility's Manager of Operations disclosed that a neonate puppy (less than 1 day old) was found in the drain under an enclosure on 13 October 2021. She stated that the puppy was retrieved and was provided a warming pad and was cleaned before being returned to an enclosure. The puppy died later that day. There is no medical record for this animal documenting an examination, treatment, or death of this puppy.

The presumptive diagnoses listed on the medical records are an incomplete record of all findings/lesions on physical exam, necropsy, diagnostic testing, or results. Due to incomplete records, the facility cannot determine the exact cause of death and therefore ensure the health of the entire colony. Additionally, these animals are coded with problems that present with clinical signs prior to death such as weakness, lethargy, coughing, heavy breathing, inappetence, diarrhea,

| **Prepared By:** | RACHEL PEREZ-BAUM | **Date:** |
|---|---|---|
| | USDA, APHIS, Animal Care | 30-DEC-2021 |
| **Title:** | VETERINARY MEDICAL OFFICER | |

| **Received by Title:** | Facility Representative | **Date:** |
|---|---|---|
| | | 30-DEC-2021 |



United States Department of Agriculture  
Animal and Plant Health Inspection Service

RPEREZ-BAUM  
2016090000755614 Insp_id

## Inspection Report

and vomiting. The facility appears to have missed these clinical signs during daily observations as there are no records indicating problems found prior to death or treatments initiated.

Incomplete medical records do not allow the attending veterinarian to adequately assess the needs of individual animals as well as the medical needs of the colony as a whole. The licensee must ensure that if a problem is identified in a dog (such as disease, injury, or illness), the date and description of the problem, examination findings, test results, plan for treatment and care, and treatment procedures performed are recorded in the medical records. Additionally, daily observations must be made in accordance with 2.40(b)(3) to prevent unnecessary suffering and death in animals.

This inspection was conducted with the Site Director, Manager of Operations, Attending Veterinarian, and Supporting Veterinarian. The exit briefing was conducted with the Site Director, Manager of Operations, Attending Veterinarian, Supporting Veterinarian, Senior Vice President for Vet Services, the Director of Quality Assurance, the Regional Quality Assurance Manager, the Vice President of North American Operations, and the Chief Operating Officer.

Additional Inspectors:

RANDALL COLEMAN, ANIMAL CARE INSPECTOR

MARGARET SHAVER, VETERINARY MEDICAL OFFICER

**Prepared By:** RACHEL PEREZ-BAUM  
USDA, APHIS, Animal Care  
**Title:** VETERINARY MEDICAL OFFICER  
**Date:** 30-DEC-2021

**Received by Title:** Facility Representative  
**Date:** 30-DEC-2021



United States Department of Agriculture
Animal and Plant Health Inspection Service

Customer: 506554
Inspection Date: 25-Oct-2021

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---|---|---|---|---|
| 506554 | 32-A-0774 | 005 | ENVIGO RMS LLC | 25-OCT-2021 |

| Count | Scientific Name | Common Name |
|---|---|---|
| 003283 | *Canis lupus familiaris* | DOG ADULT |
| 001646 | *Canis lupus familiaris* | DOG PUPPY |
| | | |
| 004929 | **Total** | |