# EXHIBIT E –
# March 2022 Inspection Report



United States Department of Agriculture  
Animal and Plant Health Inspection Service

RPEREZ-BAUM  
**2016090000773217** Insp_id

# Inspection Report

**Envigo RMS LLC**  
8520 Allison Pointe Blvd., Suite 400  
Indianapolis, IN 46250

Customer ID: **506554**  
Certificate: **32-A-0774**  
Site: **005**  
ENVIGO RMS LLC

Type: FOCUSED INSPECTION  
Date: 08-MAR-2022

2.40(b)(3)      Repeat  
**Attending veterinarian and adequate veterinary care (dealers and exhibitors).**

A 7-month old male beagle has wounds to the right ear that were not identified or treated by the facility. CMHCFF, a young male beagle, has several scabbed wounds with yellow discharge on the underside of the right ear extending from the base of the ear.

Failure to identify animals presenting with abnormal medical conditions can delay necessary veterinary intervention which could prolong any potential suffering.

Correct by observing all animals at least daily to identify physical, medical, or behavioral problems. Additionally, ensure that all findings are communicated in a timely manner to the attending veterinarian so that they can examine animals and ensure that appropriate treatment is provided.

3.1(a)      Repeat  
**Housing facilities, general.**

The facility continues to have construction and maintenance issues regarding enclosure design, stability and protecting the animals from injury.

*** The enclosures are comprised of stainless steel or chain-link walls with a "tender-foot"-like flooring that is suspended above a waste gutter using long metal rods to provide support. Due to construction variability, the flooring frequently

| | | |
|---|---|---|
| **Prepared By:**   RACHEL PEREZ-BAUM | USDA, APHIS, Animal Care | Date:<br>18-MAR-2022 |
| **Title:**   VETERINARY MEDICAL OFFICER | | |
| **Received by Title:**   Facility Representative | | Date:<br>18-MAR-2022 |



United States Department of Agriculture  
Animal and Plant Health Inspection Service

RPEREZ-BAUM  
2016090000773217 Insp_id

# Inspection Report

leaves gaps up to two inches along the front and/or sides of the enclosure. These gaps are large enough for a foot or leg to pass through the openings. Throughout the inspection, at least 130 enclosures had these gaps present and dogs were seen with toes in the gaps.

*** Several enclosures in Buildings G1 and G2 also have flooring that is not properly supported from underneath. These floors consistently bounce, vibrate, or tilt as the dogs move across the floors.

*** Gaps were also noticed in the fencing where the chain link had become detached from the frame in Building G1 Room 4. One gap in the fencing was only a few inches (enough to trap a foot or leg) and located in the corner by the waterer. Another gap was the length of the enclosure sidewall. Two adjacent pens share a common chain-link side wall that is unattached at the base of the enclosure. The metal at the bottom of the wall had rusted to the point of breaking off, leaving a sharp point at floor level. The entire section of chain link forming the barrier between enclosures is no longer attached to the metal frame. This allowed the chain-link to swing easily when dogs were jumping on or pushing against the chain-link. The fencing was so loose that a dog would be able to simply push their way under it to enter the adjacent enclosure.

*** Multiple enclosures in Buildings G1 and G2 have sharp points at the levels of the dogs. These sharp points are primarily caused by metal that has rusted to the point of disintegration and left behind sharp edges.

*** A review of medical records for dogs treated for injuries between 11/18/21 and 3/8/22 revealed one dog injured by the enclosure. A female beagle, CMJCIN, was found on 1/11/22 with her left rear leg caught in the door. There was minor swelling associated with the injury and she was treated by the facility and recovered uneventfully. Additionally, another 8 dogs were treated for tail injuries which varied from minor wounds to tail fractures and bone exposure. (CMECVW, CMDCGP, CLHCEW, CMHCAZ, CMHCDK, CMHCJB, CMECTW). The facility stated they are still reviewing these cases for an underlying cause but are looking into possible injury by the new egress doors.

| | | |
|---|---|---|
| **Prepared By:** RACHEL PEREZ-BAUM  USDA, APHIS, Animal Care | | **Date:** 18-MAR-2022 |
| **Title:** VETERINARY MEDICAL OFFICER | | |
| **Received by Title:** Facility Representative | | **Date:** 18-MAR-2022 |



United States Department of Agriculture
Animal and Plant Health Inspection Service

RPEREZ-BAUM
2016090000773217 Insp_id

# Inspection Report

Housing facilities that have not been kept in good repair, such as unsecured fencing or flooring, gaps around the floor, or sharp points may injure dogs by entrapping limbs or may fail to adequately contain the dogs.

Housing facilities for dogs must be constructed and designed so they are structurally sound, kept in good repair and protect the animals from injury. Correct by repairing or replacing damaged or broken facilities and ensure that all aspects of the enclosures are maintained in good repair and are safe for the dogs at all times.

**3.6(a)(2)(x)**          Direct          Repeat
**Primary enclosures.**

The facility houses nearly all dogs over 12 weeks of age on a slatted floor. This flooring is a heavy gauge rubber or plastic-coated metal flooring with rectangular openings that are approximately ½ inch by 2.5 inches. This flooring has been identified on previous inspections to be dangerous because dogs have been found by inspectors with feet / toes stuck in the flooring. Additional instances were identified by the facility that occurred prior to inspection.

*** On this inspection a total of 2 dogs were found actively stuck in the flooring to the point that the facility representatives had to remove one of them from the flooring.

- In Building G2, Room 8, after a skirmish broke out in an enclosure housing four male beagles, one of the beagles got his back left foot trapped in the flooring for approximately 11 seconds before he was able to pull free.

- In Building G2, Room 5, a male beagle, CMDCCF was found by inspectors with both rear feet trapped in the flooring. The dog was unable to extract itself and required assistance from the facility representative to free the foot from the floor.

*** A review of the medical records indicates that at least 12 additional dogs have been entrapped in the floor during the period of 11/18/21 to 3/8/22. Their injuries ranged from mild soreness to pressure wounds that required treatment for over two weeks.

Openings in the floor that are large enough to allow the feet and legs to pass through can lead to entrapment of a dog which can be painful, distressful, and may result in serious injury to the animal.

| Prepared By: | RACHEL PEREZ-BAUM | Date: |
|---|---|---|
| | USDA, APHIS, Animal Care | 18-MAR-2022 |
| Title: | VETERINARY MEDICAL OFFICER | |

| Received by Title: | Facility Representative | Date: |
|---|---|---|
| | | 18-MAR-2022 |



United States Department of Agriculture  
Animal and Plant Health Inspection Service

RPEREZ-BAUM  
2016090000773217 Insp_id

# Inspection Report

Primary enclosures for dogs must have floors that are constructed in a manner that protects the dogs' feet and legs from injury. When floors are of mesh or slatted construction, they must not allow the dogs' feet to pass through any openings in the floor. The licensee must alter the flooring in a manner that eliminates the risk of entrapment and injury and ensures no feet or legs can pass through the floor openings. The licensee must ensure that all flooring is safe for the dogs at all times in order to support their health and well-being.

**3.7**          **Direct**          **Repeat**  
**Compatible grouping.**

The facility continues to have compatibility problems amongst the adult dogs leading to 97 dogs receiving body and/or extremity injuries, some severe. During inspection by APHIS officials, an animal caretaker in Building G2 entered the treatment room with a beagle with a severe ear wound. The left ear was covered with fresh blood and had multiple skin tears requiring skin staples for repair.

Medical records for dogs injured between 11/18/21 and 3/8/22 identified 59 dogs with injuries attributed to a fight. Documented injuries include lacerations, bite wounds, bruised and damaged extremities, ear damage, and tail damage. Eight dogs were euthanized as a result. In addition to the 59 dogs, another 38 dogs were treated for wounds of an unknown cause. These wounds primarily comprised of tail injuries and lacerations to ears.

Housing incompatible dogs together or allowing incompatible dogs to have access to each other can result in serious injuries, impacting the welfare of the animals.

The facility must ensure that all animals are always housed in compatible conditions in order to ensure their safety and well-being.

**3.9(b)**          **Repeat**  
**Feeding**

| Prepared By: | RACHEL PEREZ-BAUM | Date: |
|---|---|---|
| | USDA, APHIS, Animal Care | 18-MAR-2022 |
| Title: | VETERINARY MEDICAL OFFICER | |

| Received by Title: | Facility Representative | Date: |
|---|---|---|
| | | 18-MAR-2022 |



United States Department of Agriculture  
Animal and Plant Health Inspection Service

RPEREZ-BAUM  
2016090000773217 Insp_id

# Inspection Report

The self-feeders at the facility are not being cleaned adequately and do not prevent molding, deterioration, and caking of feed.

*** Wet food with varying amounts of mold continues to be a problem in Building G3.

- In Building G3 Room 2, which houses nursing female dogs, 6 out of 7 feeders checked had some moldy food located at the bottom front joint of the feeder tray. Two enclosures had moldy kibble while eithers had small amounts mixed with some wet, caked feed.

- In Building G3 Room 1, which houses nursing female dogs, 2 out of 10 feeders checked had some damp food but no mold present.

*** The facility's self-feeders are not currently being cleaned frequently or adequately enough to prevent an accumulation of dirt and debris. Several feeders throughout the facility and all buildings had excessive grime covering the interior metal walls. This grime appeared to be a combination of hair, saliva, food particles, and skin oils. Some of the grime is so thick inspectors had difficulty being able to scrape it off with their fingers. This excessive grime was particularly worse in Building G1, Room 1.

Dirty food receptacles and molding or caking of feed can cause decreased food consumption among animals and put them at unnecessary risk of potential diseases.

Correct by ensuring food receptacles are kept clean and sanitized in accordance with 3.11(b) and measures are taken to ensure there is no molding, deterioration, and caking of feed.

This inspection was conducted with the Manager of Operations, the Attending Veterinarian, the North America Operations Vice President, and the Regional Quality Manager. The exit interview was conducted with the Site Director, Manager of Operations, Attending Veterinarian, North America Operations Vice President, Regional Quality Manager, Senior Vice

| **Prepared By:** | RACHEL PEREZ-BAUM | **Date:** |
|---|---|---|
| | USDA, APHIS, Animal Care | 18-MAR-2022 |
| **Title:** | VETERINARY MEDICAL OFFICER | |

| **Received by Title:** | Facility Representative | **Date:** |
|---|---|---|
| | | 18-MAR-2022 |



United States Department of Agriculture  
Animal and Plant Health Inspection Service

RPEREZ-BAUM  
2016090000773217 Insp_id

## Inspection Report

President of Veterinary Services, Chief Operating Officer, Global Director of Quality Assurance, and the Chief Executive Officer.

Additional Inspectors:

MARGARET SHAVER, VETERINARY MEDICAL OFFICER

CARLA THOMAS, VETERINARY MEDICAL OFFICER

LORI LINN, ANIMAL CARE INSPECTOR

**Prepared By:** RACHEL PEREZ-BAUM  
USDA, APHIS, Animal Care  
**Title:** VETERINARY MEDICAL OFFICER

**Date:** 18-MAR-2022

**Received by Title:** Facility Representative

**Date:** 18-MAR-2022



United States Department of Agriculture  
Animal and Plant Health Inspection Service

Customer: 506554  
Inspection Date: 08-Mar-2022

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---|---|---|---|---|
| 506554 | 32-A-0774 | 005 | ENVIGO RMS LLC | 08-MAR-2022 |

| Count | Scientific Name | Common Name |
|---|---|---|
| 000079 | *Canis lupus familiaris* | DOG ADULT |
| 000079 | **Total** | |

Page 1 of 1