# EXHIBIT F –

# May 16, 2022 Necropsy Report

# Necropsy

Animal ID __CJHCHV__   Date __16MAY22__   initials __4__
Sex   M  ____   F ____

Body condition   thin___ normal___ overwieght___ obese___

| | | |
|---|---|---|
| ears/eyes | normal☐ abnormal☐: | _____ |
| skin | normal☐ abnormal☐: | _____ |
| fur | normal☐ abnormal☐: | _____ |
| lymphatics | normal☐ abnormal☐: | _____ |
| respiratory | normal☐ abnormal☐: | _____ |
| heart | normal☐ abnormal☐: | _____ |
| abdominal | normal☐ abnormal☐: | _____ |
| oral | normal☐ abnormal☐: | _____ |
| muscle/skeletal | normal☐ abnormal☐: | _____ |
| reproductive | normal☐ abnormal☐: | _____ |
| urogenital | normal☐ abnormal☐: | _____ |

additional comments
unknown- pup eatn - only has a head left