# EXHIBIT J –
# May 18, 2022 Veterinary Treatment Forms

**IN-FIELD EXAM**

Animal ID #: __302 - 01__
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: __5/18/22__   Clinician(s): __Dr. Dominguez__   Initials: __ED__
Breed: __beagle__   Color: __black/tan/white__   Neuter: Y / N (circle) [unknown]   Gender: M /(F)(circle)
(Age)/ Birth: __4-5 yrs__   (est.)/Act. (circle)   Ear Tag /(Tattoo #): __61J CDL__
Length: __29.25 inches__ (nose to tail)   Height: __14 inches__ (top of the head)

incision

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☒ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF | ☐ 1 | ☐ 2 | ☒ 3 | ☐ 4 |

**MEDICAL FINDINGS:**

Abdominal midline red and swollen incision 1.5 inches long with suture material

Recommended Treatment ( that should be provided by Owner/Operator) : __Wound care, antibiotics__

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _303-01_

Case #: ___HY-3301-0150___

Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5/18/22_   Clinician(s): _Dr. Dominguez_   Initials: _EDØ∄_

Breed: _beagle_   Color: _black/red/white_   Neuter: (Y)/ N (circle)   Gender: (M) F (circle)

(Age)/ Birth: _3-4yrs · (est.)_/Act. (circle)   Ear Tag / (Tattoo) # _CJE - remainder illegible_

Length: _25.5 inches_ (nose to tail)   Height: _18.5 inches_ (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☒ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF | ☒ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

**MEDICAL FINDINGS:**

_Fresh neuter incision - incision on base of penis_
_with bloody scab_
_Coughing during exam_

Recommended Treatment ( that should be provided by Owner/Operator) : _Wound care_

☐ Dog must be housed seperately due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _305 - 01_
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5/18/22_   Clinician(s): _Dr. Dominguez_   Initials: _ED__
Breed: _beagle_   Color: _black/red/white_   Neuter: Y/(N)(circle)   Gender: (M)/F (circle)
(Age)/ Birth: _2-3 yrs_   (est)/Act. (circle)   Ear Tag /(Tattoo #) _CMG CKA_
Length: _27.5 inches_   (nose to tail)   Height: _17 inches_   (top of the head)

### IN-FIELD EXAM:

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
| --- | --- | --- | --- | --- | --- |
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐4 |

**MEDICAL FINDINGS:**

_Partial tail amputation with bloody scab on the tip, missing patches of hair on tail_

Recommended Treatment ( that should be provided by Owner/Operator) : _Wound care_

☐ Dog must be housed seperately due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9A2-02_
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5-18-22_   Clinician(s): _Alyssa Thompson_   Initials: _AT AV_
Breed: _BEAGLE_   Color: _RED, BLACK, WHITE_   Neuter: Y (N) circle)   Gender: (M) / F (circle)
(Age) / Birth: _3 YR._ (est)/Act. (circle)   Ear Tag / Tattoo # _CMD CBG_
Length: _26"_   (nose to tail)   Height: _18"_   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF   ☐ 1 | ☐ 2 | ☒ 3 | ☐ 4 | |

**MEDICAL FINDINGS:**

_✓ DENTAL DISEASE, MODERATELY OVERGROWN NAILS_
_(LF) (RF) FOOT LAMENESS GRADE 1/4, NO WOUNDS_
_NOTED ❦ NO LOCALIZED PAIN._

Recommended Treatment ( that should be provided by Owner/Operator) : _DENTAL CLEANING,_
_NAIL TRIM._

☐ Dog must be housed seperatly due to _____
☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment
or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be
removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)
Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: __9A1-03__

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: 5/18/22      Clinician(s): MACDOUGAL      Initials: _____

Breed: Beagle      Color: Tri-      Neuter: Y /(N)(circle)   Gender: (M)/ F (circle)

Age / Birth: 3years est./Act. (circle)   Ear Tag / Tattoo #: CAN Not read

Length: 23   (nose to tail)   Height: 15   (top of the head)

swollen palpebra
Distal Ear tip missing

Puncture wound

### IN-FIELD EXAM:

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☐ NSF | ☒ 1 | ☐ 2 | ☐ 3 | ☐ 4 |
|---|---|---|---|---|---|

### MEDICAL FINDINGS:

✱ Employees pulled from kennel - prior to HSUS arrival - Got in
fight w/ Kennelmate ✱              - FLAT Footed from kennel
- Sealed puncture wounds (L) ear
- (R) lower eyelid scabs
- Sealed (Healing) puncture wounds (R) ear flap
- Scarring on left ear
- Older wound on right ear - missing quarter sized part of ear

Recommended Treatment ( that should be provided by Owner/Operator): ✱ Anti-infamitories for
wounds & ceph for possible infection

☒ Dog must be housed seperatly due to Old + new bite wounds

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment
or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be
removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9AQ-07_

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5-18-22_ Clinician(s): _Alyssa Thompson_ Initials: _AT AV_

Breed: _Beagle_ Color: _Red, Black, White_ Neuter: Y /(N)(circle) Gender:(M)/ F (circle)

(Age)/ Birth: _1-2 yr_ est./Act. (circle) Ear Tag / Tattoo #: __ILLEGIBLE__

Length: _26"_ (nose to tail) Height: _19"_ (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☒ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF | ☐ 1 | ☒ 2 | ☐ 3 | ☐4 |

**MEDICAL FINDINGS:**

_MILD CONJUNCTIVITIS IN BOTH EYES, SLIGHTLY_

_OVERGROWN NAILS,_

Recommended Treatment ( that should be provided by Owner/Operator) : _____

_ANTIOBIOTICS FOR EYES_

☐ Dog must be housed seperatly due to _____

☐ **By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.**

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: __9A3-02__
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: __5-18-22__   Clinician(s): __ALYSSA THOMPSON__   Initials: __AT AN__
Breed: __BEAGLE__   Color: __RED, Black, White__   Neuter: Y /(N) circle)   Gender: (M)/ F (circle)
(Age)/ Birth: __3 YR__  (est)/Act. (circle)   Ear Tag / Tattoo #: __CmG  CcF__
Length: __26"__   (nose to tail)   Height: __19"__   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF   ☐ 1 | ☐ 2 | ☒ 3 | ☐ 4 | |

**MEDICAL FINDINGS:**

SCAR ON OUTER RIGHT EAR, SLIGHT DENTAL DISEASE
DAMP PAWS, INFLAMMATION BETWEEN ALL 4 PAWS
SCAR LEFT SHOULDER

Recommended Treatment ( that should be provided by Owner/Operator) : _____
__SKIN CYTOLOGY & ANTIBIOTICS FOR PAWS__

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: __9A3 - 03__

Case #: ___HY-3301-0150___

Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: __5-18-22__   Clinician(s): __Alyssa Thompson__   Initials: __AT AV__

Breed: __Beagle__   Color: __Tan, Black, whik__   Neuter: Y / (N)(circle)   Gender: (M) / F (circle)

(Age) / Birth: __1-2 yr__   (est)/Act. (circle)   Ear Tag / Tattoo #: __CMD CNS__

Length: __26"__   (nose to tail)   Height: __18"__   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☒ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☐ NSF | ☐ 1 | ☒ 2 | ☐ 3 | ☐ 4 |
|---|---|---|---|---|---|

MEDICAL FINDINGS: __FRONT__
__LEFT BEAR FOOT the DAMP INFLAMMED & SWOLLEN__

Recommended Treatment ( that should be provided by Owner/Operator): __SKIN CYTOLOGY &__
__ANTIBIOTICS FOR LEFT FRONT FOOT__

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9A3-04_

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5-18-22_   Clinician(s): _ALYSSA THOMPSON_   Initials: _AT AV_

Breed: _BEAGLE_   Color: _RED, BLACK, WHITE_   Neuter: Y / N (circle)   Gender: M / F (circle)

(Age) / Birth: _1-2 yr_   (est)/Act. (circle)   Ear Tag / Tattoo #: _CMD CAS_

Length: _22"_   (nose to tail)   Height: _19"_   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☐ NSF | ☐ 1 | ☒ 2 | ☐ 3 | ☐ 4 |
|---|---|---|---|---|---|

**MEDICAL FINDINGS:**

_DAMP FEET & INFLAMMATION ON FEET, (RF) PAW SWOLLEN OVERGROWN NAILS_

Recommended Treatment ( that should be provided by Owner/Operator) : _DENTAL CLEANING SKIN CYTOLOGY ? ANTIBIOTKS FOR FEET_

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9AY-01_

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5-18-22_   Clinician(s): _ALYSSA THOMPSON_   Initials: _AT_ _AL_

Breed: _BEAGLE_   Color: _Red Black white_   Neuter: Y (N) circle   Gender: (M) F circle

(Age) Birth: _1-2 yr_   (est.)/Act. circle   Ear Tag / Tattoo #: _ILLEGIBLE_

Length: _22"_ (nose to tail)   Height: _17"_ (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☒ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF | ☐ 1 | ☒ 2 | ☐ 3 | ☐ 4 |

**MEDICAL FINDINGS:**

_Scars on Right Rear Leg_
_Scars on Left Ear (interior)_

Recommended Treatment ( that should be provided by Owner/Operator) : _Dental Cleaning_

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: __9AY-02__

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: 5-18-22    Clinician(s): Alyssa Thompson    Initials: AT RV

Breed: Beagle    Color: Red Black White    Neuter: Y (N) (circle)    Gender (M)/ F (circle)

(Age) / Birth: 1-2yr (est) / Act. (circle)    Ear Tag / Tattoo #: CM BC CDE

Length: 20"    (nose to tail)    Height: 20"    (top of the head)

### IN-FIELD EXAM:

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF  ☐ 1 | ☒ 2 | ☐ 3 | ☐ 4 | |

### MEDICAL FINDINGS:

DAMP RED PAWS
SCARRING ON INTERIOR RIGHT EAR

Recommended Treatment ( that should be provided by Owner/Operator) : __DENTAL__

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9A4-04_
Case #: **HY-3301-0150**
Location: **Cumberland, VA**

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _S-18-22_   Clinician(s): _Alyssa Thompson_   Initials: _AT-AV_
Breed: _BEAGLE_   Color: _Red Black White_   Neuter: Y /(N)(circle)   Gender (M)/ F (circle)
(Age)/ Birth: _1-2 yr_   (est)/Act. (circle)   Ear Tag / Tattoo #: _ILLEGIBLE_
Length: _22"_   (nose to tail)   Height: _18"_   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF | ☐ 1 | ☒ 2 | ☐ 3 | ☐ 4 |

**MEDICAL FINDINGS:**

_DAMP FEET, MILDLY RED_

Recommended Treatment ( that should be provided by Owner/Operator) : _Dental Cleaning_

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9A71 - 01_
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5-18-22_   Clinician(s): _Alyssa Thompson_   Initials: _AT AV_
Breed: _Beagle_   Color: _TAN, Black, White_   Neuter: Y /(N)(circle)   Gender (M) F (circle)
(Age)/ Birth: _____   (est.)/Act. (circle)   Ear Tag /(Tattoo #) _CmD  Cm?_
Length: _24"_   (nose to tail)   Height: _18"_   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF | ☐ 1 | ☒ 2 | ☐ 3 | ☐ 4 |

**MEDICAL FINDINGS:**

SCAR ON RIGHT EXTERIOR EAR

WET RED PAWS (MILDLY)

Recommended Treatment ( that should be provided by Owner/Operator) : _Dental Cleaning_
_Cytology: meds for paws_

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9A71 - 02_
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5-18-22_   Clinician(s): _Alyssa Thompson_   Initials: _AT TV_
Breed: _BEAGLE_   Color: _TAN, BLACK, WHITE_   Neuter: Y /(N) (circle)   Gender:(M)/ F (circle)
Age / Birth: _____ (est)/Act. (circle)   Ear Tag / Tattoo #: _CMD CRG_
Length: _26"_ (nose to tail)   Height: _17"_   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☒ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF | ☐ 1 | ☐ 2 | ☒ 3 | ☐ 4 |

**MEDICAL FINDINGS:**

_RED DAMP FEET_

Recommended Treatment ( that should be provided by Owner/Operator) : _Dental Cleaning_
_Cytology & Meds For Feet_

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9A71-03_
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5-18-22_  Clinician(s): _Alyssa Thompson_  Initials: _AT AV_

Breed: _BEAGLE_  Color: _RED BLACK WHITE_ Neuter: Y / N (circle)  Gender: M / F (circle)

Age / Birth: _1-2YR_  (Est)/Act. (circle)  Ear Tag / Tattoo #: _CMD CCL_

Length: _22"_  (nose to tail)  Height: _00_  (top of the head)

### IN-FIELD EXAM:

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☒ 5 - Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF | ☒ 1 | ☐ 2  ☐ 3 | ☐ 4 | |

MEDICAL FINDINGS:

_SCARRING ON LEFT EXTERIOR EAR_

_Overgrown NAILS_

Recommended Treatment ( that should be provided by Owner/Operator) : _Dental Cleaning_

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9A7I-04_

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5-18-22_   Clinician(s): _Alyssa Thompson_   Initials: _AT AV_

Breed: _BEAGLE_   Color: _Red Black white_   Neuter: Y /(N) circle)   Gender:(M) F (circle)

(Age) / Birth: _____ (est.)/Act. (circle)   Ear Tag / Tattoo #: _CmD CSI_

Length: _24"_   (nose to tail)   Height: _17"_   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☒ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF   ☐ 1 | ☒ 2 | ☐ 3 | ☐ 4 | |

**MEDICAL FINDINGS:**

SCARRING ON RIGHT EAR

WET / INFLAMMED FEET

Recommended Treatment ( that should be provided by Owner/Operator) : _DENTAL CLEANING_
_CYTOLOGY + MEDS FOR FEET_

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9A72-01_

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5-18-22_   Clinician(s): _Alyssa Thompson_   Initials: _AT AT_

Breed: _Beagle_   Color: _Red Black White_   Neuter: Y (N) (circle)   Gender (M) F (circle)

(Age) Birth: _1 yr_ (est) /Act. (circle)   Ear Tag / (Tattoo) #: ___ _CMD COY_

Length: _22"_ (nose to tail)   Height: _19"_ (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☒ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF   ☐ 1 | ☐ 2 | ☒ 3 | ☐ 4 | |

**MEDICAL FINDINGS:**

_Dental Disease, wet & inflammed feet, swollen paws_

Recommended Treatment ( that should be provided by Owner/Operator) : _Dental Cleaning_
_Cytology & meds for feet_

☐ Dog must be housed seperatly due to ___

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9A78·02_
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _S-18-22_   Clinician(s): _Alyssa Thompson_   Initials: _AT AV_
Breed: _BEAGLE_   Color: _TAN WHITE BLACK_   Neuter: Y / N (circle)   Gender: M / F (circle)
Age / Birth: _1-2 yr_ (est)/Act. (circle)   Ear Tag / Tattoo #: _CMD   CBR_
Length: _24"_   (nose to tail)   Height: _17"_   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF   ☐ 1 | ☐ 2 | ☒ 3 | ☐ 4 | |

**MEDICAL FINDINGS:**

WET & INFLAMMED PAWS

Recommended Treatment ( that should be provided by Owner/Operator) : _Dental Cleaning_
_CYTOLOGY & MEDS FOR FEET_

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: __9A72-03__
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5-18-22_  Clinician(s): _Alyssa Thompson_  Initials: _AT AV_
Breed: _BEAGLE_  Color: _BROWN: WHITE, Tan_  Neuter: Y /(N)(circle)  Gender: (M) F (circle)
(Age) Birth: _1 YR_  (est.) Act. (circle)  Ear Tag / Tattoo #: _CMD CIT_
Length: _21"_  (nose to tail)  Height: _20"_  (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☑ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☐ NSF | ☑ 1 | ☐ 2 | ☐ 3 | ☐ 4 |
|---|---|---|---|---|---|

**MEDICAL FINDINGS:**

DAMP & RED PAWS

Recommended Treatment ( that should be provided by Owner/Operator) : _DENTAL CLEANING_
_Cytology + meds for feet_

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9A72·04_
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5-18·22_   Clinician(s): _ALyssA THompSoN_   Initials: _AT AV_
Breed: _BEAGLE_   Color: _REO BlAck WHITE_   Neuter: Y (N) circle   Gender: (M) F (circle)
(Age)/ Birth: _1-2 YR_   (est)/Act. (circle)   Ear Tag / (Tattoo) #: _CmD C6V_
Length: _23"_   (nose to tail)   Height: _21"_   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF | ☐ 1 | ☒ 2 | ☐ 3 | ☐ 4 |

**MEDICAL FINDINGS:**

_WET · DAMP / iNFLAMMED PAWS_

Recommended Treatment ( that should be provided by Owner/Operator) : _DenTal ClEANiN6 CuTology AND MEDS FOR PAWS_

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9A73-07_
Case #: ___HY-3301-0150___
Location: ___Cumberland, VA___

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5-18-22_   Clinician(s): _Alyssa Thompson_   Initials: _AT N_

Breed: _BEAGLE_   Color: _TAN, BLACK, WHITE_   Neuter: Y / N (circle)   Gender: M / F (circle)

(Age) / Birth: _1-2-yr_   (est)/Act. (circle)   Ear Tag / Tattoo #: _CMD CME_

Length: _25"_   (nose to tail)   Height: _20"_   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☒ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☐ NSF | ☐ 1 | ☐ 2 | ☒ 3 | ☐ 4 |
|---|---|---|---|---|---|

**MEDICAL FINDINGS:**

HAIR LOSS + WOUNDS ON LEFT EAR, DIRTY EARS
SCAR ON RIGHT EXTERIOR EAR, DENTAL DISEASE
WET PAWS, INFLAMMED PAWS

SWOLLEN PAD ON RIGHT REAR PAW

Recommended Treatment ( that should be provided by Owner/Operator) : _DENTAL CLEANING,_
_CYTOLOGY + MEDS FOR FEET_

☐ Dog must be housed seperatly due to _____

☐ **By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.**

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9A73 - 02_
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**
In-Field Exam Date: 5/8/22    Clinician(s): _Alyssa Thompson_    Initials: AT AV
Breed: _BEAGLE_    Color: _RED BLACK WHITE_   Neuter: Y /(N)(circle) . Gender (M) F (circle)
(Age) / Birth: _1-2 yr_ (est.) Act. (circle)   Ear Tag / Tattoo #: _CMD CAG_
Length: _24"_   (nose to tail)   Height: _18"_   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF | ☐ 1 | ☒ 2 | ☐ 3 | ☐4 |

**MEDICAL FINDINGS:**

SCAR ON EXTERIOR LEFT EAR, SCARRING ON NOSE

INFLAMMED / WET PAWS

Recommended Treatment ( that should be provided by Owner/Operator) : _DENTAL CLEANING,_
_CYTOLOGY & MEDS FOR FEET_

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9A73 - 03_
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5-18-22_   Clinician(s): _Alyssa Thompson_   Initials: _AT AT_

Breed: _BEAGLE_   Color: _TAN, BLACK, WHITE_   Neuter: Y /(N)(circle)   Gender (M)/ F (circle)

(Age)/ Birth: _1-2yr_ (est.) Act. (circle)   Ear Tag /(Tattoo #) _CMO  CFX CFX_

Length: _26"_   (nose to tail)   Height: _19"_   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☒ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF | ☐ 1 | ☒ 2 | ☐ 3 | ☐ 4 |

**MEDICAL FINDINGS:**

_OVERGROWN & FECES ON NAILS NAILS, WET INFLAMMED_
_PADS / PAWS , DENTAL DISEASE_

Recommended Treatment ( that should be provided by Owner/Operator): _CYTOLOGY & MEDS FOR FEET_
_DENTAL CLEANING_

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9A73 - 04_

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5·18·22_ Clinician(s): _ALYSSA THOMPSON_ Initials: _AT AV_

Breed: _BEAGLE_ Color: _RED, BLACK, WHITE_ Neuter: Y / N (circle) Gender: M / F (circle)

(Age) Birth: _1-2 yr_ (est)/Act. (circle) Ear Tag / Tattoo #: _CmD CLB_

Length: _24"_ (nose to tail) Height: _15"_ (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF | ☒ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

**MEDICAL FINDINGS:**

_DENTAL DISEASE, INFLAMMED / WET FEET_

Recommended Treatment ( that should be provided by Owner/Operator) : _DENTAL CLEANING_
_CYTOLOGY + MEDS FOR FEET_

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9A74-07_
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5-18-22_   Clinician(s): _ALYSSA THOMPSON_   Initials: _AT_

Breed: _BEAGLE_   Color: _RED, BLACK, WHITE_   Neuter: Y /(N)(circle)   Gender:(M)/ F (circle)

(Age)/ Birth: _1-2 YR_ (est.) Act. (circle)   Ear Tag / (Tattoo)#: __CMD CBL__

Length: _23"_ (nose to tail)   Height: _19"_ (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☒ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF | ☒ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

**MEDICAL FINDINGS:**

_MILD TARTAR, LONG NAILS, DAMP PAWS_

Recommended Treatment ( that should be provided by Owner/Operator) : _CYTOLOGY_
_& MEDS FOR FEET_

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9A74-02_
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5-18-22_   Clinician(s): _Alyssa Thompson_   Initials: _AT AW_

Breed: _BEAGLE_   Color: _TAN, BLACK, WHITE_  Neuter: Y (N) (circle)   Gender: (M) F (circle)

(Age)/ Birth: ___   (est)/Act. (circle)   Ear Tag / (Tattoo) #: _CMD CFL_

Length: _26"_   (nose to tail)   Height: _17"_   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☒ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF | ☐ 1 | ☒ 2 | ☐ 3 | ☐ 4 |

**MEDICAL FINDINGS:**

_Dental Disease , Wet Feet, Inflammation on (RF) Foot_

Recommended Treatment ( that should be provided by Owner/Operator) : _Dental, Cytology + Medication for Feet_

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9A74-03_
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5-18-22_   Clinician(s): _Alyssa Thompson_   Initials: _AT AV_
Breed: _BEAGLE_   Color: _RED, BLACK, WHITE_   Neuter: Y /(N)(circle)   Gender (M)/ F (circle)
(Age) / Birth: _1 YR_   (est.) Act. (circle)   Ear Tag / Tattoo #: ___ Cmp CLF
Length: _25"_   (nose to tail)   Height: _17"_   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF | ☐ 1 | ☒ 2 | ☐ 3 | ☐ 4 |

**MEDICAL FINDINGS:**

_SCAR ON NOSE, ONE UNDESCENDED TESTICLE_
_WET & INFLAMMED PAWS, SCARRING ON (L) EAR_

Recommended Treatment ( that should be provided by Owner/Operator) : _DENTAL CLEANING_
_CYTOLOGY & MEDS for FEET_

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9A74-04_

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5-18-22_ Clinician(s): _ALYSSA THOMPSON_ Initials: _AT AV_

Breed: _BEAGLE_ Color: _RED, BLACK, WHITE_ Neuter: Y (N) circle) Gender: (M)/ F (circle)

(Age)/ Birth: _1-2 yr_ (est)/ Act. (circle) Ear Tag / Tattoo #: _CmD CBL_

Length: _21"_ (nose to tail) Height: _17"_ (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☒ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF | ☒ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

**MEDICAL FINDINGS:**

_SCARRING ON (R) INTERIOR EAR, (L) FOOT HAS SCAR_
_OVERGROWN NAILS, DAMP FEET/INFLAMMATION ON FEET._

_LEFT FRONT PAW (BOTTOM) STARTING TO GET SORES- VERY_
_RED & INFLAMMED_

Recommended Treatment ( that should be provided by Owner/Operator) : _DENTAL CLEANING._
_CYTOLOGY & MEDS FOR FEET_

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9A106-01_
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5/18/22_   Clinician(s): _McAndrew_                          Initials: _MA  EF_

Breed: _beagle_          Color: _black  tan+white_  Neuter: Y /(N)circle)  Gender: M /(F)circle)

Age / Birth: _3WKs_   (est.)/Act. (circle)   Ear Tag /(Tattoo)#: _CNA CJR_

Length: _18_           (nose to tail)   Height: _14_           (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☑ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☑ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |
|---|---|---|---|---|---|

MEDICAL FINDINGS: _reducible  umbilical  hernia_

Recommended Treatment ( that should be provided by Owner/Operator) : _surgical correction_

☐ Dog must be housed seperately due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9A106-02_

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5/18/22_   Clinician(s): _McAndrew_   Initials: _MA  SF_

Breed: _Beagle_   Color: _black red wh lte_   Neuter: Y /(N)(circle)   Gender: M /(F)(circle)

Age / Birth: _10 wk._   (est)/Act. (circle)   Ear Tag / Tattoo #: _CNACJ8V εF_

Length: _18.5_   (nose to tail)   Height: _17.5_   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☑ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☑ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |
|---|---|---|---|---|---|

MEDICAL FINDINGS: _No Small spot of hairless left side_

Recommended Treatment ( that should be provided by Owner/Operator) : _skin scrape_

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9A1016 - 05_

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5/18/22_   Clinician(s): _McAndrew_   Initials: _MA_  _EF_

Breed: _beagle_   Color: _black red + white_   Neuter: Y /(N)(circle)   Gender: M /(F)(circle)

Age / Birth: _11 wks_   (est.)/Act. (circle)   Ear Tag / Tattoo #: _CNA CLH_

Length: _18_   (nose to tail)   Height: _15_   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☑ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☑ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |
|---|---|---|---|---|---|

MEDICAL FINDINGS: _cherry eye in right eye_

Recommended Treatment ( that should be provided by Owner/Operator) : _surgical correction_

☐ Dog must be housed seperately due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

## IN-FIELD EXAM

Animal ID #: _9A 107 - 06_

Case #: __**HY-3301-0150**__

Location: __**Cumberland, VA**__

### ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5/18/22_   Clinician(s): _McAndrew_   Initials: _MA 2F_

Breed: _beagle_   Color: _black red + white_ Neuter: Y /(N)(circle) Gender: M /(F)(circle)

Age / Birth: _10 wks_   (est)/Act. (circle)   Ear Tag / Tattoo #: _CNACIT_

Length: _18_   (nose to tail)   Height: _16.5_   (top of the head)

### IN-FIELD EXAM:

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☑ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☑ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

MEDICAL FINDINGS: _little spot of hair loss left side_

Recommended Treatment ( that should be provided by Owner/Operator) : _skin scrape_

☐ Dog must be housed seperatly due to _____

☐ **By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.**

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9A10 8 ~ 03_
Case #: ___HY-3301-0150___
Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5/18/22_   Clinician(s): _McAndrew_   Initials: _MA - EF_
Breed: _beagle_   Color: _black red + white_ Neuter: Y /(N)(circle)   Gender: M /(F)(circle)
Age / Birth: _14 wks_   (est)/Act. (circle)   Ear Tag / Tattoo #: _CNACGM_
Length: _26.5_   (nose to tail)   Height: _15_   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☑ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☑ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |
|---|---|---|---|---|---|

MEDICAL FINDINGS: _pale mucus membranes_
_both ears dirty_
_patchy hair loss left rear leg + right elbow_

Recommended Treatment ( that should be provided by Owner/Operator) : _possible deworming_
_ear cleaning_

☐ Dog must be housed seperatly due to _____

☐ **By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.**

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9A10 8 - 04_
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5/18/22_   Clinician(s): _McAndrew_ _____   Initials: _MA_ _εϝ_
Breed: _beagle_ _____   Color: _red black white_ Neuter: Y /(N)(circle)   Gender: M /(F)(circle)
Age / Birth: _4 wks_ est./Act. (circle)   Ear Tag / Tattoo #: _CNACGP_ _____
Length: _19_ _____ (nose to tail)   Height: _16_ _____ (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☑ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☑ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

MEDICAL FINDINGS: _hair loss top of head_
_hairloss left inner thigh_

Recommended Treatment ( that should be provided by Owner/Operator) : _Skin Scrape_

☐ Dog must be housed seperately due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9A108-07_

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5/18/22_   Clinician(s): _McAndrew_ _____   Initials: _MA   GF_

Breed: _beagle_ _____   Color: _black red + white_   Neuter: Y / N(circle)   Gender: M /F(circle)

Age / Birth: _14wks_   Est./Act. (circle)   Ear Tag / Tattoo #: _CNACGN_ _____

Length: _19.5_ _____   (nose to tail)   Height: _15.5_ _____   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☑ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☑ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |
|---|---|---|---|---|---|

MEDICAL FINDINGS: _raised lump w/ hairloss on back of head_ _____

Recommended Treatment ( that should be provided by Owner/Operator) : _skin scrape_ _____

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9A111-02_

Case #: **HY-3301-0150**

Location: **Cumberland, VA**

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5/18/22_   Clinician(s): _McAndrew_   Initials: _MA_

Breed: _beagle_   Color: _black red white_   Neuter: Y /(N)(circle)   Gender: M /(F)(circle)

(Age)/ Birth: _11 wks_   (est)/Act. (circle)   Ear Tag /(Tattoo)#: _CNACHY_

Length: _22_   (nose to tail)   Height: _15.5_   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☑ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☑ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

MEDICAL FINDINGS: _reducible umbilical cov²F hernia_

Recommended Treatment ( that should be provided by Owner/Operator) : _surgery required_

☐ Dog must be housed seperately due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _____ 9A111-04_

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5/18/22_   Clinician(s): _McAndrew_   Initials: _MA_  EF

Breed: _beagle_   Color: _black red white_   Neuter: Y /(N)(circle)   Gender: M /(F)(circle)

(Age)/ Birth: _11 wks_ (est)/Act. (circle)   Ear Tag /(Tattoo)#: _CNACFK_

Length: _21_ (nose to tail)   Height: _16_ (top of the head)

### IN-FIELD EXAM:

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☑ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☑ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

MEDICAL FINDINGS: _muscle wasting on right rear leg - mild limp_

Recommended Treatment ( that should be provided by Owner/Operator) : _further evaluation;_
_possible radiographs_

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

## IN-FIELD EXAM

Animal ID #: **IDA1-03**

Case #: **HY-3301-0150**

Location: **Cumberland, VA**

### ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: 5/18/22   Clinician(s): Gonzalez   Initials: AG TM

Breed: Beagle   Color: Tan, Black, White   Neuter: Y /(N)(circle)   Gender: (M)/ F (circle)

Age / Birth: 6 months (est)/ Act. (circle)   Ear Tag / (Tattoo #): CMK CLF

Length: 22 in (nose to tail)   Height: 18 in (top of the head)

### IN-FIELD EXAM:

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |
|---|---|---|---|---|---|

### MEDICAL FINDINGS:

Left testicle not descended

Recommended Treatment ( that should be provided by Owner/Operator) : Neuter

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _10 A1 - 04_

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _8ᵗʰ 5-18-22_  Clinician(s): _Gonzalez_ Initials: _AKG TKG_

Breed: _Beagle_  Color: _Black, Tan, White_  Neuter: Y /(N)(circle)  Gender: (M)/ F (circle)

Age / Birth: _6 months_ est./ Act. (circle)  Ear Tag / Tattoo #: _CML CMR_

Length: _22.5 in_ (nose to tail)  Height: _14 in_ (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

**MEDICAL FINDINGS:**

_Ear infection in both ears, small amount of redness and dark brown debris._

Recommended Treatment ( that should be provided by Owner/Operator) : _Treat ear infection_

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

# IN-FIELD EXAM

Animal ID #: _10A1-05_

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5/18/22_   Clinician(s): _Gonzalez_   Initials: _PMcG TMR_

Breed: _Beagle_   Color: _Black, Tan, White_  Neuter: Y (N) circle   Gender: (M)/ F (circle)

(Age) Birth: _10 months_ est. Act. (circle)   Ear Tag / (Tattoo #) _LMK  CIK_

Length: _26 in_   (nose to tail)   Height: _17 in_   (top of the head)

## IN-FIELD EXAM:

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF | ☒ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

MEDICAL FINDINGS:

_Hair loss and swelling left front paw._

Recommended Treatment ( that should be provided by Owner/Operator) : _Skin scrape and treatment of skin infection._

☐ Dog must be housed seperatly due to _____

☐ **By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.**

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

## IN-FIELD EXAM

Animal ID #: __10A1 - 06__
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: __5/18/22__   Clinician(s): __Gonzalez__   Initials: __AMG TMR__
Breed: __Beagle__   Color: __Black, Tan, White__   Neuter: Y /(N)(circle)   Gender:(M)/ F (circle)
Age / Birth: __6 months__ est)/Act. (circle)   Ear Tag / (Tattoo #): __CMK   CNL__
Length: __27 in__   (nose to tail)   Height: __17 in__   (top of the head)

## IN-FIELD EXAM:

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

MEDICAL FINDINGS:

Mild ear infection in both ears. Swollen and red - all four paws.

Recommended Treatment ( that should be provided by Owner/Operator): Treatment of ear and skin infections. Dry, clean flooring.

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

## IN-FIELD EXAM

**Animal ID #:** 16A3-03
**Case #:** HY-3301-0150
**Location:** Cumberland, VA

### ANIMAL PATIENT MEDICAL RECORD - DOG

**In-Field Exam Date:** 5/18/22   **Clinician(s):** Gonzalez   **Initials:** AMG TMZ
**Breed:** Beagle   **Color:** Red, Black, White   **Neuter:** Y / N (circle)   **Gender:** M / F (circle)
**Age / Birth:** 6 months (est) / Act. (circle)   **Ear Tag / Tattoo #:** CMK CSF
**Length:** 23 in (nose to tail)   **Height:** 17.5 in (top of the head)

### IN-FIELD EXAM:

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☒ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

**MEDICAL FINDINGS:**

Redness and swelling both front feet. Hair loss and redness above right knee.

**Recommended Treatment ( that should be provided by Owner/Operator):** Skin scrape and treatment of skin infection. Dry, clean flooring

☐ Dog must be housed seperately due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

**Examining Veterinarian:** _____ (Signature)

**Concurrence (for removal Only) :** _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _IDA4 - 03_
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5/18/22_  Clinician(s): _Gonzalez_  Initials: _AMG TW_
Breed: _Beagle_  Color: _Red, Black, White_  Neuter: Y /(N)(circle)  Gender:(M)/ F (circle)
Age / Birth: _(8 months_ est)/Act. (circle)  Ear Tag /(Tattoo)#: _C.M.K_  _C.N.U_
Length: _25 in_  (nose to tail)  Height: _16 in_  (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☑ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☑ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

**MEDICAL FINDINGS:**

_Hair thinning above right eye._

Recommended Treatment ( that should be provided by Owner/Operator) : _Skin scrape._

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: __10A4-04__

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: __5/18/22__   Clinician(s): __Gonzales__   Initials: __AMG TAZ__

Breed: __Beagle__   Color: __Tan, Black, White__ Neuter: Y /(N)(circle)   Gender:(M)/ F (circle)

(Age)/ Birth: __10 months__ (est.)/Act. (circle)   Ear Tag / Tattoo #: __CMK CRR__

Length: __25 in__   (nose to tail)   Height: __15 in__   (top of the head)

### IN-FIELD EXAM:

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☒ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

**MEDICAL FINDINGS:**

Mild redness and debris in ears (both).

Recommended Treatment ( that should be provided by Owner/Operator) : __Ear medication.__

☐ Dog must be housed seperately due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _1DA4 – 06_
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5/18/22_  Clinician(s): _Gonzalez_ _____ Initials: _Ana Rdz_
Breed: _Beagle_ _____ Color: _Red, Black, White_  Neuter: Y /(N)(circle)  Gender:(M)/ F (circle)
(Age)/ Birth: _6 months_  (ESD)/Act. (circle)  Ear Tag /(Tattoo)#: _CMK CNR_
Length: _27 in_ _____ (nose to tail)  Height: _11 in_ _____ (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☒ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 -  Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐4 |

**MEDICAL FINDINGS:**

_Moderate redness and debris in both ears._

Recommended Treatment ( that should be provided by Owner/Operator) : _Ear medication._

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: **1 0 A 4 0 - 0 4**
Case #: **HY-3301-0150**
Location: **Cumberland, VA**

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: **5 | 18 | 22**  Clinician(s): **Kuzdas**  Initials: **KK MN**
Breed: **Beagle**  Color: **Black tan white**  Neuter: Y /(N)(circle)  Gender (M)/ F (circle)
(Age)/ Birth: **12 weeks**  (est.)/Act. (circle)  Ear Tag / (Tattoo #: **CNBCBK**
Length: **17 inches**  (nose to tail)  Height: **11 inches**  (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☒ 2 - Very Thin | ☒ 3 -Thin MN | ☐ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

**MEDICAL FINDINGS:**

Underweight and thin, very quiet
and subdued

Recommended Treatment ( that should be provided by Owner/Operator) : _Monitor. Improve nutrition_

☒ Dog must be housed seperatly due to _under weight_

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: __10A40 - 05__
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: __5/18/22__   Clinician(s): __Kuzdas__   Initials: __KK MN__

Breed: __Beagle__   Color: __Black tan White__   Neuter: Y (N) circle)   Gender: (M)/ F (circle)

(Age) Birth: __12 weeks__ (est) /Act. (circle)   Ear Tag / (Tattoo #) __CNB CBE__

Length: __21 inches__ (nose to tail)   Height: __12 inches__ (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

**MEDICAL FINDINGS:**

Mild yeast infection or ear mites in right ear

Recommended Treatment ( that should be provided by Owner/Operator) : Clean and treat eye for conditions mentioned in medical Findings

☐ Dog must be housed seperatly due to _____

☐ **By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.**

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: __IoA7O-O4__
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: __5/18/22__   Clinician(s): __Gonzalez__   Initials: __AlmG JMZ__
Breed: __Beagle__   Color: __Tan, Black, white__   Neuter: Y /(N)(circle)   Gender:(M)/ F (circle)
(Age)/ Birth: __8 weeks__ (est)./Act. (circle)   Ear Tag / (Tattoo) #: __CNC CIE__
Length: __13 in__   (nose to tail)   Height: __10.5 in__   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |
|---|---|---|---|---|---|

**MEDICAL FINDINGS:**

__Mild discharge from right eye__

Recommended Treatment ( that should be provided by Owner/Operator) : __Eye medication__

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: ᴵᴰ A71 - 01

Case #: **HY-3301-0150**

Location: **Cumberland, VA**

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: 5/18/22    Clinician(s): Gonzalez    Initials: PMG TLL

Breed: Beagle    Color: Tan, Black, White    Neuter: Y / (N) (circle)    Gender: (M) / F (circle)

(Age) / Birth: 6 weeks (est.) /Act. (circle)    Ear Tag / (Tattoo) #: CNC CIM

Length: 11 in (nose to tail)    Height: 9 in (top of the head)

### IN-FIELD EXAM:

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |
|---|---|---|---|---|---|

MEDICAL FINDINGS:

Green discharge from both eyes

Recommended Treatment ( that should be provided by Owner/Operator) : Antibiotics / eye ointment to treat infection.

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _ID A71 - 03_

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5/18/22_ Clinician(s): _Gonzalez_ Initials: _AMG TWL_

Breed: _Beagle_ Color: _Red, Black, White_ Neuter: Y /(N)(circle) Gender: (M) / F (circle)

(Age)/ Birth: _6 weeks_ est./Act. (circle) Ear Tag / Tattoo #: _CND CAC_

Length: _11.5 in_ (nose to tail) Height: _9.5 in_ (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |
|---|---|---|---|---|---|

**MEDICAL FINDINGS:**

_Cloudy nasal discharge_

Recommended Treatment ( that should be provided by Owner/Operator) : _Antibiotics for respiratory infection_

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: __10A71 - 05__

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: __5/18/22__   Clinician(s): __Gonzalez__ Initials: __AMG TVE__

Breed: __Beagle__   Color: __Tan, Black, White__ Neuter: Y /(N)(circle) Gender:(M)/ F (circle)

(Age)/ Birth: __6 weeks__ (est)/Act. (circle)   Ear Tag /(Tattoo)#: __(ND CAB__

Length: __12 in__   (nose to tail)   Height: __10 in__   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☒ 3 -Thin | ☐ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |
|---|---|---|---|---|---|

**MEDICAL FINDINGS:**

Thin - poor body condition.

Recommended Treatment ( that should be provided by Owner/Operator) : __Dewormer, proper nutrition__

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _lOA71-06_
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5/18/22_    Clinician(s): _Gonzalez_    Initials: _PMG TM_
Breed: _Beagle_    Color: _Tan, Black, White_    Neuter: Y /(N)(circle)   Gender: (M)/ F (circle)
Age/ Birth: _6 weeks_ (est)/Act. (circle)   Ear Tag / Tattoo #: ___CNC  CJW___
Length: _12 in_    (nose to tail)   Height: _8 in_    (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☒ 3 -Thin | ☐ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

**MEDICAL FINDINGS:**

_Cloudy nasal discharge; distended abdomen, mild discharge from both eyes._

Recommended Treatment ( that should be provided by Owner/Operator) : _Antibiotics for respiratory infection, dewarmer, eye antibiotic ointment_

☐ Dog must be housed seperately due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: __lo A 71 - 07__
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: __5/18/22__   Clinician(s): __Gonzalez__   Initials: __AMG TM2__
Breed: __Beagle__   Color: __Tan, Black, White__   Neuter: Y /(N)(circle)   Gender: (M)/ F (circle)
(Age)/ Birth: __16 weeks__ est./Act. (circle)   Ear Tag / Tattoo #: __CAC CJ 1t__
Length: __11 in__ (nose to tail)   Height: __9 in__   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |
|---|---|---|---|---|---|

**MEDICAL FINDINGS:**

Discharge from the nose and eyes

Recommended Treatment ( that should be provided by Owner/Operator) : __Antibiotics and__
__eye ointment__

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: __10A72 – 01__
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: __5/18/22__   Clinician(s): __Gonzalez__   Initials: __AMG TAZ__

Breed: __Beagle__   Color: __Tan, Black, White__   Neuter: Y /(N)(circle)   Gender:(M) F (circle)

Age / Birth: __8 weeks__ (est)/Act. (circle)   Ear Tag / Tattoo #: __GND CAD__

Length: __11 in__   (nose to tail)   Height: __8.5 in__   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

**MEDICAL FINDINGS:**

Very distended abdomen.

Recommended Treatment ( that should be provided by Owner/Operator) : __Dewormer.__

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: __10A72-04__
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: __5/18/22__   Clinician(s): __Gonzalez__   Initials: _____
Breed: __Beagle__   Color: __Red, Black, White__   Neuter: Y /(N)(circle)   Gender:(M)/ F (circle)
Age / Birth: __8 weeks__ (est)./Act. (circle)   Ear Tag /(Tattoo)#: __C.N.C   C.S.X__
Length: __12 in__   (nose to tail)   Height: __8 in__   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐4 |

**MEDICAL FINDINGS:**

Distended abdomen.

Recommended Treatment ( that should be provided by Owner/Operator) : __Dewormer.__

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _10A72-06_
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5/18/22_   Clinician(s): _Gonzalez_ _____ Initials: _Awas AMR_
Breed: _Beagle_ _____ Color: _Red, Black, White_ _____ Neuter: Y /(N)circle) Gender: (M) F (circle)
(Age) / Birth: _8 weeks_ _(est)/Act. (circle)   Ear Tag /(Tattoo #: _CNC  CJU_ _____
Length: _13in_ _____ (nose to tail)   Height: _10.5in_ _____ (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

**MEDICAL FINDINGS:**

_Hair loss behind left ear, cloudy discharge from_
_nose._

Recommended Treatment ( that should be provided by Owner/Operator): _Skin scrape,_
_antibiotics for respiratory infection._
☐ Dog must be housed seperatly due to _____
☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment
or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be
removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

## IN-FIELD EXAM

Animal ID #: _WA 72-07_

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

### ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5/18/22_    Clinician(s): _Gonzalez_    Initials: _AMG MR_

Breed: _Beagle_    Color: _Tan, Black, White_ Neuter: Y /(N)(circle)  Gender: (M)/ F (circle)

(Age)/ Birth: _8 weeks_ (est)/Act. (circle)    Ear Tag / Tattoo #: _WD CAA_

Length: _12 in_    (nose to tail)    Height: _8 in_    (top of the head)

### IN-FIELD EXAM:

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐4 |

MEDICAL FINDINGS:

_Distended abdomen._

Recommended Treatment ( that should be provided by Owner/Operator) : _Dewormer._

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

## IN-FIELD EXAM

Animal ID #: __10A73-02__
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

### ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: __5/18/22__  Clinician(s): __Gonzalez__  Initials: __AWG ThR__
Breed: __Beagle__  Color: __Tan, Black, White__  Neuter: Y /(N)(circle)  Gender:(M) / F (circle)
(Age) / Birth: __8 weeks__ (est)/Act. (circle)  Ear Tag / ~~Tattoo~~#: __CNC CIU__
Length: __15in__  (nose to tail)  Height: __11.5 in__  (top of the head)

### IN-FIELD EXAM:

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☑ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☑ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐4 |
|---|---|---|---|---|---|

MEDICAL FINDINGS:

Reducible umbilical hernia (open belly button).

Recommended Treatment ( that should be provided by Owner/Operator) : __Hernia repair__

☐ Dog must be housed seperately due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: __10A73-03__
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: __5/18/22__  Clinician(s): __Gonzalez__  Initials: __AMG TM__
Breed: __Beagle__  Color: __Red, Black, White__  Neuter: Y /(N)(circle)  Gender: (M) F (circle)
Age / Birth: __8 weeks__ (est.)/Act. (circle)  Ear Tag / Tattoo #: __CNC CIV™ CIW__
Length: __14 in__  (nose to tail)  Height: __11.5 in__  (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☒ 5- Ideal |
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

**MEDICAL FINDINGS:**

Reducible umbilical hernia (open belly button)

Recommended Treatment ( that should be provided by Owner/Operator) : __Hernia repair.__

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

Animal ID #: __10A73-06__

**IN-FIELD EXAM**

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

### ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: __5/18/22__   Clinician(s): __Gonzalez__   Initials: __AMG TMR__

Breed: __Beagle__   Color: __Tan, Black, White__   Neuter: Y /(N)(circle)   Gender: (M) F (circle)

(Age)/ Birth: __8 weeks__ est./Act. (circle)   Ear Tag /Tattoo #: __CNC CIX__

Length: __13 in__   (nose to tail)   Height: __9.5 in__   (top of the head)

### IN-FIELD EXAM:

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☑ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐4 |

**MEDICAL FINDINGS:**

Very distended abdomen. Reducible umbilical hernia (open belly button).

Recommended Treatment ( that should be provided by Owner/Operator) : __Hernia repair. Dewormer.__

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

## IN-FIELD EXAM

Animal ID #: __16A73-07__

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: __5/28/22__   Clinician(s): __Gonzalez__   Initials: __AMG JM__

Breed: __Beagle__   Color: __Tan, Black, White__   Neuter: Y /(N)(circle)   Gender:(M)/ F (circle)

(Age)/ Birth: __8 weeks__   est)/Act. (circle)   Ear Tag /(Tattoo)#: __CND CAR__

Length: __12 in__   (nose to tail)   Height: __10 in__   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

**MEDICAL FINDINGS:**

Very distended abdomen.

Recommended Treatment ( that should be provided by Owner/Operator) : __Dewormer.__

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: __10A74-03__
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: __5/18/22__   Clinician(s): __Gonzalez__   Initials: __AMG TM__
Breed: __Beagle__   Color: __Tan, Black, White__ Neuter: Y /(N)(circle)   Gender:(M)/ F (circle)
Age / Birth: __8 weeks__ (Est)/Act. (circle)   Ear Tag / Tattoo #: __CNC CSE__
Length: __13 in__   (nose to tail)   Height: __10 in__   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☒ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| **Dental Grade:** | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

**MEDICAL FINDINGS:**

Distended abdomen.

Recommended Treatment ( that should be provided by Owner/Operator) : __Dewormer.__

☐ Dog must be housed seperatly due to _____

☐ **By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.**

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

⌒ **IN-FIELD EXAM**

Animal ID #: _10A75-02_

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5/18/22_   Clinician(s): _Gonzalez_   Initials: _AMG TAZ_

Breed: _Beagle_   Color: _Black, Red, White_   Neuter: Y /(N)(circle)   Gender: (M)/ F (circle)

(Age)/ Birth: _8 weeks (est)_/Act. (circle)   Ear Tag / Tattoo #: _LNB LJN_

Length: _12 in_   (nose to tail)   Height: _7 in_   (top of the head)

⌒ **IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☒ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐4 |
|---|---|---|---|---|---|

**MEDICAL FINDINGS:**

_Green discharge from right eye._

Recommended Treatment ( that should be provided by Owner/Operator) : _Eye medication._

☐ Dog must be housed seperatly due to _____

☐ **By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.**

⌒ Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: ~~IDA 7~~ IDA7S-03
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: 5/18/22   Clinician(s): Gonzalez   Initials: AWG TB

Breed: Beagle   Color: Red, Black, White   Neuter: Y /(N)(circle)   Gender: (M)/ F (circle)

Age) Birth: 8+ weeks est./Act. (circle)   Ear Tag /(Tattoo #): CND CAK

Length: 13 in   (nose to tail)   Height: 10.5 in   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☒ 5- Ideal |
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

**MEDICAL FINDINGS:**

Green discharge from nose, distended abdomen.

Recommended Treatment ( that should be provided by Owner/Operator) : Antibiotics for respiratory infection. Dewormer.

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _10A76 – 01_
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5|18|22_ ___ Clinician(s): _MacDougall_ ___ Initials: ____
Breed: _Beagle_ ___ Color: _Blk/Red/White (Tri)_ ___ Neuter: Y / N (circle) ___ Gender: M /(F)(circle)
Age / Birth: ____ est./Act. (circle) ___ Ear Tag / Tattoo #: _illiagable_
Length: _24 inches_ ___ (nose to tail) ___ Height: _14 inc_ ___ (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF | ☒ 1 | ☐ 2 | ☐ 3 | ☐ 4 |
| MEDICAL FINDINGS: | chronic wound – left ear - secondary to bite | | | | |

_____
_____
_____
_____
_____
_____
_____

Recommended Treatment ( that should be provided by Owner/Operator) : _____
_Topical Antibiotic therapy_

☐ Dog must be housed seperatly due to _____
☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _10A81-04_
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5/8/22_   Clinician(s): _MACDOUGALL_   Initials: _____

Breed: _Beagle_   Color: _TN_   Neuter: Y / N (circle)   Gender: M / F (circle)

Age / Birth: _1year_   est./Act. (circle)   Ear Tag / Tattoo #: _CMJ-CNT_

Length: _20_   (nose to tail)   Height: _13_   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF | ☒ 1 | ☐ 2   ☐ 3 | ☐ 4 | |

MEDICAL FINDINGS: _RETAINED K9 - 204_

_____

_____

_____

_____

_____

_____

Recommended Treatment ( that should be provided by Owner/Operator) : _Tooth Extraction of 204_

_____

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _10A82-01_

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5/18/22_ Clinician(s): _MACDOUGAII_ Initials: _____

Breed: _Beagle_ Color: _Tri-_ Neuter: Y / N (circle) Gender: M /(F)(circle)

Age / Birth: _1+5 years_ est./Act. (circle) Ear Tag / Tattoo #: _CMJ-CCU_

Length: _20 in_ (nose to tail) Height: _15 in_ (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☐ NSF | ☒ 1 | ☐ 2 | ☐ 3 | ☐ 4 |
|---|---|---|---|---|---|

MEDICAL FINDINGS: _RETAINED 204 K9_

Recommended Treatment ( that should be provided by Owner/Operator) : _Extraction of tooth 204 K9_

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _10A86-04_

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5|18|22_ Clinician(s): _MACDOUGAU_ Initials: _____

Breed: _Beagle_ Color: _Tri-_ Neuter: Y / N (circle) Gender: M (F)(circle)

Age / Birth: _1.5 YEARS_ est./Act. (circle) Ear Tag / Tattoo #: _CMJ - CRG_

Length: _21in_ (nose to tail) Height: _16 in_ (top of the head)

### IN-FIELD EXAM:

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF | ☒ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

MEDICAL FINDINGS:

_DETAINE K9 104/204_

Recommended Treatment ( that should be provided by Owner/Operator) : _RECOMMEND Extraction_
_of 104/204_

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _IOA88-02_

Case #: **HY-3301-0150**

Location: **Cumberland, VA**

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5/18/22_          Clinician(s): _MACDOUGAII_          Initials: _____

Breed: _Beagle_          Color: _Tri_          Neuter: Y / N (circle)   Gender: M / F (circle)

Age / Birth: _1.5yrs_          est./Act. (circle)   Ear Tag / Tattoo #: _CMG-ET P_

Length: _23_          (nose to tail)   Height: _17_          (top of the head)

### IN-FIELD EXAM:

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☒ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF | ☒ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

MEDICAL FINDINGS:

_Granulating wound right elbow_

Recommended Treatment ( that should be provided by Owner/Operator) : _Topical treatment for wound_

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

## IN-FIELD EXAM

Animal ID #: **10A90-04**
Case #: **HY-3301-0150**
Location: **Cumberland, VA**

### ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: 5/18/22     Clinician(s): MACDOUGALL     Initials: _____
Breed: Beagle     Color: Tri -     Neuter: Y / N (circle)   Gender: M / F (circle)
Age / Birth: 9 yEll     est./Act. (circle)   Ear Tag / Tattoo #: CMK CDS
Length: 22     (nose to tail)   Height: 17     (top of the head)

### IN-FIELD EXAM:

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☑ 4 - Ideal | ☐ 5- Ideal |
| --- | --- | --- | --- | --- | --- |
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

MEDICAL FINDINGS: (1) THINNING HAIR RIGHT HIND LEG
_____
_____
_____
_____
_____
_____
_____

Recommended Treatment ( that should be provided by Owner/Operator) : Reccomend Skin Scrape
_____

☐ Dog must be housed seperatly due to _____
☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _10A94-08_
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

### ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5/18/22_  Clinician(s): _MacDougll_  Initials: _AM_
Breed: _Beagle_  Color: _Th_  Neuter: Y / N (circle)  Gender: M /(F) circle)
Age / Birth: _~1.5_  est./Act. (circle)  Ear Tag / Tattoo #: _CMH CPG_
Length: _24_  (nose to tail)  Height: _16_  (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☑ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☐ NSF | ☑ 1 | ☐ 2 | ☐ 3 | ☐ 4 |
|---|---|---|---|---|---|

**MEDICAL FINDINGS:**

Left foot rea @ dermatitis
clean foot

Recommended Treatment ( that should be provided by Owner/Operator) : _Clean feet_

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

## IN-FIELD EXAM

Animal ID #: __IOA\08~01__

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

### ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: __5-18-22__     Clinician(s): __DR. BEARDEN__                              Initials: __BB__

Breed: __BEAGLE__          Color: __BLACK-BROWN-WHITE__     Neuter: Y / N (circle)   Gender: M (F) (circle)
                                                                                           UNKNOWN
Age / Birth: __1__          (est.) Act. (circle)     Ear Tag / Tattoo #: __CMJ CJT__

Length: __22.5"__          (nose to tail)     Height: __16"__          (top of the head)

### IN-FIELD EXAM:

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF | ☒ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

### MEDICAL FINDINGS:

__ABSESS ON HEAD__

Recommended Treatment ( that should be provided by Owner/Operator) : __ANTIBIOTIC FOR ABSESS__

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: 2014-01

Case #: **HY-3301-0150**

Location: **Cumberland, VA**

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: 5/18/2022   Clinician(s): Whitaker   Initials: MSW

Breed: Beagle   Color: Black Tan CC White   Neuter: Y / N (circle)   Gender: M / F (circle)

Age / Birth: 2 Years   est./Act. (circle)   Ear Tag / Tattoo #: Microchip

Length: 27 inch (nose to tail)   Height: 17 inch (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☒ 5- Ideal |
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☐ NSF | ☐ 1 | ☒ 2 | ☐ 3 | ☐ 4 |

**MEDICAL FINDINGS:**

7 puppies, Grade 3 Dental Disease

Recommended Treatment ( that should be provided by Owner/Operator) : Dental

☐ Dog must be housed seperally due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: 2045-01
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: 5/18/2022   Clinician(s): Whitaker   Initials: KW

Breed: Beagle   Color: Black Tan White   Neuter: Y /(N) (circle)   Gender: M /(F) (circle)

Age / Birth: 4 years est./Act. (circle)   Ear Tag / Tattoo #: CIRCR1

Length: 25 inches (nose to tail)   Height: 20 inch (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☒ 5- Ideal |
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF   ☐ 1 | ☐ 2 | ☒ 3 | ☐ 4 | |

**MEDICAL FINDINGS:**

6 puppies, Grade 3 Dental Disease

Recommended Treatment ( that should be provided by Owner/Operator) : Dental prophy

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _20A6-01_

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5/8/2022_   Clinician(s): _Whitaker_   Initials: _MW_

Breed: _Beagle_   Color: _Black and White_   Neuter: Y (N) (circle)   Gender: M (F) (circle)

Age / Birth: _2 years_   est./Act. (circle)   Ear Tag / Tattoo #: _CBDCBD_

Length: _22 inch_   (nose to tail)   Height: _9 inch_   (top of the head)

## IN-FIELD EXAM:

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☒ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☐ NSF | ☐ 1 | ☒ 2 | ☐ 3 | ☐ 4 |
|---|---|---|---|---|---|

MEDICAL FINDINGS:

_Grade 2 Dental Disease, patches of thin hair on Back_

Recommended Treatment ( that should be provided by Owner/Operator) : _Dental Prophy_

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _20A7 - 01_

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5- 18- 2022_ Clinician(s): _Whitaker_ Initials: _MSW_

Breed: _Beagle_ Color: _Red / Black / wh_ Neuter: Y /(N)/(circle) Gender: M /(F)/(circle)

Age / Birth: _4 years_ est./Act. (circle) Ear Tag / Tattoo #: _CED_

Length: _12½ inch_ (nose to tail) Height: _27½ inch_ (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☐ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☒ 4 |
|---|---|---|---|---|---|

**MEDICAL FINDINGS:**

_Grade 4 Dental Disease_

Recommended Treatment ( that should be provided by Owner/Operator) : _Dental prophy_

☐ Dog must be housed seperately due to _____

☐ **By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.**

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: 20A25-01d
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: 5/18/22   Clinician(s): Moffitt   Initials: _____
Breed: Beagle   Color: TRI   Neuter: Y / N (circle)   Gender: M / F (circle)
Age / Birth: 4/17/22   est./Act. (circle)   Ear Tag / Tattoo #: NONE
Length: 10"   (nose to tail)   Height: 5.0"   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF   ☐ 1 | ☐ 2   ☐ 3 | ☐ 4 | | |

**MEDICAL FINDINGS:**

Pot belly

Recommended Treatment ( that should be provided by Owner/Operator) : Flea | Deworm

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _ZIA-04_

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5-18-22_   Clinician(s): _Strong_   Initials: _SS/HK_

Breed: _Beagle_   Color: _Red, Black, White_   Neuter: Y /(N)(circle)   Gender: M /(F)(circle)

Age / Birth: _3 years_ est./Act. (circle)   Ear Tag / Tattoo #: _CKCC)E_

Length: _25 inches_ (nose to tail)   Height: _19 inches_   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☑ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☐ NSF | ☐ 1 | ☐ 2 | ☑ 3 | ☐ 4 |
|---|---|---|---|---|---|

MEDICAL FINDINGS: _fecal impaction on all four feet, painful dental disease_

Recommended Treatment ( that should be provided by Owner/Operator) : _Dental cleaning_

☐ Dog must be housed seperatly due to _____

☐ **By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.**

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _214 - 05_

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5·18·27_   Clinician(s): _Strong_   Initials: _____

Breed: _Beagle_   Color: _Black, Red, White_   Neuter: Y /(N)(circle)   Gender: M /(F)(circle)

Age / Birth: _____ est./Act. (circle)   Ear Tag / Tattoo #: _CKFCSD_

Length: _28 inches_   (nose to tail)   Height: _17 inches_   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☒ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF   ☐ 1 | ☐ 2 | ☒ 3 | ☐ 4 | |

MEDICAL FINDINGS: _Brown discharge from vulva, feces impacted in all four paws_

_____

_____

_____

_____

_____

_____

_____

Recommended Treatment ( that should be provided by Owner/Operator) : _Clean feet_

_____

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _ZIA-05d_

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5.18.21_   Clinician(s): _Strong_   Initials: _SS/AC_

Breed: _Beagle_   Color: _Black, White, Tan_   Neuter: Y / N (circle)   Gender: M /F (circle)

Age / Birth: _11 days_   est./Act. (circle)   Ear Tag / Tattoo #: _____

Length: _9 inches_   (nose to tail)   Height:_____   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

MEDICAL FINDINGS: _Healing pustule on umbilicus, Clear nasal discharge_

Recommended Treatment ( that should be provided by Owner/Operator) : _Observe umbilicus to ensure doesn't get infected_

☐ Dog must be housed seperately due to _____

☐ **By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.**

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _21A-06_

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5/17/22_   Clinician(s): _STRONG_   Initials: _ss/AR_

Breed: _Beagle_   Color: _Black, Tan, White_   Neuter: Y /(N)(circle)   Gender: M /(F)(circle)

Age / Birth: _3-4 years_ est./Act. (circle)   Ear Tag / Tattoo #: _CKGCBT_

Length: _24 inches_   (nose to tail)   Height: _10 inches_   (top of the head)

### IN-FIELD EXAM:

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☒ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF | ☐ 1 | ☐ 2 | ☒ 3 | ☐ 4 |

**MEDICAL FINDINGS:**

_____

_____

_____

_____

_____

_____

_____

Recommended Treatment ( that should be provided by Owner/Operator) : _Needs dental Cleaning_

_____

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

## IN-FIELD EXAM

Animal ID #: _214-07_
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

### ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5/17/22_   Clinician(s): _Strong_   Initials: _SS/AR_
Breed: _Beagle_  _18#_  Color: _Red, White, Black_   Neuter: Y /(N)(circle)   Gender: M /(F)(circle)
Age / Birth: _2-3 years_ est./Act. (circle)   Ear Tag / Tattoo #: _CIFCES_
Length: _26 inches_   (nose to tail)   Height: _16 inches_   (top of the head)

### IN-FIELD EXAM:

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☒ 5- Ideal |
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF | ☐ 1 | ☐ 2 | ☒ 3 | ☐ 4 |

MEDICAL FINDINGS:

Recommended Treatment ( that should be provided by Owner/Operator) : _Needs dental_

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _21A - 09_
Case #: ___HY-3301-0150___
Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5-18-22_   Clinician(s): _Strong_   Initials: _SS-AR_
Breed: _Beagle_   Color: _Red White Black_   Neuter: Y /(N)circle)   Gender: M /(F)circle)
Age / Birth: _3 years_   est./Act. (circle)   Ear Tag / Tattoo #: _CIGCFD_
Length: _23 inches_   (nose to tail)   Height: _17 inches_   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| **Dental Grade:** | ☐ NSF   ☐ 1 | ☐ 2 | ☒ 3 | ☐ 4 | |

MEDICAL FINDINGS: _Moderate inflammation both hind paw pads, mild eye discharge_

Recommended Treatment ( that should be provided by Owner/Operator) : _Needs dental_

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

## IN-FIELD EXAM

Animal ID #: _ZIA-10_

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

### ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5-18-22_    Clinician(s): _Strong_    Initials: _SS-AR_

Breed: _Beagle_    Color: _Red, Black, White_    Neuter: Y /(N)circle)  Gender: M /(F)circle)

Age / Birth: _3-4 years_ est./Act. (circle)    Ear Tag / Tattoo #: _CFECMP_

Length: _25 inches_    (nose to tail)    Height: _18 inches_    (top of the head)

### IN-FIELD EXAM:

| Body Condition Score: | □ 1 -Emaciated | □ 2 - Very Thin | □ 3 -Thin | ☒ 4 - Ideal | □ 5- Ideal |
|---|---|---|---|---|---|
| | □ 6 - Overweight | □ 7 - Heavy | □ 8 - Obese | □ 9 - Grossly Obese | |

| Dental Grade: | □ NSF | □ 1 | □ 2 | ☒ 3 | □ 4 |
|---|---|---|---|---|---|

### MEDICAL FINDINGS:

Recommended Treatment ( that should be provided by Owner/Operator) : _Needs dental_

□ Dog must be housed seperatly due to _____

□ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _ZIA -14c_

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5/18/22_   Clinician(s): _Strong_   Initials: _SS/HR_

Breed: _Beagle_   Color: _Black / White / Tan_   Neuter: Y / N (circle)   Gender: (M)/ F (circle)

Age / Birth: _5 days_   est./Act. (circle)   Ear Tag / Tattoo #: _____

Length: _____ (nose to tail)   Height: _____ (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☐ 5- Ideal |
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

MEDICAL FINDINGS: _Left front paw pad red / inflamed_

Recommended Treatment ( that should be provided by Owner/Operator) : _Monitor area_

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _ZIA-15_

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5/18/22_   Clinician(s): _Strong_   Initials: _SS/AR_

Breed: _Beagle_   Color: _Red, White, Black_   Neuter: Y /(N) (circle)   Gender: M /(F) (circle)

Age / Birth: _2-3 years_ est./Act. (circle)   Ear Tag / Tattoo #: _CKECFA_

Length: _26 inches_ (nose to tail)   Height: _16 inches_ (top of the head)

### IN-FIELD EXAM:

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF | ☐ 1 | ☐ 2 | ☒ 3 | ☐ 4 |

MEDICAL FINDINGS: _Mild red inflamed paws all four_

Recommended Treatment ( that should be provided by Owner/Operator) : _Needs dental, paws cleaned,_
_brown vulva discharge_

☐ Dog must be housed seperatly due to _____

☐ **By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.**

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _21 A-16_
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5/18/22_  Clinician(s): _Strong_  Initials: _SS/AR_
Breed: _Beagle_  Color: _Red Black wht_  Neuter: Y /(N)(circle)  Gender: M /(F)(circle)
Age / Birth: _2-8 years_ est./Act. (circle)  Ear Tag / Tattoo #: _CKG, CBN_
Length: _25 inches_ (nose to tail)  Height: _17 inches_ (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF | ☐ 1 | ☐ 2 | ☒ 3 | ☐ 4 |

MEDICAL FINDINGS: _Mild red inflamed paw pads, muccid vaginal discharge_

Recommended Treatment ( that should be provided by Owner/Operator) : _Clean paws_

☐ Dog must be housed seperately due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _214-76_

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5/18/22_   Clinician(s): _Strong_   Initials: _SS/AR_

Breed: _Beagle_   Color: _Red, Black, White_   Neuter: Y /(N)(circle)   Gender: M /(F)(circle)

Age / Birth: _2 Yrs_   est./Act. (circle)   Ear Tag / Tattoo #: _CLCCIY_

Length: _26 inches_   (nose to tail)   Height: _16 inches_   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☐ NSF | ☐ 1 | ☒ 2 | ☐ 3 | ☐4 |
|---|---|---|---|---|---|

MEDICAL FINDINGS: _Red inflammed paws all four feet_

Recommended Treatment ( that should be provided by Owner/Operator) : _Need paws cleaned_

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _ZIAZO - 01_
Case #: ___**HY-3301-0150**___
Location: __**Cumberland, VA**___

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5-18-2022_ Clinician(s): _Dr. McManus_ Initials: _MJ_
Breed: _Beagle_ Color: _Tri color_ Neuter: Y /(N)(circle) Gender: M /(F)(circle)
Age / Birth: _7 +_ est./Act. (circle) Ear Tag / Tattoo #: _CLC COM_
Length: _26 in_ (nose to tail) Height: _16 in_ (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ **1** -Emaciated | ☐ **2** - Very Thin | ☑ **3** -Thin | ☐ **4** - Ideal | ☐ **5**- Ideal |
|---|---|---|---|---|---|
| | ☐ **6** - Overweight | ☐ **7** - Heavy | ☐ **8** - Obese | ☐ **9** - Grossly Obese | |
| Dental Grade: | ☐ NSF   ☐ 1 | ☐ 2 | ☑ 3 | ☐ 4 | |

**MEDICAL FINDINGS:**

_Lactating._

Recommended Treatment ( that should be provided by Owner/Operator) : _Dental cleaning_

☐ Dog must be housed seperatly due to _____

☐ **By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.**

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

## IN-FIELD EXAM

**Animal ID #:** _7 1A24- 01_
**Case #:** **HY-3301-0150**
**Location:** **Cumberland, VA**

### ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5 - 18 - 2022_   Clinician(s): _Dr. McManus_   Initials: _MJ_
Breed: _Beagle_   Color: _Tricolor_   Neuter: Y /(N)(circle)   Gender: M /(F)(circle)
Age / Birth: _7 + years_ est./Act. (circle)   Ear Tag / Tattoo #: _CJB   CJV_
Length: _27 in_   (nose to tail)   Height: _20 in_   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☑ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☐ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☑ 4 |
|---|---|---|---|---|---|

**MEDICAL FINDINGS:**

_Pregnant_

Recommended Treatment ( that should be provided by Owner/Operator) : _Dental Cleaning_

☐ Dog must be housed seperatly due to _____
☐ **By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.**

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _ZIA25-01_
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5-18-2022_    Clinician(s): _Dr. McManus_    Initials: _MJ_
Breed: _Beagle_    Color: _TriColor_    Neuter: Y / (N)(circle)    Gender: M / (F)(circle)
Age / Birth: _6 years_    est./Act. (circle)    Ear Tag / Tattoo #: _CJH  CHV_
Length: _25 in_    (nose to tail)    Height: _17 in_    (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ **1** -Emaciated | ☐ **2** - Very Thin | ☐ **3** -Thin | ☑ **4** - Ideal | ☐ **5**- Ideal |
| | ☐ **6** - Overweight | ☐ **7** - Heavy | ☐ **8** - Obese | ☐ **9** - Grossly Obese | |
| Dental Grade: | ☐ NSF | ☐ **1** | ☐ **2** | ☐ **3** | ☑ **4** |

**MEDICAL FINDINGS:**

_Lactating but No Puppies, Patch of hair loss on back as_
_Well as thining hair on Left Side_

Recommended Treatment ( that should be provided by Owner/Operator) : _Dental Cleaning and Extractions_

☐  Dog must be housed seperatly due to _____

☐  **By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment**
**or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be**
**removed promptly from the facility and placed in the designated third-party to receive humane care.**

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)
Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: __ZIAZG-OI__

Case #: ___**HY-3301-0150**___

Location: __**Cumberland, VA**___

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: __5-18-2022__   Clinician(s): __Dr. McManus__   Initials: __MJ__

Breed: __Beagle__   Color: __Tri Color__   Neuter: Y /(N)(circle)   Gender: M /(F)(circle)

Age / Birth: __5 years__ est./Act. (circle)   Ear Tag / Tattoo #: __(unlegible) CCF__

Length: __26 in__   (nose to tail)   Height: __18 in__   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☑ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☐ NSF | ☐ 1 | ☐ 2 | ☑ 3 | ☐ 4 |
|---|---|---|---|---|---|

**MEDICAL FINDINGS:**

Firm, lumpy back Mammary glands

Recommended Treatment ( that should be provided by Owner/Operator) : __Recomend Dental Cleaning,__
__Vet exam for possible mastitis__

☐ Dog must be housed seperatly due to _____

☐ **By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment**
or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be
removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: 21.A.29.01
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: 5.18.22   Clinician(s): McManus   Initials: MJ
Breed: Beagle   Color: Tri Color   Neuter: Y /(N)(circle)   Gender: M /(F)(circle)
Age / Birth: 6   est./Act. (circle)   Ear Tag / Tattoo #: CHF CJS
Length: 26 in   (nose to tail)   Height: 17 in   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☐ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☒ 4 |
|---|---|---|---|---|---|

**MEDICAL FINDINGS:**

Small amount of red/brown discharge from vulva

Recommended Treatment ( that should be provided by Owner/Operator) : dental cleanings

☐ Dog must be housed seperatly due to _____

☐ **By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.**

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

## IN-FIELD EXAM

Animal ID #: __21A30 - 01__

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

### ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: __5-18-2022__   Clinician(s): __Dr. McManus__   Initials: __MP__

Breed: __Beagle__   Color: __Tricolor__   Neuter: Y /(N)(circle)   Gender: M /(F)(circle)

Age / Birth: __5 years__   est./Act. (circle)   Ear Tag / Tattoo #: __CJK CNR__

Length: __27in__   (nose to tail)   Height: __18.5 in__   (top of the head)

### IN-FIELD EXAM:

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☒ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF   ☐ 1 | ☐ 2 | ☒ 3 | ☐ 4 | |

MEDICAL FINDINGS:

Very pregnant, Missing Multiple teeth

Recommended Treatment ( that should be provided by Owner/Operator) : __Recommend dental cleaning__

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: 21A31-01

Case #: **HY-3301-0150**

Location: **Cumberland, VA**

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: 5-18-2022   Clinician(s): Dr. McManus   Initials: MJ

Breed: Beagle   Color: Tri Color   Neuter: Y /N (circle)   Gender: M /F (circle)

Age / Birth: 4 years   est./Act. (circle)   Ear Tag / Tattoo #: CKH CGR

Length: 24 in   (nose to tail)   Height: 17 in   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☑ 4 - Ideal | ☐ 5- Ideal |
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☑ 4 |

**MEDICAL FINDINGS:**

NSF

Recommended Treatment ( that should be provided by Owner/Operator) : Recomend Dental Cleaning

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _ZIA31-01a_
Case #: _**HY-3301-0150**_
Location: _**Cumberland, VA**_

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5-18-2022_  Clinician(s): _Dr. McManus_  Initials: _MS_
Breed: _Beagle_  Color: _Tricolor_  Neuter: Y /(N)(circle)  Gender:(M)/ F (circle)
Age / Birth: _2 days_  est./Act. (circle)  Ear Tag / Tattoo #: _None found_
Length: _____ (nose to tail)  Height:_____ (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

**MEDICAL FINDINGS:**

_Scabs on front legs, Swelling at Umbilicus from Hernia_

Recommended Treatment ( that should be provided by Owner/Operator) : _Hernia (umbilical) Surgery_

☐ Dog must be housed seperately due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _ZA32-01_
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5-18-2022_   Clinician(s): _Dr. McManis_   Initials: _MD_

Breed: _Beagle_   Color: _Tricolor_   Neuter: Y /(N)(circle)   Gender: M /(F)(circle)

Age / Birth: _4 years_   est./Act. (circle)   Ear Tag / Tattoo #: _CZ CJK CNJ_

Length: _23in_   (nose to tail)   Height: _18in_   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☑ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF   ☐ 1 | ☐ 2 | ☑ 3 | ☐ 4 | |

**MEDICAL FINDINGS:**

_Pregnant_

Recommended Treatment ( that should be provided by Owner/Operator) : _Recommend dental_

☐ Dog must be housed seperatly due to _____

☐ **By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.**

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: __ZIA35-01__

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: __5-18-2022__   Clinician(s): __Dr. McManus__   Initials: __MJ__

Breed: __Beagle__   Color: __Tricolor__   Neuter: Y /(N)(circle)   Gender: M /(F)(circle)

Age / Birth: __6 years__   est./Act. (circle)   Ear Tag / Tattoo #: __CJA C25__

Length: __24 in__   (nose to tail)   Height: __18 in__   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☑ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| **Dental Grade:** | ☐ NSF ☐ 1 | ☐ 2 ☐ 3 | ☑ 4 | | |

**MEDICAL FINDINGS:**

Recommended Treatment ( that should be provided by Owner/Operator) : __Needs dental cleaning__
__and extraction of upper PM.__

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _ZA36-01_

Case #: ___HY-3301-0150___

Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5-18-2022_   Clinician(s): _Dr. Mcmanes_   Initials: _MJ_

Breed: _Beagle_   Color: _Tan + White_   Neuter: Y /(N)(circle)   Gender: M /(F)(circle)

Age / Birth: _4 yers_   est./Act. (circle)   Ear Tag / Tattoo #: _CLE CHE_

Length: _24 in_   (nose to tail)   Height: _17 in_   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☑ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF | ☐ 1 | ☐ 2 | ☑ 3 | ☐ 4 |

MEDICAL FINDINGS:

_Pregnant_

Recommended Treatment ( that should be provided by Owner/Operator) : _Recomend dental cleaning_

☐ Dog must be housed seperately due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: __ZI A37-01__
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: __5-18-2022__ Clinician(s): __Dr. Mcmanus__ Initials: __MJ__

Breed: __Beagle__ Color: __Tri Color__ Neuter: Y /(N)(circle) Gender: M /(F)(circle)

Age / Birth: __4 years__ est./Act. (circle) Ear Tag / Tattoo #: __CLA CB7__

Length: __25 in__ (nose to tail) Height: __19 in__ (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☑ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☐ NSF | ☐ 1 | ☐ 2 | ☑ 3 | ☐ 4 |

**MEDICAL FINDINGS:**

Very Pregnant

Recommended Treatment ( that should be provided by Owner/Operator) : __Recommend dental Cleaning__

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: B9-A75-05
B9A875-05 mg

Case #: **HY-3301-0150**

Location: **Cumberland, VA**

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: 5/18/22   Clinician(s): Dr. SAMSON   Initials: AS MB

Breed: BEAGLE   Color: BLACK TAN WHITE   Neuter: Y /(N)(circle)   Gender: M /(F)(circle)

Age / Birth: 5 WEEKS (est.)   Act. (circle)   Ear Tag / Tattoo #: mg HY-3301-0150 ILLEGIBLE

Length: 14"   (nose to tail)   Height: 10   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☑ 3 -Thin | ☐ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☑ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

MEDICAL FINDINGS: PALE MUCOUS MEMBRANES

Recommended Treatment ( that should be provided by Owner/Operator) : INCREASED FEEDING SEPERATE FOR FEEDINGS DEWORM

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _B9-A76-01_
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5/18/22_   Clinician(s): _DR. SAMSON_   Initials: _AS MB_

Breed: _BEAGLE_   Color: _BLACK TAN WHITE_   Neuter: Y (N) (circle)   Gender: M (F) (circle)

(Age) Birth: _3 MONTHS_ (est) Act. (circle)   Ear Tag (Tattoo #): _CWC CIT (RIGHT EAR)_

Length: __14"__   (nose to tail)   Height: __8"__   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☒ 3 -Thin | ☐ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐4 |

MEDICAL FINDINGS: _PINK MUCOUS MEMBRANES MILD_
_POT BELLY - HAS ALL BABY TEETH QAR_

Recommended Treatment ( that should be provided by Owner/Operator) : _DEWORM_

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

## IN-FIELD EXAM

Animal ID #: **B9-A76-03**
Case #: **HY-3301-0150**
Location: **Cumberland, VA**

### ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: **5/18/22**   Clinician(s): **DR. SAMSON**   Initials: **AS MB**
Breed: **BEAGLE**   Color: **BLACK TAN WHITE**   Neuter: Y /(N)(circle)   Gender: M /(F)(circle)
(Age)/ Birth: **10 WEEKS** Rest / Act. (circle)   Ear Tag / (Tattoo #) **CNC CJS**
Length: **13"**   (nose to tail)   Height: **7 1/2"**   (top of the head)

### IN-FIELD EXAM:

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☒ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

MEDICAL FINDINGS: **POT BELLY**

_____
_____
_____
_____
_____
_____
_____

Recommended Treatment ( that should be provided by Owner/Operator) : **RECOMMEND DEWORM**

☐ Dog must be housed seperatly due to _____
☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _B9-A76-04_
Case #: ___HY-3301-0150___
Location: ___Cumberland, VA___

**ANIMAL PATIENT MEDICAL RECORD - DOG**
In-Field Exam Date: _5/18/22_ Clinician(s): _DR. SAMSON_ Initials: _ASMB_
Breed: _BEAGLE_ Color: _BLACK TAN WHITE_ Neuter: Y / N (circle) Gender: M / F (circle)
Age / Birth: _8-10 WEEKS_ (est.) Act. (circle) Ear Tag / Tattoo #: _CND CAY_
Length: _14"_ (nose to tail) Height: _8"_ (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☑ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☑ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

MEDICAL FINDINGS: _POT BELLY  LIGHT PINK MUCOUS MEMBRANES_

Recommended Treatment ( that should be provided by Owner/Operator) : _RECOMEND DEWORM_

☐ Dog must be housed seperatly due to _____
☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment
or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be
removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: **B9-A78-01**
Case #: **HY-3301-0150**
Location: **Cumberland, VA**

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: 5/18/22   Clinician(s): DR. SAMSON   Initials: AS MB

Breed: BEAGLE   Color: BLACK TAN WHITE   Neuter: Y /(N)(circle)   Gender: M /(F) (circle)

Age / Birth: 6 WEEKS (est)/Act. (circle)   Ear Tag /(Tattoo) #: CND CAE

Length: 11"   (nose to tail)   Height: 10"   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

MEDICAL FINDINGS: POT BELLY, MILD WHITE CRUSTY DISCHARGE IN BOTH EYES

Recommended Treatment ( that should be provided by Owner/Operator) : RECOMMEND DEWORM MONITOR EYES FOR INFECTION

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _B9—A78—02_
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5/18/02_  Clinician(s): _DR. SAMSON_  Initials: _AS MB_
Breed: _Beagle_  Color: _BLACK RED WHITE_  Neuter: Y /(N)(circle)  Gender: M /(F)(circle)
(Age) Birth: _8 weeks_ (est.) Act. (circle)  Ear Tag / Tattoo #: _AOND  ONC C.SR_
Length: _11 1/2"_  (nose to tail)  Height: _9"_  (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☑ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☑ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |
|---|---|---|---|---|---|

MEDICAL FINDINGS: _POT BELLY_

Recommended Treatment ( that should be provided by Owner/Operator) : _RECOMEND DEWORM_

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _B9 - A78 - 03_
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: __5/18/20__ Clinician(s): _DR. SAMSON_ Initials: _AS MB_

Breed: _BEAGLE B_ Color: _BLACK TAN WHITE_ Neuter: Y /(N circle) Gender: M /(F circle)

Age / Birth: _6 WEEKS_ (est.) Act. (circle)   Ear Tag / Tattoo #: _CN CA - ILLEGIBLE_

Length: __13"__ (nose to tail)   Height: __9"__   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☒ 5- Ideal |
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

MEDICAL FINDINGS: _POT BELLY, CLEAR NASAL AND R/E_
_DISCHARGE_

Recommended Treatment ( that should be provided by Owner/Operator) : _RECOMMEND DEWORM,_
_MONITOR FOR KENNEL COUGH_

☐ Dog must be housed seperately due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: __B9-AT8-04__

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: __5/18/00__   Clinician(s): __Dr. Samson__   Initials: __AS MB__

Breed: __Beagle__   Color: __Black Red__   Neuter: Y / N (circle)   Gender: M /(F)(circle)

Age/ Birth: __8 weeks__ (est.)/Act. (circle)   Ear Tag / Tattoo #: __CNC CIS__

Length: __1½'__ (nose to tail)   Height: __8 B2 8ne__ (top of the head)

### IN-FIELD EXAM:

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☒ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐4 |

MEDICAL FINDINGS: __POT BELLY, PALE PINK MUCOUS__
__MEM FOR ALES__

Recommended Treatment ( that should be provided by Owner/Operator) : __RECOMEND DEWORM__

☐ Dog must be housed seperately due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _D9-A78-05_
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5/18/22_ Clinician(s): _DR. SAMSON_ Initials: _ASMB_
Breed: _BEAGLE_ Color: _BLACK TAN WHITE_ Neuter: Y /(N)(circle)  Gender: M /(F)(circle)
(Age)/ Birth: _8 WEEKS_ (est.)/Act. (circle)  Ear Tag / Tattoo #: _CNE CKA_
Length: _14"_ (nose to tail)  Height: _8_ (top of the head)

## IN-FIELD EXAM:

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☑ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☑ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

MEDICAL FINDINGS: _PALE PINK MUCOUS MEMBRANES_
_MILD TO MODERATE POT BELLY_

Recommended Treatment ( that should be provided by Owner/Operator) : _RECOMMEND DEWORM_

☐ Dog must be housed seperately due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _B9-A78-04_
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5/18/22_  Clinician(s): _DR. SAMSON_   Initials: _AS MB_
Breed: _BEAGLE_   Color: _BLACK TAN WHITE_  Neuter: Y /(N) circle)  Gender: M /(F) circle)
Age / Birth: _6 WEEKS_ (est.) Act. (circle)  Ear Tag / Tattoo #: _C-N-D C26_
Length: _12"_   (nose to tail)  Height: _9_   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☒ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |
|---|---|---|---|---|---|

MEDICAL FINDINGS: _POT BELLY, CLEAR EYE DISCHARGE_

_____
_____
_____
_____
_____
_____

Recommended Treatment ( that should be provided by Owner/Operator) : _RECOMEND DEWORM_
_MONITOR EYE DISCHARGE FOR INFECTION_

☐ Dog must be housed seperatly due to _____
☐ **By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment**
**or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be**
**removed promptly from the facility and placed in the designated third-party to receive humane care.**

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _B9-A78-07_
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5/18/22_ Clinician(s): _DR SAMSON_ Initials: _AS MB_
Breed: _BEAGLE_ Color: _BLACK TAN WHITE_ Neuter: Y /(N)(circle)  Gender: M /(F)(circle)
Age / Birth: _8 YEARS_ est./Act. (circle)  Ear Tag / (Tattoo #): _CND CAF_
Length: _13"_ (nose to tail)  Height: _10"_ (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☐ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

MEDICAL FINDINGS: _CLEAR NASAL AND EYE DISCHARGE, MODERATE TO SEVERE POT BELLY, CRT 2 1/2 SEC, SLIGHTLY DRY_

Recommended Treatment ( that should be provided by Owner/Operator) : _RECOMMEND DEWORM, MONITOR NASAL AND EYE DISCHARGE_

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: PR-A39-01
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: __5/18/22__ Clinician(s): DR. SAMSON Initials AS MB

Breed: BEAGLE Color: BLACK & BROWN Neuter: Y /(N)circle Gender: M /(F) circle

(Age)/ Birth: 5½ MTHS (est)/Act. circle Ear Tag /(Tattoo #): CAAL CASP

Length: __23/2__ (nose to tail) Height: __14__ (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☑ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☑ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

MEDICAL FINDINGS: ALOPEC(ia) HAIRLOSS LEFT SIDE CLOSE TO TAIL / PATCHES OF HAIRLOSS RIGHT REAR LEG AT THIGH AND KNEE / ½ CM X ½ CM FIRM MASS OUTER PART OF RIGHT KNEE / DOUGHY FEEL TO ABDOMEN

Recommended Treatment ( that should be provided by Owner/Operator) : RECOMMEND DEWORM

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _BY-A139-02_
Case #: _HY-3301-0150_
Location: _Cumberland, VA_

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5/18/22_  Clinician(s): _DR. Samson_  Initials: _AS MB_
Breed: _BEAGLE_  Color: _BLACK RED WHITE_  Neuter: Y /(N)(circle)  Gender: M /(F)(circle)
(Age)/ Birth: _5 1/2 MTHS_  (est.) Act. (circle)  Ear Tag /(Tattoo #): _CML CAM_
Length: _15"_  (nose to tail)  Height: _22"_  (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☑ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☑ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

MEDICAL FINDINGS: _LIGHT PINK MUCOUS MEMBRANES /_
_PALE YELLOW MUCOID DISCHARGE FROM_
_VULVA_

Recommended Treatment ( that should be provided by Owner/Operator) : _RECOMMEND_
_URINALYSIS WITH TREATMENT IF NEEDED_

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____  (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian