CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
6/1/2022
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
       DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ENVIGO RMS, LLC,<br><br>*Defendant.* | CASE NO. 6:22-cv-00028<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

### ORDER GRANTING *PRO HAC VICE* ADMISSION

This matter is before the Court on Defendant's motion for admission *pro hac vice* of Benjamin J. Razi. Dkt. 10. Upon review of the Motion, it is **GRANTED**. It is **ORDERED** as follows:

Benjamin J. Razi may appear and practice *pro hac vice* in this matter with John D. Adams, a licensed member of the Virginia State Bar and admitted to practice before this court.

Dated: 06/01/2022

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE