# EXHIBIT C –

# May 2022 Inspection Report


Envigo RMS LLC
8520 Allison Pointe Blvd., Suite 400
Indianapolis, IN 46250

Customer ID: **506554**
Certificate: **32-A-0774**
Site: 005
ENVIGO RMS LLC

Type: FOCUSED INSPECTION
Date: 03-MAY-2022

**3.6(a)(2)(x)**          Repeat
**Primary enclosures.**

The facility houses nearly all dogs over 12 weeks of age on a slatted floor. This flooring is a heavy gauge rubber or plastic-coated metal flooring with rectangular openings that are approximately ½ inch by 2.5 inches. This flooring has been identified on previous inspections to be dangerous because dogs have been found by inspectors with feet / toes stuck in the flooring.

*** On this inspection a total of 2 dogs were found actively stuck in the flooring to the point that the facility representatives had to remove one of them from the flooring.

- In Building G1, Room 6, an adult beagle, CHLCSB, was found with his right rear foot trapped in an opening in the slatted floor. He was quickly and easily removed by staff after being found.

- In Building G1, Room 10, an adult beagle, CHICDM, was found with her right rear foot trapped in an opening in the slatted floor. She required a couple minutes of manipulation before her foot was freed by facility representatives. The dog remained calm during manipulation to free the foot.  After being freed from the floor and relocated to different flooring, she was observed and displayed no signs of lameness or pain.

Openings in the floor that are large enough to allow the feet and legs to pass through can lead to entrapment of a dog which can be painful, distressful, and may result in serious injury to the animal.

| | | |
|---|---|---|
| **Prepared By:** | RACHEL PEREZ-BAUM | **Date:** |
| | USDA, APHIS, Animal Care | 06-MAY-2022 |
| **Title:** | VETERINARY MEDICAL OFFICER | |
| **Received by Title:** | Facility Representative | **Date:** |
| | | 06-MAY-2022 |


**Inspection Report**

Primary enclosures for dogs must have floors that are constructed in a manner that protects the dogs' feet and legs from injury. When floors are of mesh or slatted construction, they must not allow the dogs' feet to pass through any openings in the floor. The licensee must alter the flooring in a manner that eliminates the risk of entrapment and injury and ensures no feet or legs can pass through the floor openings. The licensee must ensure that all flooring is safe for the dogs at all times in order to support their health and well-being.

This inspection was conducted with the Manager of Operations and the Vice President of North American Operations.

The exit interview was conducted with the Manager of Operations, Attending Veterinarian, Vice President of North American Operation, Regional Quality Manager, Institutional Official/Chief Operating Officer, Global Director of Quality Assurance.

Additional Inspectors:

Jeffrey Shepherd, SUPERVISORY ANIMAL CARE SPECIALIST

| | | |
|---|---|---|
| **Prepared By:** RACHEL PEREZ-BAUM | | **Date:** 06-MAY-2022 |
| **Title:** VETERINARY MEDICAL OFFICER | USDA, APHIS, Animal Care | |
| **Received by Title:** Facility Representative | | **Date:** 06-MAY-2022 |



United States Department of Agriculture  Customer: 506554
Animal and Plant Health Inspection Service  Inspection Date: 03-May-2022

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---|---|---|---|---|
| 506554 | 32-A-0774 | 005 | ENVIGO RMS LLC | 03-MAY-2022 |

| Count | Scientific Name | Common Name |
|---|---|---|
| 002891 | *Canis lupus familiaris* | DOG ADULT |
| 000222 | *Canis lupus familiaris* | DOG PUPPY |
| 003113 | **Total** | |