# EXHIBIT D –
# Examples of
# Overcrowded Enclosures

*Calculation for USDA Animal Care § 3.6 (c)(1)(i) Minimum Floor Space Requirement for a Primary Enclosure:*

- sum of length of all dogs in enclosure in inches / number of dogs in enclosure = **average length of dog in inches**
- (average length of dog in inches + 6) x (average length of dog in inches + 6) = **minimum floor space required (per dog) in square inches**
- required floor space (per dog) in square inches * number of dogs in enclosure = **total minimum floor space required in enclosure**

*Calculation for the Actual Space Available in Enclosure:*

- ((Width (inside) in inches) x (Length (inside) in inches)) + ((Width (outside) in inches) x (Length (outside) in inches)) = **actual floor space available in square inches**

*Calculation for the Maximum Number of Dogs (at average length) the Enclosure Provides Space for under USDA Animal Care § 3.6 (c)(1)(i) Requirement:*

- (actual floor space available in square inches / minimum floor space required (per dog) in square inches), then rounded down to nearest whole number = **maximum number of dogs (at average length) the enclosure provides space for**

1. **Enclosure ID: 9A102**; Location: G2 Building 9 Wing 2; **10 dogs**
   a. Enclosure Floor Dimensions:
      i. Width (inside): 47.5 inches
      ii. Length (inside): 49 inches
      iii. Width (outside): 47 inches
      iv. Length (outside): 73 inches
   b. Length of Dogs in Enclosure:

| Animal ID | Length of Dog in Inches |
|---|---|
| 9A102-01 | 22 |
| 9A102-02 | 23 |
| 9A102-03 | 22 |
| 9A102-04 | 18 |
| 9A102-05 | 20 |
| 9A102-06 | 20 |
| 9A102-07 | 22 |
| 9A102-08 | 22 |
| 9A102-09 | 21 |
| 9A102-10 | 21 |

   c. Calculations
      i. Average Length of Dog in Inches:

(22 + 23 + 22 + 18 + 20 + 20 + 22 + 22 + 21 + 21) / 10 = **21.1 inches**

      ii. Minimum Floor Space Required (per dog) in Square Inches:

(21.1 + 6) x (21.1 + 6) = **734.1 square inches required per dog**

      iii. Total Minimum Floor Space Required for Enclosure in Square Inches:

734.1 x 10 = **7341 square inches required**

      iv. Actual Floor Space Available in Square Inches:

(47.5 x 49) + (47 x 73) = **5758.5 square inches available**

      v. Maximum Number of Dogs (at average length) the Enclosure Provides Space for:

5758.5 / 734.1 = 7.844, rounded down to nearest whole number = **7 dogs**

2.  Enclosure ID: **9A105**; Location: G2 Building 9 Wing 2; **10 dogs**
    a.  Enclosure Floor Dimensions:
        i.  Width (inside): 47 inches
        ii. Length (inside): 49 inches
        iii. Width (outside): 47 inches
        iv. Length (outside): 73 inches
    b.  Length of Dogs in Enclosure:

| Animal ID | Length of Dog in Inches |
|---|---|
| 9A105-01 | 20 |
| 9A105-02 | 21 |
| 9A105-03 | 21 |
| 9A105-04 | 20.5 |
| 9A105-05 | 22 |
| 9A105-06 | 23 |
| 9A105-07 | 20.5 |
| 9A105-08 | 20 |
| 9A105-09 | 19.5 |
| 9A105-10 | 22 |

    c.  Calculations
        i.  Average Length of Dog in Inches:

$(20 + 21 + 21 + 20.5 + 22 + 23 + 20.5 + 20 + 19.5 + 22) / 10 =$ **20.95 inches**

        ii. Minimum Floor Space Required (per dog) in Square Inches:

$(20.95 + 6)$ x $(20.95 + 6) =$ **726.3025 square inches required per dog**

        iii. Total Minimum Floor Space Required for Enclosure in Square Inches:

726.3025 x 10 = **7263.025 square inches required**

        iv. Actual Floor Space Available in Square Inches:

$(47$ x $49) + (47$ x $73) =$ **5734 square inches available**

        v.  Maximum Number of Dogs (at average length) the Enclosure Provides Space for:

5734 / 726.3025 = 7.844, rounded down to nearest whole number = **7 dogs**

3. Enclosure ID: **9A124**; Location: G2 Building 9 Wing 2; **9 dogs**
   a. Enclosure Floor Dimensions:
      i. Width (inside): 47 inches
      ii. Length (inside): 49 inches
      iii. Width (outside): 47 inches
      iv. Length (outside): 73 inches
   b. Length of Dogs in Enclosure:

| Animal ID | Length of Dog in Inches |
|---|---|
| 9A124-01 | 24 |
| 9A124-02 | 21 |
| 9A124-03 | 24 |
| 9A124-04 | 22 |
| 9A124-05 | 25 |
| 9A124-06 | 23 |
| 9A124-07 | 24 |
| 9A124-08 | 25 |
| 9A124-09 | 24 |

   c. Calculations
      i. Average Length of Dog in Inches:

$(24 + 21 + 24 + 22 + 25 + 23 + 24 + 25 + 24) / 9 =$ **23.56 inches**

      ii. Minimum Floor Space Required (per dog) in Square Inches:

$(23.56 + 6) \times (23.56 + 6) =$ **873.5309 square inches required per dog**

      iii. Total Minimum Floor Space Required for Enclosure in Square Inches:

$873.5309 \times 9 =$ **7861.778 square inches required**

      iv. Actual Floor Space Available in Square Inches:

$(47 \times 49) + (47 \times 73) =$ **5734 square inches available**

      v. Maximum Number of Dogs (at average length) the Enclosure Provides Space for:

$5734 / 873.5309 = 6.5642$, rounded down to nearest whole number = **6 dogs**

4. Enclosure ID: **10A36**; Location: G2 Building 10 Wing 1; **9 dogs**
   a. Enclosure Floor Dimensions:
      i. Width (inside): 47.5 inches
      ii. Length (inside): 49.5 inches
      iii. Width (outside): 47 inches
      iv. Length (outside): 73 inches
   b. Length of Dogs in Enclosure:

| Animal ID | Length of Dog in Inches |
|-----------|------------------------|
| 10A36-01 | 22 |
| 10A36-02 | 24 |
| 10A36-03 | 21 |
| 10A36-04 | 26 |
| 10A36-05 | 21 |
| 10A36-06 | 24 |
| 10A36-07 | 24 |
| 10A36-08 | 23 |
| 10A36-09 | 26 |

   c. Calculations
      i. Average Length of Dog in Inches:

$(22 + 24 + 21 + 26 + 21 + 24 + 24 + 24 + 23 + 26) / 9 =$ **23.44 inches**

      ii. Minimum Floor Space Required (per dog) in Square Inches:

$(23.44 + 6) \times (23.44 + 6) =$ **866.9753 square inches required per dog**

      iii. Total Minimum Floor Space Required for Enclosure in Square Inches:

$866.9753 \times 9 =$ **7802.778 square inches required**

      iv. Actual Floor Space Available in Square Inches:

$(47.5 \times 49.5) + (47 \times 73) =$ **5782.25 square inches available**

      v. Maximum Number of Dogs (at average length) the Enclosure Provides Space for:

$5782.25 / 866.9753 = 6.6695$, rounded down to nearest whole number = **6 dogs**

# ATTACHMENT 1 –
# 9A102 Enclosure Evaluation Form and In-Field Exam Forms

**ENCLOSURE EVALUATION**

ENCLOSURE ID: ___9 A 1 0 2___

CASE #: ___HY-3301-0150___

LOCATION: ___Cumberland, VA___

**MEASUREMENTS:**

Size: Length __49__ Width __47 1/2__ Height __63__     Temperature in building: __84°__

Number of animals in enclosure: __10__

Animal ID's: __9A102-01   9A102-02   9A102-03   9A102-04   9A102-05__

__9A102-06   9A102-07   9A102-08   9A102-09   9A102-10__

**GENERAL:**

Type of construction: ___Welded___

Is enclosure dry? ☒Yes ☐No

Is enclosure clean and sanitary? ☒Yes ☐No

Adequate ventilation? ☒Yes ☐No

Well lit? ☒Yes ☐No

Adequate protection from the weather provided? ☒Yes ☐No

Are there any sharp points or edges? ☐Yes ☒No

Is the enclosure secure? ☒Yes ☐No

Drainage/disposal system operating properly? ☐Yes ☐No  N/A

**FLOORING:**

Any spaces or gaps big enough for an animal's feet or toes to pass through or get stuck? ☒Yes ☐No

Flooring made of material that can be sanitized? ☒Yes ☐No

Is the flooring secured down? ☒Yes ☐No     Is the floor sagging or bending? ☐Yes ☒No

If floor is made of wire, is it larger than 1/8" diameter? ☒Yes ☐No

**WALLS:**

Any spaces or gaps big enough for an animal's feet or toes to pass through or get stuck? ☒Yes ☐No

Any gaps large enough to allow a dog in an adjacent enclosure to access dogs in this one? ☒Yes ☐No

**FOOD/WATER:**

Is there food available? ☒Yes ☐No     Is the food and food receptacle clean and dry? ☒Yes ☐No

# of food receptacles __1__ Can all dogs in enclosure access food receptacle at once? ☐Yes ☒No

If no, explain: __Round opening__
(i.e. food is moldy, food bowl is very dirty, etc.)

Is there water available? ☒Yes ☐No     Is the water potable? ☐Yes ☐No

If no, explain: __SPIKET__
(i.e., water is very dirty, water is cloudy and has a foul odor, etc.)

**COMPATABILITY:**

Any fighting or aggressive behavior between animals witnessed? ☐Yes ☐No

If yes, explain: _____ ONE playful PUP STARTS FIGHTY N/ PURS

Additional Notes/Findings: no Resting platform.

2. ONE toys to 10 dogs

CHIPPED PAINT / CONCRETE TRANSITION/WALLS

MOLDY FOOD UNDER FOOD RELEPTALLE

47 X 62 X 73 OUT

Photo Log: 158 - 164

Evaluation conducted on  5 | 18 | 22  by:
(Date)

A.K. TAYLOR

(Print Name)                        (Signature)

**IN-FIELD EXAM**

Animal ID #: _9A 102 - 0 1_

Case #: ___HY-3301-0150___

Location: ___Cumberland, VA___

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5 · 19 - 22_ Clinician(s): _Ulrichs_ Initials: _AU/AS_

Breed: _Beagle_ Color: _Tricolor_ Neuter: Y /(N)(circle) Gender: M /(F)(circle)

Age / Birth: _12 weeks_ est./Act. (circle)   Ear Tag / Tattoo #: _CNB  CAN_

Length: _22"_ (nose to tail)   Height: _11"_   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |
|---|---|---|---|---|---|

| MEDICAL FINDINGS: | NSF |
|---|---|

Recommended Treatment ( that should be provided by Owner/Operator) : _____

_____

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment

or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be

removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _Alice Ulrich, VMD_ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9A 102 - 02_

Case #: ___HY-3301-0150___

Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5-19-22_ Clinician(s): _Ulrichs_ Initials: _AU/AS_

Breed: _Beagle_ Color: _TRICOLOR_ Neuter: Y /(N)(circle) Gender: M /(F)(circle)

Age / Birth: _12 weeks_ est./Act. (circle) Ear Tag / Tattoo #: _CNB   CAP_

Length: _23"_ (nose to tail) Height: _12"_ (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ **1** -Emaciated | ☐ **2** - Very Thin | ☐ **3** -Thin | ☒ **4** - Ideal | ☐ **5**- Ideal |
|---|---|---|---|---|---|
| | ☐ **6** - Overweight | ☐ **7** - Heavy | ☐ **8** - Obese | ☐ **9** - Grossly Obese | |

| Dental Grade: | ☒ **NSF** | ☐ **1** | ☐ **2** | ☐ **3** | ☐ **4** |
|---|---|---|---|---|---|

| MEDICAL FINDINGS: | NSF |
|---|---|

Recommended Treatment ( that should be provided by Owner/Operator) : _____

_____

☐ Dog must be housed seperately due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: ___Alice Ulrichs, VMD___ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9A102-03_

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5-19-22_ Clinician(s): _Ulrichs_ Initials _AU/AS_

Breed: _Beagle_ Color: _Tricolor_ Neuter: Y /(N)(circle)  Gender: M /(F)(circle)

Age / Birth: _12 weeks_ est./Act. (circle)  Ear Tag / Tattoo #: _CNB CAM_

Length: _22"_ (nose to tail)  Height: _13"_ (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☒ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |
|---|---|---|---|---|---|

| MEDICAL FINDINGS: | NSF |
|---|---|

Recommended Treatment ( that should be provided by Owner/Operator) : _____

_____

☐ Dog must be housed seperatly due to _____

☐ **By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment**

or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be

removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _(signature)_ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9 A 102 ~ 04_

Case #: ____**HY-3301-0150**____

Location: ___**Cumberland, VA**___

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5 - 19 - 22_   Clinician(s): _Ulrichs_   Initials: _AU/AS_

Breed: _Beagle_   Color: _TRicolor_   Neuter: Y / N (circle)   Gender: M / F (circle)

Age / Birth: _12 weeks_ est./Act. (circle)   Ear Tag / Tattoo #: _CNA CLU_

Length: _18"_ (nose to tail)   Height: _12"_ (top of the head)



**IN-FIELD EXAM:**

| Body Condition Score: | ☐ **1** -Emaciated | ☐ **2** - Very Thin | ☐ **3** -Thin | ☒ **4** - Ideal | ☐ **5**- Ideal |
|---|---|---|---|---|---|
| | ☐ **6** - Overweight | ☐ **7** - Heavy | ☐ **8** - Obese | ☐ **9** - Grossly Obese | |

| Dental Grade: | ☒ **NSF** | ☐ **1** | ☐ **2** | ☐ **3** | ☐ **4** |
|---|---|---|---|---|---|

MEDICAL FINDINGS: _NSF_

Recommended Treatment ( that should be provided by Owner/Operator) : _____

☐ Dog must be housed seperatly due to _____

☐ **By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment**

or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be

removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _Alu Ulrich, vmD_ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9A102-05_

Case #: ___HY-3301-0150___

Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5-19-22_   Clinician(s): _Ulrichs_   Initials: _AU/AS_

Breed: _Beagle_   Color: _Tri color_   Neuter: Y /(N)(circle)  Gender: M /(F)(circle)

Age / Birth: _12 weeks_ est./Act. (circle)   Ear Tag / Tattoo #: _CNA_   _CLN_

Length: _20"_ (nose to tail)   Height:_13"_ (top of the head)



**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |
|---|---|---|---|---|---|

MEDICAL FINDINGS: _NSF_

Recommended Treatment ( that should be provided by Owner/Operator) : _____

☐  Dog must be housed seperatly due to _____

☐  **By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment**

or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be

removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _Mullins, VMD_ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9A 10 2 - 06_

Case #: **HY-3301-0150**

Location: **Cumberland, VA**

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5-19-22_   Clinician(s): _Winchs_   Initials: _AW/AS_

Breed: _Beagle_   Color: _Tricolor_   Neuter: Y / N (circle)   Gender: M /(F)(circle)

Age / Birth: _12 Weeks_ est./Act. (circle)   Ear Tag / Tattoo #: _CNA CLP_

Length: _20"_   (nose to tail)   Height: _14"_   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☑ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |
|---|---|---|---|---|---|

MEDICAL FINDINGS: (1) _1 cm x 1 cm freely moveable, non-painful lump just under skin on top of head_

Recommended Treatment ( that should be provided by Owner/Operator) : _____

☐  Dog must be housed seperatly due to _____

☐  **By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment**

**or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be**

**removed promptly from the facility and placed in the designated third-party to receive humane care.**

Examining Veterinarian: _Alice Winchs, VMD_ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9A 102 - 07_
Case #: ___HY-3301-0150___
Location: __Cumberland, VA___

**ANIMAL PATIENT MEDICAL RECORD - DOG**
In-Field Exam Date: _5-19-22_ Clinician(s): _Uricks_ Initials: _AU/AS_
Breed: _Beagle_ Color: _Tricolor_ Neuter: Y (N) (circle) Gender: M (F) (circle)
Age / Birth: _12 weeks_ est./Act. (circle)  Ear Tag / Tattoo #: __CNA CNB__
Length: _22"_ (nose to tail)  Height: _12"_ (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☒ NSF   ☐ 1 | ☐ 2   ☐ 3 | ☐ 4 | | |

MEDICAL FINDINGS: _NSF_

Recommended Treatment ( that should be provided by Owner/Operator) : _____

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment

or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be

removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _(signature)_ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _7A102-08_

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5-19-22_ Clinician(s): _Ulrichs_ Initials: _AU/AS_

Breed: _Beagle_ Color: _Tricolon_ Neuter: Y /(N)(circle)  Gender: M /(F)(circle)

Age / Birth: _12_ weeks est./Act. (circle)   Ear Tag / Tattoo #: _CNA · CLR_

Length: _22"_ (nose to tail)   Height: _12"_ (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☑ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |
|---|---|---|---|---|---|

MEDICAL FINDINGS: (+) _2mm scab on right ear - distal pinna_

Recommended Treatment ( that should be provided by Owner/Operator) : _____

_____

☐  Dog must be housed seperatly due to _____

☐  **By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment**

**or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be**

**removed promptly from the facility and placed in the designated third-party to receive humane care.**

Examining Veterinarian: _Alice Ulrichs, DVM_ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9A 102-09_

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5-19-22_ Clinician(s): _Ulrichs_ Initials: _AU/AS_

Breed: _Beagle_ Color: _Tricolor_ Neuter: Y /(N)(circle) Gender: M /(F)(circle)

Age / Birth: _12 weeks_ est./Act. (circle) Ear Tag / Tattoo #: ~~GNB~~ ~~CAAA~~ AS CNA CLT

Length: _21"_ (nose to tail) Height: _13"_ (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☒ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☒ NSF ☐ 1 | ☐ 2 ☐ 3 | ☐ 4 | | |
| MEDICAL FINDINGS: | N-SF AS ① ½ cm scar on left ear distal pinna | | | | |

Recommended Treatment ( that should be provided by Owner/Operator) : _____

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _Alice Ulrich, VMD_ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9A/02-1_ O

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5-19-22_          Clinician(s): _Ulrichr_          Initials: _AU/AS_

Breed: _Beagle_          Color: _Tricolor_          Neuter: Y /(N)(circle)   Gender: M /(F)(circle)

Age / Birth: _12 weeks_ est./Act. (circle)      Ear Tag / Tattoo #: __CNA   CNA__

Length: _21"_          (nose to tail)   Height: _12"_          (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |
|---|---|---|---|---|---|

MEDICAL FINDINGS: _NSF_

Recommended Treatment ( that should be provided by Owner/Operator ) : _____

☐  Dog must be housed seperatly due to _____

☐  **By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment**

or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be

removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____Alice Ulrichs, VMD____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

# ATTACHMENT 2 –
# 9A105 Enclosure Evaluation Form and In-Field Exam Forms

**ENCLOSURE EVALUATION**

ENCLOSURE ID: _9 A 1o5_

CASE #: ____HY-3301-0150____

LOCATION: ____Cumberland, VA____

**MEASUREMENTS:**

Size:  Length _49_ Width _47_ Height _63_        Temperature in building: _83°_

Number of animals in enclosure: ___10___

Animal ID's: _9A105-01   9A105-12   9A105-03   9A105-04   9A105-05_

_9A105-06  9A105-07  9A105-08   9A105-09   9A105-10_

**GENERAL:**

Type of construction: ____Welded____

Is enclosure dry? ☒Yes ☐No

Is enclosure clean and sanitary? ☒Yes ☐No

Adequate ventilation? ☒Yes ☐No

Well lit? ☒Yes ☐No

Adequate protection from the weather provided? ☒Yes ☐No

Are there any sharp points or edges? ☐Yes ☒No

Is the enclosure secure? ☒Yes ☐No

Drainage/disposal system operating properly? ☐Yes ☐No   N/A

**FLOORING:**

Any spaces or gaps big enough for an animal's feet or toes to pass through or get stuck? ☒Yes ☐No

Flooring made of material that can be sanitized? ☒Yes ☐No

Is the flooring secured down? ☒Yes ☐No        Is the floor sagging or bending? ☐Yes ☒No

If floor is made of wire, is it larger than 1/8" diameter? ☒Yes ☐No

**WALLS:**

Any spaces or gaps big enough for an animal's feet or toes to pass through or get stuck? ☒Yes ☐No

Any gaps large enough to allow a dog in an adjacent enclosure to access dogs in this one? ☒Yes ☐No
ALL

**FOOD/WATER:**

Is there food available? ☒Yes ☐No        Is the food and food receptacle clean and dry? ☐Yes ☐No

# of food receptacles ___1___  Can all dogs in enclosure access food receptacle at once? ☐Yes ☒No

If no, explain: _Round   Opening_
(i.e. food is moldy, food bowl is very dirty etc.)

Is there water available? ☒Yes ☐No        Is the water potable? ☐Yes ☐No

If no, explain: _1  SPIKET_
(i.e., water is very dirty, water is cloudy and has a foul odor, etc.)

**COMPATABILITY:**

Any fighting or aggressive behavior between animals witnessed? ☐ Yes ☒ No

If yes, explain: _____

Additional Notes/Findings: _no Resting platform_

_____ BUILD UP TRANSITION _____

_____ DOG EATING PLASTIC FLAP IN TRANSITION _____

_____

_____

_OUT   W-47   D-73   4 - 62_

_____

_____

_____

Photo Log:

_177 — 184_

_____

_____

Evaluation conducted on _5/18/22_ by:
          (Date)

_A.K. TAYLOR_

(Print Name)                    (Signature)

**IN-FIELD EXAM**

Animal ID #: _____ 9A105-01_____
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: 5/18/22    Clinician(s): McAndrew    Initials: MA    EF
Breed: beagle    Color: black tan white    Neuter: Y (N) (circle)    Gender: M (F) (circle)
(Age) / Birth: 11 wks    (est) / Act. (circle)    Ear Tag / (Tattoo) #: CNACKT
Length: 20    (nose to tail)    Height: 16    (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 - Emaciated | ☐ 2 - Very Thin | ☐ 3 - Thin | ☑ 4 - Ideal | ☐ 5 - Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☑ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |
| MEDICAL FINDINGS: | NSF | | | | |

Recommended Treatment ( that should be provided by Owner/Operator) : _____

☐ Dog must be housed seperatly due to _____
☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: ___*9A105-02*___
Case #: __**HY-3301-0150**___
Location: __**Cumberland, VA**___

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5/18/22_   Clinician(s): _McAndrew_   Initials: _MM_ _EF_
Breed: _beagle_   Color: _black tan white_   Neuter: Y /(N)(circle)   Gender: M /(F)(circle)
(Age)/ Birth: _12 wks_   (est)/Act. (circle)   Ear Tag /(Tattoo)#: _CNACLF_
Length: _21_   (nose to tail)   Height: _15.5_   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☑ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☑ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |
|---|---|---|---|---|---|

| MEDICAL FINDINGS: | NSF |
|---|---|

Recommended Treatment ( that should be provided by Owner/Operator) : _____

☐ Dog must be housed seperatly due to _____
☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _____ 9A105-03

Case #: __ **HY-3301-0150**

Location: __ **Cumberland, VA**

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5/18/22_   Clinician(s): _mcandrew_   Initials: _MA   EF_

Breed: _beagle_   Color: _black tan white_   Neuter: Y /(N)(circle)   Gender: M /(F)(circle)

(Age)/ Birth: _11wks_   (est)/Act. (circle)   Ear Tag / (Tattoo) #: _CNACLA_

Length: _21_   (nose to tail)   Height: _13_   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☑ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☑ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |
|---|---|---|---|---|---|

MEDICAL FINDINGS: _torn ear right side_

Recommended Treatment ( that should be provided by Owner/Operator) : _____

☐  Dog must be housed seperatly due to _____

☐  **By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.**

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _____ 9A105-04
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5/18/22_   Clinician(s): _McAndrew_   Initials: _MA_   _EF_
Breed: _beagle_   Color: _black red white_   Neuter: Y (N)(circle)   Gender: M (F)(circle)
(Age)/ Birth: _11 wks_   (est)/Act. (circle)   Ear Tag / (Tattoo) #: _CNACKR_
Length: _20.5_   (nose to tail)   Height: _16_   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☑ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☑ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |
|---|---|---|---|---|---|

MEDICAL FINDINGS: _NSF_

Recommended Treatment ( that should be provided by Owner/Operator) : _____

☐ Dog must be housed seperatly due to _____
☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: __9A105-05__

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5/18/22_   Clinician(s): _McAndrew_   Initials: _MA_  _8F_

Breed: _beagle_   Color: _black tan white_   Neuter: Y (N) (circle)   Gender: M (F) (circle)

(Age)/ Birth: _10 wks_   (est)./Act. (circle)   Ear Tag / Tattoo #: _CNACLE_

Length: _22_   (nose to tail)   Height: _15.5_   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☑ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☑ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |
|---|---|---|---|---|---|

MEDICAL FINDINGS: _NSF_

Recommended Treatment ( that should be provided by Owner/Operator) : _____

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

## IN-FIELD EXAM

Animal ID #: _9A105-06_
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5/18/22_   Clinician(s): _McAndrew_   Initials: _MA_  _EF_
Breed: _beagle_   Color: _black red white_   Neuter: Y /(N)(circle)   Gender: M /(F)(circle)
(Age)/ Birth: _12 wks_   (est.)/Act. (circle)   Ear Tag / Tattoo #: _CNACJF_
Length: _23_   (nose to tail)   Height: _16_   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☑ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☑ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |
|---|---|---|---|---|---|

MEDICAL FINDINGS: _NSF_

Recommended Treatment ( that should be provided by Owner/Operator) : _____

☐ Dog must be housed seperately due to _____
☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9A105-07_
Case #: **HY-3301-0150**
Location: **Cumberland, VA**

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5/18/22_   Clinician(s): _McAndrew_   Initials: _MA_ _EF_
Breed: _beagle_   Color: _black tan white_   Neuter: Y (N)(circle)   Gender: M (F)(circle)
(Age)/ Birth: _11wks_   (est)/Act. (circle)   Ear Tag / (Tattoo) #: _CNACKU_
Length: _20.5_   (nose to tail)   Height: _14.5_   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☑ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☑ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |
|---|---|---|---|---|---|

MEDICAL FINDINGS:   NSF

Recommended Treatment ( that should be provided by Owner/Operator) : _____

☐ Dog must be housed seperatly due to _____
☐ **By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.**

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: ___9A105 - 08___
Case #: **HY-3301-0150**
Location: **Cumberland, VA**

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5/18/22_   Clinician(s): _McAndrew_   Initials: _MA  SF_

Breed: _beagle_   Color: _black tan white_   Neuter: Y (N)(circle)   Gender: M /(F)(circle)

(Age)/ Birth: _10 wks_   (est)/Act. (circle)   Ear Tag / (Tattoo) #: _CIVACKV_

Length: _20_   (nose to tail)   Height: _14_   (top of the head)



**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☑ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☑ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐4 |
| MEDICAL FINDINGS: | NSF | | | | |

Recommended Treatment ( that should be provided by Owner/Operator) : _____

_____

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9A105-09_
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5/18/22_ Clinician(s): _McAndrew_ Initials: _MA_ 2F
Breed: _Beagle_ Color: _black tan white_ Neuter: Y /(N)(circle) Gender: M /(B)(circle)
(Age)/ Birth: _12 wks_ (est)/Act. (circle) Ear Tag /(Tattoo) #: _CNACK8_
Length: _19.5_ (nose to tail) Height: _16_ (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☑ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☑ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐4 |
|---|---|---|---|---|---|

MEDICAL FINDINGS: _NSF_

Recommended Treatment ( that should be provided by Owner/Operator) : _____

☐ Dog must be housed seperatly due to _____
☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9A105-10_
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _3/18/22_   Clinician(s): _McAndrew_   Initials: _MA  SF_
Breed: _beagle_   Color: _black red white_   Neuter: Y /(N)(circle)   Gender: M /(F)(circle)
(Age)/ Birth: _12 wks_   (est)/Act. (circle)   Ear Tag / (Tattoo)#: _CNACKZ_
Length: _22_   (nose to tail)   Height: _15_   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☑ 4 - Ideal | ☐ 5- Ideal |
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☑ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |
| MEDICAL FINDINGS: | NSF | | | | |

Recommended Treatment ( that should be provided by Owner/Operator) : _____

_____

☐ Dog must be housed seperatly due to _____
☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

# ATTACHMENT 3 –

# 9A124 Enclosure Evaluation Form and In-Field Exam Forms

**ENCLOSURE EVALUATION**

ENCLOSURE ID: __9 A | 2 4__

CASE #: ___HY-3301-0150___

LOCATION: ___Cumberland, VA___

**MEASUREMENTS:**

Size: Length __49__ Width __4 7__ Height __5 9__   Temperature in building: __83__

Number of animals in enclosure: ___9___

Animal ID's: __9A124 - 01 , 9A124 - 02 , 9A124 - 03   9A124 - 04 ,__

__9A124 - 05 , 9A124 - 06__

**GENERAL:**

Type of construction: __Weld__

Is enclosure dry? ☑Yes ☐No

Is enclosure clean and sanitary? ☑Yes ☒No    ~~Dvb~~

Adequate ventilation? ☒Yes ☐No

Well lit? ☑Yes ☐No

Adequate protection from the weather provided? ☑Yes ☐No

Are there any sharp points or edges? ☐Yes ☒No

Is the enclosure secure? ☑Yes ☐No

Drainage/disposal system operating properly? ☒Yes ☐No   N/A

**FLOORING:**

Any spaces or gaps big enough for an animal's feet or toes to pass through or get stuck? ☐Yes ☒No

Flooring made of material that can be sanitized? ☑Yes ☐No

Is the flooring secured down? ☑Yes ☐No     Is the floor sagging or bending? ☐Yes ☒No

If floor is made of wire, is it larger than 1/8" diameter? ☑Yes ☐No

**WALLS:**

Any spaces or gaps big enough for an animal's feet or toes to pass through or get stuck? ☒Yes ☐No

Any gaps large enough to allow a dog in an adjacent enclosure to access dogs in this one? ☒Yes ☐No
All

**FOOD/WATER:**

Is there food available? ☑Yes ☐No    Is the food and food receptacle clean and dry? ☑Yes ☐No

# of food receptacles ___1___ Can all dogs in enclosure access food receptacle at once? ☐Yes ☒No

If no, explain: __Food Port too Small for all dogs to access @ Same tim.__
(i.e. food is moldy, food bowl is very dirty, etc.)

Is there water available? ☑Yes ☐No         Is the water potable? ☐Yes ☐No

If no, explain: ___1 SPIKET___
(i.e., water is very dirty, water is cloudy and has a foul odor, etc.)

**COMPATABILITY:**

Any fighting or aggressive behavior between animals witnessed? ☐ Yes ☑ No

If yes, explain: _____

Additional Notes/Findings:

– No resting platform

– Loose Blacket, interior, upper Left hand corner

BUILD UP IN TRANSITION

FOOD UNDER FEEDER

_____

_____

_____

47 x 62 x 73   OUT

_____

_____

Photo Log: 283

_____

_____

_____

Evaluation conducted on  05.18.22  by:
                          (Date)

A.K. TAYLOR
(Print Name)

_____
(Signature)

**IN-FIELD EXAM**

Animal ID #: _9A 124-01_

Case #: _____ **HY-3301-0150** _____

Location: _Cumberland VA_

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5-20-22_ Clinician(s): _Ulrichs_ _____ Initials: _AU/AS_

Breed: _Beagle_ Color: _TRI_ _____ Neuter: Y /(N)(circle)  Gender: M /(F)(circle)

Age / Birth: _4 months_ est./Act. (circle)  Ear Tag / Tattoo #: _CML  CKE_ _____

Length: _24"_ (nose to tail)  Height: _13"_ _____ (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
| --- | --- | --- | --- | --- | --- |
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☒ NSF   ☐ 1 | ☐ 2      ☐ 3 | ☐4 | | |

**MEDICAL FINDINGS:** _NSF_

_____

_____

_____

_____

_____

_____

_____

Recommended Treatment ( that should be provided by Owner/Operator) : _____

_____

☐  Dog must be housed seperatly due to _____

☐  **By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.**

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

Animal ID #: 9A 124-02

Case #: __HY-3301-0150__

Location: Cumberland VA

## IN-FIELD EXAM

### ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: 5-20-22   Clinician(s): Ulrichs   Initials: AV/AS

Breed: Beagle   Color: TRI   Neuter: Y /(N)(circle)   Gender: M /(F)(circle)

Age / Birth: 4 months est./Act. (circle)   Ear Tag / Tattoo #: CML CAN

Length: 21"   (nose to tail)   Height: 13"   (top of the head)

### IN-FIELD EXAM:

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |
|---|---|---|---|---|---|

MEDICAL FINDINGS: NSF

Recommended Treatment ( that should be provided by Owner/Operator ) : _____

☐ Dog must be housed seperatly due to _____

☐ **By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.**

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9A 124-03_
Case #: __HY-3301-0150__
Location: _Cumberland VA_

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5-20-22_ Clinician(s): _Ulrichs_ Initials: _AU/AS_

Breed: _Beagle_ Color: _TRI_ Neuter: Y (N) circle) Gender: M (F) circle)

Age / Birth: _4 months_ est./Act. (circle)   Ear Tag / Tattoo #: _CML CKK_

Length: _24"_ (nose to tail)   Height: _14"_ (top of the head)

### IN-FIELD EXAM:

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |
|---|---|---|---|---|---|

MEDICAL FINDINGS: _NSF_

Recommended Treatment ( that should be provided by Owner/Operator) : _____

☐ Dog must be housed seperatly due to _____

☐ **By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.**

Examining Veterinarian: _Jelli Wenels, DVM_ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9A124-04_
Case #: ___HY-3301-0150___
Location: _Cumberland W_

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5-20-22_ Clinician(s): _Ulrichs_ Initials: _AU/AS_

Breed: _Beagle_ Color: _TRI_ Neuter: Y (N) (circle) Gender: M (F) (circle)

Age / Birth: _4 months_ est./Act. (circle) Ear Tag / Tattoo #: _CML  CKJ_

Length: _22"_ (nose to tail) Height: _13"_ (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☒ NSF  ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | |

MEDICAL FINDINGS: _NSF_

Recommended Treatment ( that should be provided by Owner/Operator) : _____

☐ Dog must be housed seperatly due to _____

☐ **By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.**

Examining Veterinarian: _Ulrichs VMD_ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9A124-05_

Case #: __HY-3301-0150__

Location: _Cumberland LK_

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5-20-22_ Clinician(s): _Ulrichs_ Initials: _AU/MS_

Breed: _Beagle_ Color: _TRI_ Neuter: Y /(N)(circle) Gender: M /(F)(circle)

Age / Birth: _4 months_ est./Act. (circle) Ear Tag / Tattoo #: _CML CMB_

Length: _25"_ (nose to tail) Height: _15"_ (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☒ NSF  ☐ 1 | ☐ 2  ☐ 3 | ☐ 4 | | |
| MEDICAL FINDINGS: | NSF | | | | |

Recommended Treatment ( that should be provided by Owner/Operator) : _____

_____

☐  Dog must be housed seperatly due to _____

☐  **By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.**

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

Animal ID #: _9A124-06_

**IN-FIELD EXAM**

Case #: __HY-3301-0150__

Location: _Cumberland VA_

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5-20-22_ Clinician(s): _Ulrichs_ Initials: _AU / HS_

Breed: _Beagle_ Color: _TRI_ Neuter: Y / (N) (circle)  Gender: M / (F) (circle)

Age / Birth: _4 months_ est./Act. (circle)  Ear Tag / Tattoo #: _CmL  CmL_

Length: _23"_ (nose to tail)  Height: _13"_ (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |
|---|---|---|---|---|---|

**MEDICAL FINDINGS:** _NSF_

Recommended Treatment ( that should be provided by Owner/Operator) : _____

☐ Dog must be housed seperatly due to _____

☐ **By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.**

Examining Veterinarian: _Ulrichs, VMD_ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9A124-07_
Case #: __HY-3301-0150__
Location: _Cumberland VA_

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5-20-22_ Clinician(s): _Ulrichs_ Initials: _AU/AS_

Breed: _Beagle_ Color: _TRI_ Neuter: Y /(N)(circle)  Gender: M /(F)(circle)

Age / Birth: _4 months_ est./Act. (circle)  Ear Tag / Tattoo #: _CML  CLW_

Length: _24"_ (nose to tail)  Height: _12"_ (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☑ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☑ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |
|---|---|---|---|---|---|

MEDICAL FINDINGS: _NSF_

Recommended Treatment ( that should be provided by Owner/Operator) : _____

☐ Dog must be housed seperatly due to _____

☐ **By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.**

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9A 124 - 08_

Case #: __HY-3301-0150__

Location: _Cumberland VA_

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5-20-22_ Clinician(s): _Ulrichs_ Initials: _AU/AS_

Breed: _Beagle_ Color: _TRI_ Neuter: Y /(N)(circle) Gender: M /(F)(circle)

Age / Birth: _4 months_ est./Act. (circle) Ear Tag / Tattoo #: _CML CMP_

Length: _25"_ (nose to tail) Height: _14"_ (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |
|---|---|---|---|---|---|

**MEDICAL FINDINGS:** _NSF_

Recommended Treatment ( that should be provided by Owner/Operator) : _____

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _Alen Ulrichs VMD_ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _9A-124-09_
Case #: __HY-3301-0150__
Location: _Cumberland VA_

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: _5-20-22_ Clinician(s): _Ulrichs_ Initials: _AU/AS_
Breed: _Beagle_ Color: _TRI_ Neuter: Y /(N)(circle) Gender: M /(F)(circle)
Age / Birth: _4 months_ est./Act. (circle) Ear Tag / Tattoo #: _CML  CKD_
Length: _24"_ (nose to tail) Height: _14"_ (top of the head)

### IN-FIELD EXAM:

| Body Condition Score: | ☐ **1** -Emaciated | ☐ **2** - Very Thin | ☐ **3** -Thin | ☒ **4** - Ideal | ☐ **5**- Ideal |
| | ☐ **6** - Overweight | ☐ **7** - Heavy | ☐ **8** - Obese | ☐ **9** - Grossly Obese | |
| **Dental Grade:** | ☒ **NSF** | ☐ **1** | ☐ **2** | ☐ **3** | ☐**4** |

MEDICAL FINDINGS: _NSF_

_____
_____
_____
_____
_____
_____
_____

Recommended Treatment ( that should be provided by Owner/Operator) : _____

_____

☐  Dog must be housed seperatly due to _____

☐  **By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.**

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

# ATTACHMENT 4 –
# 10A36 Enclosure Evaluation Form and In-Field Exam Forms

**ENCLOSURE EVALUATION**

ENCLOSURE ID: 10A36

CASE #: __HY-3301-0150__

LOCATION: __Cumberland, VA__

**MEASUREMENTS:**

Size: Length 49 1/2 Width 47 1/2 Height 63          Temperature in building: 77.2

Number of animals in enclosure: _9_

Animal ID's: 10A36 - 01     10A36 - 02     10A36 - 03     10A36 - 04     10A36 - 05

10A36 - 06     10A36 - 07     10A36 - 08     10A36 - 09

**GENERAL:**

Type of construction: __Native Weider__

Is enclosure dry? ☒Yes ☐No

Is enclosure clean and sanitary? ☐Yes ☒No

Adequate ventilation? ☒Yes ☐No

Well lit? ☒Yes ☐No

Adequate protection from the weather provided? ☒Yes ☐No

Are there any sharp points or edges? ☒Yes ☐No

Is the enclosure secure? ☒Yes ☐No

Drainage/disposal system operating properly? ☐Yes ☐No  N/A

**FLOORING:**

Any spaces or gaps big enough for an animal's feet or toes to pass through or get stuck? ☒Yes ☐No

Flooring made of material that can be sanitized? ☒Yes ☐No

Is the flooring secured down? ☒Yes ☐No     Is the floor sagging or bending? ☒Yes ☐No

If floor is made of wire, is it larger than 1/8" diameter? ☒Yes ☐No

**WALLS:**

Any spaces or gaps big enough for an animal's feet or toes to pass through or get stuck? ☐Yes ☒No

Any gaps large enough to allow a dog in an adjacent enclosure to access dogs in this one? ☒Yes ☐No
                                                                                                    LoW

**FOOD/WATER:**

Is there food available? ☒Yes ☐No     Is the food and food receptacle clean and dry? ☒Yes ☐No     FOOD ALMOST GONE

# of food receptacles ___ Can all dogs in enclosure access food receptacle at once? ☐Yes ☒No

If no, explain: __ONE  ACCESS  POINT  ROUND VENT__
(i.e. food is moldy, food bowl is very dirty, etc.)

Is there water available? ☒Yes ☐No     Is the water potable? ☐Yes ☐No

If no, explain: __1  SPIKET__
(i.e., water is very dirty, water is cloudy and has a foul odor, etc.)

**COMPATABILITY:**

Any fighting or aggressive behavior between animals witnessed? ☐ Yes ☒ No

If yes, explain: _____

Additional Notes/Findings:

no resting forms
BUILD UP OUTSIDE FEEDER
BULD UP IN TRANSITION - CHIPPING PAINT
BVILD UP WALLS

47 x 62 x 73 UVT

Photo Log:
244 - 249

Evaluation conducted on 05.19.22 by:
(Date)

A.K. TAYLOR
(Print Name)

_____
(Signature)

**IN-FIELD EXAM**

Animal ID #: __I O A 3 6 - 0 1__
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: 5 | 8 | 22   Clinician(s): Kuzdas   Initials: KK MW
Breed: Beagle   Color: Black tan white   Neuter: Y /(N)(circle)   Gender:(M)/ F (circle)
(Age)/ Birth: 14 weeks   (est)/Act. (circle)   Ear Tag / (Tattoo #:) CNA CHJ
Length: 22 inches   (nose to tail)   Height: 18 inches   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☒ 5- Ideal |
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

**MEDICAL FINDINGS:**

WNL

Recommended Treatment ( that should be provided by Owner/Operator) : _____

☐ Dog must be housed seperatly due to _____
☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: __10A36 - 02__
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: __5 18 22__   Clinician(s): __Kuzdas__   Initials: __KK MN__
Breed: __Beagle__   Color: __Black tan white__   Neuter: Y /(N)(circle)   Gender:(M)/ F (circle)
(Age)/ Birth: __14 weeks__   (est)./Act. (circle)   Ear Tag /(Tattoo #:) __CNA CHH__
Length: __24 inches__   (nose to tail)   Height: __15 inches__   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☒ 5 - Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

**MEDICAL FINDINGS:**

WNL

Recommended Treatment ( that should be provided by Owner/Operator) : _____

_____

☐ Dog must be housed seperatly due to _____
☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: __I D A 3 b - D 3__
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**
In-Field Exam Date: __5 |18| 22__   Clinician(s): __Kuzdas__   Initials: __KK MW__
Breed: __Beagle__   Color: __Black tan white__   Neuter: Y /(N)(circle)   Gender:(M)/ F (circle)
(Age)/Birth: __14 weeks__ (est)/Act. (circle)   Ear Tag /(Tattoo #:) __CNA CHI__
Length: __21 inches__   (nose to tail)   Height: __14 inches__   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☒ NSF ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 | |

**MEDICAL FINDINGS:**

WNL

Recommended Treatment ( that should be provided by Owner/Operator) : _____

☐ Dog must be housed seperatly due to _____
☐ **By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.**

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: __1DA36-04__
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5|18|22_ Clinician(s): _Kuzdas_ Initials: _KK MW_
Breed: _Beagle_ Color: _black white tan_ Neuter: Y (N) circle) Gender: (M)/ F (circle)
(Age) Birth: _14weeks_ (est)/Act. (circle) Ear Tag / Tattoo #: _CNA CFS_
Length: _26 inches_ (nose to tail) Height: _14 inches_ (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☒ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

**MEDICAL FINDINGS:**

_Small laceration with scab on inside of left ear_

Recommended Treatment ( that should be provided by Owner/Operator) : _____

☐ Dog must be housed seperatly due to _____
☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: __10A36 - 05__
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: __5/18/22__ Clinician(s): __Kuzdas__ Initials: __KK MN__
Breed: __Beagle__ Color: __Black tan white__ Neuter: Y /(N)(circle) Gender (M)/ F (circle)
(Age)/ Birth: __16 weeks__ (est)/Act. (circle) Ear Tag /(Tattoo #) __CNA CHK__
Length: __21 inches__ (nose to tail) Height: __17 inches__ (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☒ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

**MEDICAL FINDINGS:**

WNL

Recommended Treatment ( that should be provided by Owner/Operator) : _____

_____

☐ Dog must be housed seperatly due to _____
☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: __1 0 A 3 6 - D 6__
Case #: __HY-3301-0150__
Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: __5 | 8 | 22__   Clinician(s): __Kuzdas__   Initials: __KK MW__

Breed: __Beagle__   Color: __black tan white__   Neuter: Y /(N)(circle)   Gender:(M)/ F (circle)

Age / Birth: __14 weeks__   Est./Act. (circle)   Ear Tag / Tattoo #: __CNA  CHB__

Length: __24 inches__   (nose to tail)   Height: __15 inches__   (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☒ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| **Dental Grade:** | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

**MEDICAL FINDINGS:**

WNL

Recommended Treatment ( that should be provided by Owner/Operator) : _____

☐  Dog must be housed seperatly due to _____

☐  **By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.**

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: __1 0 A 36 · D 7__

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: __5 | 18 | 22__   Clinician(s): __Kuzdas__   Initials: __KK MW__

Breed: __Beagle__   Color: __black tan white__   Neuter: Y /(N)(circle)   Gender:(M) F (circle)

(Age)/ Birth: __14 weeks__ (est.)/Act. (circle)   Ear Tag / Tattoo #: __CNA CHK__

Length: __24 inches__ (nose to tail)   Height: __16 inches__ (top of the head)

### IN-FIELD EXAM:

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☑ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☑ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

### MEDICAL FINDINGS:

__WNL__

Recommended Treatment ( that should be provided by Owner/Operator) : _____

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: __10A36 - 08__

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

## ANIMAL PATIENT MEDICAL RECORD - DOG

In-Field Exam Date: 5|8|22   Clinician(s): Kuzdas   Initials: KK mw

Breed: Beagle   Color: black tan white   Neuter: Y (N) (circle)   Gender: (M) / F (circle)

(Age) / Birth: 14 weeks (est) /Act. (circle)   Ear Tag / Tattoo #: CNA CFR

Length: 23 inches (nose to tail)   Height: 15 inches (top of the head)

## IN-FIELD EXAM:

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☒ 4 - Ideal | ☐ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |
| Dental Grade: | ☒ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

MEDICAL FINDINGS:

WNL

Recommended Treatment ( that should be provided by Owner/Operator) : _____

☐ Dog must be housed seperatly due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____ (Signature)

Dr. Samantha Moffitt, Lead Veterinarian

**IN-FIELD EXAM**

Animal ID #: _10A36 - 04_

Case #: __HY-3301-0150__

Location: __Cumberland, VA__

**ANIMAL PATIENT MEDICAL RECORD - DOG**

In-Field Exam Date: _5 | 18 | 22_   Clinician(s): _Kuzdas_   Initials: _KK MW_

Breed: _Beagle_   Color: _black tan white_   Neuter: Y (N)(circle)   Gender: (M) F (circle)

(Age) / Birth: _14 weeks_ (est)/Act. (circle)   Ear Tag / (Tattoo #): _CNA CFP_

Length: _26 inches_ (nose to tail)   Height: _14 inches_ (top of the head)

**IN-FIELD EXAM:**

| Body Condition Score: | ☐ 1 -Emaciated | ☐ 2 - Very Thin | ☐ 3 -Thin | ☐ 4 - Ideal | ☑ 5- Ideal |
|---|---|---|---|---|---|
| | ☐ 6 - Overweight | ☐ 7 - Heavy | ☐ 8 - Obese | ☐ 9 - Grossly Obese | |

| Dental Grade: | ☑ NSF | ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |
|---|---|---|---|---|---|

**MEDICAL FINDINGS:**

WNL

Recommended Treatment ( that should be provided by Owner/Operator) : _____

☐ Dog must be housed seperately due to _____

☐ By signing below, I find that this animal is in acute distress, that is, he/she requires immediate veterinary treatment or other care to promptly alleviate a life threatening illness/injury or any suffering, and as such, this animal needs to be removed promptly from the facility and placed in the designated third-party to receive humane care.

Examining Veterinarian: _____ (Signature)

Concurrence (for removal Only) : _____(Signature)

Dr. Samantha Moffitt, Lead Veterinarian