**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

|  |  |  |
|---|---|---|
| UNITED STATES, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 6:22-cv-28-NKM |
| | ) | |
| ENVIGO RMS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

## DECLARATION OF CARMEN WILBOURN IN SUPPORT OF ENVIGO'S RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

I, Carmen Wilbourn, declare the following to be true and correct to the best of my knowledge:

1.     I joined Envigo RMS, LLC ("Envigo") in May 2021 as the Vice President of North American Operations. I had oversight of 11 sites, including the Cumberland facility. There were approximately 500 people reporting up through me. In January 2022, my responsibilities were changed to allow me to focus on our canine and rabbit facilities in North America. For the past few months, I have been working primarily out of the Cumberland facility.

2.     I've been in the industry for over 35 years. For the 15 years prior to joining Envigo, I was responsible for ensuring the proper and lawful operations of animal facilities across the globe, and have had more than 1,500 employees reporting up through me.

3.      In July 2021, the Cumberland facility was one of the 11 sites I oversaw. That

month, the United States Department of Agriculture ("USDA") inspected the Cumberland

facility. We used the reports from that inspection in our efforts to prioritize improvements we

needed to make at the facility, and began to implement those solutions. In the following months,

Envigo invested significant resources to upgrade the facility and the animal care program.

4.      Over the past year, we have made major improvements to the facility and staffing,

including installing over 1,200 new aluminum dog doors, correcting gaps in enclosures,

relocation of and upgrading the flooring in the weaning and whelping area, purchasing over 500

whelping boxes, installing generators and cooling towers to regulate temperature, hiring a board-

certified veterinarian behaviorist to assist with the aggression issues, transferring veterinary staff

from other Inotiv facilities, and hiring a contract veterinarian to assist with dentals, as well as

hiring additional staff. All these efforts were aimed at improving the health and experience of

the dogs, and also addressing issues raised by the USDA. We continued to make improvements

to the facility as part of a collaborative dialogue with the USDA over a series of months.

5.      I was present during the execution of the search warrant on May 18–22, 2022, and

during the inspection on June 8, 2022.

6.      Since the Court Order issued on May 21, 2022, our entire team at Envigo's

Cumberland facility has been working tirelessly to respond to the requirements in the Order and

to care for the dogs. Actions we have taken include:

     a.  On the weekend the Court Order was issued, a family member of our staff drove

        more than 200 miles to pet supply and general stores in the area to buy all of the

        food/water bowls available.

b.  Ordering 2,000 steel food/water bowls for gradual introduction into the enclosures, at a cost of nearly $6,000.

c.  Purchasing and trialing black rubber mats in enclosures to address concerns with the flooring, at a cost of over $334,000.

d.  Ordering and installing partitions for enclosures at a cost of $213,000.

e.  Installing additional cooling equipment to ensure temperature regulation.

f.  Researching and helping order enough compounded medications to treat all dogs in the facility for Giardia when one had tested positive.

7.  Envigo ceased all breeding, selling, or otherwise dealing in beagles at the Cumberland Facility immediately upon receiving notice of the Court's Order, and has not resumed any breeding, selling, or otherwise dealing in beagles since the Order was issued.

8.  My team and I continue to work every day on improving the conditions at the facility and caring for the dogs. Maintaining the quality of life for the dogs requires constant vigilance. We are committed to continuing to provide a high level of care and attention for as long as the facility remains in operation.

9.  Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on June 13, 2022.

Carmen Wilbourn
_____
Carmen Wilbourn