IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>   Plaintiffs,<br><br>  v.<br><br>ENVIGO RMS, LLC,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 6:22-cv-28-NKM<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF JEANNIE PERRON, JD, DVM**

I, Jeannie Perron, JD, DVM, declare the following to be true and correct to the best of my knowledge:

1. I am a partner at the law firm of Covington & Burling LLP, counsel to Envigo RMS, LLC ("Envigo") in this action.

2. I am also licensed to practice veterinary medicine in Virginia, currently in inactive status. Prior to attending the College of Veterinary Medicine at Texas A&M University, I was a practicing attorney. Following graduation from Texas A&M in 1997, I practiced as a veterinarian part time. I stopped practicing veterinary medicine in 2001 to focus on my legal career, but maintained my veterinary license in active status for a number of years thereafter. My legal practice focusses on animal food and drug law and the use of animals in biomedical research.

1

3. I submit this declaration in support of Envigo's Response to Plaintiff's Motion for a Preliminary Injunction. To the best of my knowledge, the matters set forth herein are true and correct.

4. On May 23, 2022, Envigo provided to counsel for the United States the name and contact information for the attending veterinarian at the Cumberland Facility, Dr. Len Edward Murray, DCLAM, DACVMP. On the same day, Envigo also provided to counsel for the United States a program of veterinary care. On June 3, 2022, Envigo provided an updated program of veterinary care, which is attached hereto as **Exhibit A.**

5. In the last three weeks, Envigo has provided to counsel for the United States approximately 5,000 pages of medical records, birth and death notices, and necropsy reports. Examples of the medical records provided are attached hereto as **Exhibit B.** Examples of the birth and death notices are attached hereto as **Exhibit C.** Examples of the necropsy reports are attached hereto as **Exhibit D.**

6. To the best of my knowledge, the chart below summarizes the documents Envigo has produced to counsel for the United States:

| Production Date | Description |
|---|---|
| May 24, 2022 | Medical records for any veterinary care<br><br>Notice of the births |
| May 25, 2022 | Medical records for any veterinary care |
| May 26, 2022 | Medical records for any veterinary care |
| May 27, 2022 | Medical records for any veterinary care<br><br>Notice of the births |
| May 28, 2022 | Medical records for any veterinary care<br><br>Notice and a copy of the necropsy report(s) |

|  | Notice of the births |
|---|---|
| May 29, 2022 | Medical records for any veterinary care |
| May 30, 2022 | Medical records for any veterinary care<br><br>Notice and a copy of the necropsy report(s)<br><br>Notice of the births |
| June 1, 2022 | Medical records for any veterinary care<br><br>Notice of dog(s) found having injuries attributable to or consistent with a fight, as well as wounds of an unknown cause<br><br>Notice and a copy of the necropsy report(s) |
| June 2, 2022 | Medical records for any veterinary care |
| June 3, 2022 | Medical records for any veterinary care<br><br>Notice and a copy of the necropsy report(s)<br><br>Notice of the birth of any puppies |
| June 6, 2022 | Medical records for any veterinary care<br><br>Notice and a copy of the necropsy report(s) |
| June 7, 2022 | Medical records for any veterinary care |
| June 8, 2022 | Medical records for any veterinary care<br><br>Notice and a copy of the necropsy report(s) |
| June 9, 2022 | Medical records for any veterinary care |

7.  Envigo staff also undertook a multi-day effort to inventory all dogs and puppies at the Cumberland Facility. On May 28, 2022, Envigo provided counsel for the United States with an inventory of the 3,188 dogs and puppies at the facility. The inventory listed, to the best of the Cumberland Facility staff's knowledge, the sex, age, unique identification number, and enclosure

3

location and number of each beagle at the Facility. An updated inventory (attached hereto as **Exhibit E**) was provided on May 30, 2022.

8.  Envigo has also provided to counsel for the United States notice of any injuries attributable to or consistent with a fight, as well as wounds of an unknown cause and with medical records reflecting the treatment each dog received as a result of the injury. These correspondences are attached hereto as **Exhibit F.**

9.  To the best of my knowledge, since the issuance of the Court Order, Envigo has not euthanized any dogs at the Cumberland Facility without the consent of counsel for the United States. On May 21, 2022, May 26, 2022, and June 7, 2022, Envigo, through counsel, requested consent to allow a veterinarian at the Cumberland Facility to euthanize as an animal welfare measure. These correspondences are attached hereto as **Exhibit G.**

10. Finally, to the best of my knowledge, Envigo has granted regular access to the Cumberland Facility to agents of the United States, including most recently for an inspection on June 8, 2022. Agents for the United States were also at the Cumberland Facility from Wednesday, May 18 through Sunday, May 22, 2022. When I learned on May 18, 2022 that federal agents were at the facility, I traveled there and was on site from the morning on May 19, 2022 through the evening of May 22, 2022. During that time, I met with federal agents and the Assistant U.S. Attorney on numerous occasions to assist in the document gathering process, answer questions, accept service of process, and facilitate communications with my client.

11. Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on June 12, 2022.

_____
Jeannie Perron, JD, DVM