# Exhibit A

Updated Program of Vet Care, dated June 3, 2022

# Program of Veterinary Care

Physical Examination of all dogs will be performed by the veterinarian annually.

**Daily Observations**

An experienced employee of the veterinary staff trains all technicians assigned to perform daily observations on what may constitute a health problem. Specialized training is given for specific areas. For example, technicians in the canine whelping areas are specifically trained to note problems that may result from whelping or signs of poor puppy health. An assigned Animal Technician walks through and observes the animals for any overt signs of poor health or discomfort. This is generally performed first thing each morning. In addition, during any scheduled or routine functions such as feeding, cleaning, socializing or handling, all technicians will note any abnormality that may require attention including ears, eyes, and skin.

An experienced employee of the veterinary staff also trains all technicians on the appropriate handling of animals, including the petting, feeding, watering, cleaning, manipulating, loading, crating, shifting, transferring, immobilizing, restraining, treating, training, working and moving, or any similar activity with respect to any animal.

Animal technicians are trained to assess for the presence of distress in the animals under their care by observing for behavioral changes such as vocalization, depression, postural changes, and inappetence as described by SOP. The veterinarian is also involved in assessing the level of pain and distress on a case-by-case basis.

Any condition that may in the technician's view require medical attention is documented on a Request for Medical Examination sheet. The staff veterinarian or medical treatment technician checks this form daily. Required treatment is administered as needed. In addition, any condition considered

life threatening or an emergency is verbally reported to the staff veterinarian or the department supervisor. A list of emergency contact numbers is kept in each animal building.

Emergency care is provided by trained animal care staff. All staff working with animals outside normal business hours are able to obtain veterinary support for emergencies by calling the veterinarian directly. If an animal needs to be seen by a veterinarian after hours or on a weekend or holiday, it will be taken to a local veterinary/emergency clinic.

**Veterinary Care of ill or injured dogs**

Non-routine veterinary care is provided by trained technicians to administer medical treatment under the direction of staff veterinarian. Any animal requiring immediate medical attention is either moved to the clinic and/or the technician is notified directly. In the case of major medical/surgical emergency, the facility veterinarian or an animal care supervisor will be contacted by phone. A decision is then made as to what treatment should be performed and who should perform it.

Medical treatments prescribed by the staff veterinarian are indicated on a Medical Record placed in a treatment book. A treatment book exists for each location housing animals to include GI, G2, and G3. When treatment is administered, it is documented on this form. Treatments are administered by specifically trained technicians and the veterinarian.

Commercial diagnostic services are utilized for complete blood cell counts, clinical chemistries, and other serology tests as necessary. University veterinary hospital diagnostic laboratories are utilized for microbiology, serology, and histopathology for routine preventive health screening and for active case diagnosis. Consultation with

Confidential

experts from universities, veterinary schools, and diagnostic labs is utilized as needed for resolving colony health problems.

Digital radiology and ultrasound are both available on site.

**Euthanasia**

Euthanasia procedures are detailed in specific Envigo-Cumberland Standard Operating Procedures. Euthanasia is not performed in the presence of live dogs. Cardiac administration of the euthanasia agent is only performed in unconscious dogs. Only methods and agents recommended by the most current AVMA Panel on Euthanasia Report are used. A sodium pentobarbital solution (Euthasol ®) is the injectable euthanasia solution in use. Observation by trained technicians for absence of respiration, heartbeat, and ocular/palpebral reflexes are used to confirm death.

**Necropsy**

Necropsies are conducted by trained animal technicians or the veterinarian in a dedicated area with a downdraft table. Any samples required for histopathologic exam are collected in appropriate media/solution and submitted to a university veterinary hospital for processing and interpretation

**Surgery**

Minor surgical procedures (wound care) are performed as the need arises by veterinarian trained animal technicians or the veterinarian.

Major surgical procedures are performed by the veterinarian and conducted in the surgery suite in Building 96. One or more trained technicians may provide pre and intra-operative assistance to the surgeon as needed.

The veterinarian evaluates each case individually and decides the need for major surgery. Pre-operative care is planned by the veterinarian and conducted and documented by trained animal care technicians. Administration of analgesics, induction agents, anesthesia, intraoperative fluid therapy, and surgical prep is performed by the veterinarian or animal care technician under veterinary direction. Post-operative care to include analgesia, anesthetic recovery monitoring, and surgical site maintenance is conducted and documented by the animal care technician under veterinary direction.

The animal preparation area is located in a room adjacent to the surgical suite. The room contains a stainless steel sink/table combination and counter with storage cabinets underneath. All supplies are prepared in this room for sterilization via a table top autoclave.

The surgeon preparation room is located adjacent to the surgical suite in a dedicated space to include a hands free surgeon scrub sink, prep table and wall storage cabinet.

Aseptic techniques are followed for major and minor surgical procedures. Depending on the procedure, patient preparation includes clipping of hair and disinfection of the surgical site with Nolvasan Surgical Scrub. The surgeon performs an appropriate scrub of their hands. Surgical attire appropriate for the surgery includes cap, mask, sterile surgical gown, and sterile gloves. Post-operative caging is located in the clinic of building 96.

Instruments are autoclaved per standard procedure and an autoclave strip is used both on the exterior and the interior of the surgery packs to monitor sterilization
effectiveness. Prepackaged sterile products such as gloves, gowns and suture material are used routinely. The autoclave is validated and cleaned by an outside service provider annually.

Vital signs and reflexes are monitored at least every 10 minutes during surgical
procedures. Pulse oximetry is also used to monitor respiratory and cardiovascular function. Monitoring records are maintained with the clinical record.

Postsurgical care is provided by the staff veterinarian and/or trained animal technicians. The veterinarian is responsible for overseeing all care given and is available to advise the technicians as required. Animals are placed in
designated recovery cages post-surgery. The recovery of the animal is monitored and observations are noted in the Medical Record. All surgical procedures, administered treatments, and health observations are documented on the Medical Record. Additional documentation to include the Anesthetic Monitoring form is included with the Medical Record which is kept in the Treatment Book. These records are maintained by the animal technician and/or veterinarian. Upon completion of treatment and recovery of the animal, the Medical Record is submitted for data entry into the animal's computerized clinical record and permanently retained. The hard copy is filed and stored in the front office.

Significant components of the anesthetic machines (e.g., oxygen tank, flow meter, vaporizer, breathing circuit components, etc.) are checked prior to use. The system is also checked for leaks and corrected prior to each use. An outside contractor performs preventive maintenance annually.

**Records**

An individual medical record for each animal is initiated at the time of weaning (6 weeks) when the animal receives its unique 6-digit identifier via tattoo. Until this time, the medical history is documented under the dam. The production and kennel technicians document routine medical information (vaccinations,

Confidential

etc.) as well as clinical information (illnesses and medications administered). This information is stored in a data file or in written format. The computer generates a list of pups each week that are due for routine procedures. Weights taken periodically are also placed in this history.

When medical treatments are required for a dog, a Medical Record form is initiated by the animal technician or veterinarian and placed in the treatment book. This form indicates the animal identification, current location, and treatment/procedures required. When a treatment is_ administered, the date, treatment, and technician's initials are recorded on this record. The results of any diagnostic testing are added to the treatment book with the current medical record of the respective animal. After completion of treatment, the treatment record is reviewed by the veterinarian and then submitted to a computer data entry individual for input into the animal's permanent history file and/or the hard copy is filed for future reference.

### Feeding

Envigo-Cumberland is using two canine diets supplied by Teklad, Inc. One diet, 3025, is used to feed all puppies 6 weeks of age and over. The second diet, 2027, is fed to puppies less than 6 weeks of age and to dams two weeks prior to whelping and during lactation. The facility may also use commercial diets appropriate to the animals being fed the diet.

### Water

Water is provided to the animals via automatic lixits and/or watering bowls.

Lixits are checked daily to ensure water is available. Lixits that are in need of repair are fixed or replaced by maintenance staff.

**Preventative Care**

Dogs receive routine preventive veterinary care as specified by the veterinarian. The schedule is reviewed as needed in light of specific medical needs of the colony. In general, all dogs receive the following routine preventive medical care:

| Age | Treatment |
|---|---|
| 5 weeks of age | Bordetella/Parainfluenza/Adenovirus 2 vaccine |
| 5 weeks of age | Parovirus vaccine |
| 5 weeks of age | Fenbendazole Anthelmintic Suspension |
| 7 weeks of age | Distemper, Adenovirus Type 2, Parainfluenza, and Parvo vaccine (DA2PPV) |
| 7 weeks of age | Fenbendazole Anthelmintic Suspension |
| 10 weeks of age | DA2PPV + Leptospira bacterin (L) |
| 14 weeks of age | DA2PPV + L |
| 14 weeks of age | Rabies vaccine |
| 15 weeks of age | Bordetella/Parainfluenza/Adenovirus 2 vaccine |

Adult male and female brood stock dogs receive a DA2PPV and Rabies booster one year after initial vaccination and every three years thereafter.

Dental examinations are provided to all brood stock animals at least annually. Dental prophylaxis is performed as needed.

Beginning at 7 weeks of age and approximately 4 weeks thereafter, dogs are treated with 1% Ivermectin in propylene glycol (1:40) topically in the ears.

Male brood stock dogs are treated monthly with Ivermectin 1% orally (0.1ml/10lbs.).

Female brood stock receive the same treatment 2 weeks prepartum; 6 weeks postpartum; and then 6 weeks post weaning or monthly if not bred, failed to conceive or not cycled.

Nails are trimmed on all animals during socialization procedures or routine preventive health procedures. Any abnormalities to skin, eyes, and ears or otherwise are reported to the veterinary staff. Brood stock nails are trimmed monthly during routine weighs and gross physicals are conducted.

Preventative care and treatment are also taken to ensure healthy and unmatted animal hair coats, as appropriate.

Quarterly composite fecal samples are collected from 25% 4- week-old locations, and 14-week-old dog locations in the colony. Quarterly composite fecal samples are collected from 10 % saleable dogs at 20, 24, and 36 weeks of age. Samples are analyzed by regular fecal flotation and, if necessary, the affected litters or cages of animals are treated with the necessary anthelmintic.

Serological testing for Brucella canis and Dirofilaria immitis is conducted on 10% of all female brood stock prior to weaning, all brood stock studs annually, and all potential brood stock dogs (male and female) are tested prior to entering the breeding colony. Ectoparasites are not routinely found in our colony. Our housing design prevents ectoparasites from accessing our dogs.

Body weight values and clinical parameters (i.e. blood values) are obtained in order to establish colony values.

**Program of Exercise for Single Housed Canines**

Single housed animals, 23 inches or more in length, that are housed in buildings 96 and 97, will be exercised by allowing them to play in the center hallway during daily cleaning of their kennels.

Confidential