# Exhibit B

Examples of Medical Records

# CLINICAL TREATMENT FORM

EGSI-QREC-PRO-6201.1 Version. 01
Implementation Date: DD/MM/2021

Date: 5-26-22  Sex: M (F)  Animal No: CHECCV
Permanent Location: 62-8-29
Clinic Location: ___
Initial Finding: Dental
Technician: ___

| | GENERAL APPEARANCE | X | VALUE |
|---|---|---|---|
| | WEIGHT | X | 10 Kg |
| BAR | BRIGHT ALERT RESPONSIVE | | |
| QAR | QUIET ALERT RESPONSIVE | | |
| | LETHARGIC | | |
| | NON-RESPONSIVE | | |
| | MUCOUS MEMBRANES | X | PALE PINK DRY MOIST |
| | TEMPERATURE | X | __ F |
| BCS | BODY CONDITION SCORE | X | 1 2 3 (4) 5 6 7 8 9 |

| | NEUROLOGICAL | X | VALUE |
|---|---|---|---|
| | HEAD TILT | | R L |
| | CIRCLING | | R L |
| | SEIZURE | | |

| | GI/DIGESTIVE | X | VALUE |
|---|---|---|---|
| PROR | PROLAPSED RECTUM | | |
| DEHY | DEHYDRATION | | |
| | BLOAT | | |
| DIAR | DIARRHEA | | |
| | INAPPETENCE | | |
| | UMBILICAL HERNIA | | |
| | INGUINAL HERNIA | | |
| | INFECTED UMBILICAL | | |

| | UROGENITAL | X | VALUE |
|---|---|---|---|
| PROP | PROLAPSED PENIS | | |
| CRYB | CRYPTORCHID BILATERAL | | |
| CRYU | CRYPTORCHID UNILATERAL | | |

| | REPRODUCTIVE | X | VALUE |
|---|---|---|---|
| MYUM | MAMMARY TUMOR | | |
| VAGD | VAGINAL DISCHARGE | | |
| VGHY | VAGINAL PROLAPSE | | |
| DYST | DYSTOCIA | | |
| MILK | INADEQUATE MILK SUPPLY | | |
| MAST | MASTITIS | | |
| CADF | CALCIUM DEFICIENCY | | |

| | MUSCULOSKELETAL | | VALUE | | | |
|---|---|---|---|---|---|---|
| NSF | NO SIGNIFICANT FINDS | X | | | | |
| | SWOLLEN JOINT | | LF | RF | LR | RR |
| LAME | LAMENESS | | LF | RF | LR | RR |
| FRAC | FRACTURE | | LF | RF | LR | RR |
| INTD | INTERDIGITAL CYST | | LF | RF | LR | RR |
| DEW | DEWCLAWS | | LF | RF | LR | RR |
| TTN | TORN TOENAIL | | | | | |
| LCRN | LEG CAUGHT IN RUN | | | | | |

| | DERMATOLOGICAL | X |
|---|---|---|
| NSF | NO SIGNIFICANT FINDS | X |
| RASH | RASH | |
| LACR | LACERATION | |
| | CYST | |
| FLYB | FLY STRIKE | |
| | PARASITES | |
| | HAIR LOSS | |
| ABSC | ABSCESS | |
| | RAZOR BURN | |
| DEMS | DEMODEX SUSPECT | |
| DERM | DERMATITIS | |
| HEM | HEMATOMA | |

| | HEART | X | VALUE |
|---|---|---|---|
| HR | HEART RATE | X | __ BPM |
| CRT | CAPILLARY REFILL TIME | X | __ SEC |
| | NO SIGNIFICANT FINDINGS | ✓ | |
| | MURMUR | | |
| | FAINT | | |

| | RESPIRATORY | X | VALUE |
|---|---|---|---|
| RR | RESPIRATORY RATE | X | __ RR |
| | NO SIGNIFICANT FINDINGS | X | |
| SN | NASAL DISCHARGE | | |
| | RAPID RESPIRATION | | |
| | OPEN MOUTH BREATHING | | |
| | COURSE LUNG SOUNDS | | |
| | DIMINISHED LUNG SOUNDS | | |
| | COUGHING | | |
| PNEU | PNEUMONIA | | |

| | EAR | X | VALUE |
|---|---|---|---|
| | NO SIGNIFICANT FINDINGS | X | R L |
| OTIT | OTITIS | | R L |
| TORE | TORN EAR | | R L |
| HEMA | HEMATOMA | | R L |
| EARW | WRINKLED | | R L |
| TATB | TATTOO HARD TO READ | | |

| | EYES | X | VALUE |
|---|---|---|---|
| | NO SIGNIFICANT FINDINGS | X | |
| EYRN | DISCHARGE | | R L BOTH |
| | CLOUDY | | R L BOTH |
| | DRY | | R L BOTH |
| CONJ | CONJUNCTIVITIS | | R L BOTH |
| PNIC | PROLAPSED NICT MEMBRANE | | R L BOTH |

| | BEHAVIOR | X | VALUE |
|---|---|---|---|
| FGHT | AGGR - FIGHTS OTHER DOGS | | |
| PULL | PULLED | | EAR TAIL OTHER |
| HTH | HARD TO HANDLE | | |
| HYP | HYPER - OVER EXCITED | | |

| | ORAL | X | VALUE |
|---|---|---|---|
| NSF | NO SIGNIFICANT FINDINGS | X | |
| GING | GINGIVITIS | | |
| DENT | DENTAL DISEASE | | MILD MOD SEVERE |
| | GUM RECESSION | | |
| | PROMAN OR PROMAX | | |

VENTRAL  DORSAL  LEFT  RIGHT

Comments: 1 ml ACP + Propofol + Dental  53
Dental not necessary

PAGE 1

Confidential          ENVIGO_00001520

# CLINICAL TREATMENT FORM

EGSI-QREC-PRO-6201.1 Version: 01
Implementation Date: DD/MM/2021

Date: 5-26-22  Sex: M (F)  Animal No: CMEC VJ
Initial Finding: Dental

Permanent Location: 62-8-31
Clinic Location:
Technician:

| GENERAL APPEARANCE | | X | VALUE | HEART | | X | VALUE |
|---|---|---|---|---|---|---|---|
| | WEIGHT | X | 10 Kg | HR | HEART RATE | X | BPM |
| BAR | BRIGHT ALERT RESPONSIVE | | | CRT | CAPILLARY REFILL TIME | X | SEC |
| QAR | QUIET ALERT RESPONSIVE | | | | NO SIGNIFICANT FINDINGS | X | |
| | LETHARGIC | | | | MURMUR | | |
| | NON-RESPONSIVE | | | | FAINT | | |
| | MUCOUS MEMBRANES | X | PALE PINK DRY MOIST | | | | |
| | TEMPERATURE | X | F | RESPIRATORY | | X | VALUE |
| BCS | BODY CONDITION SCORE | X | 1 2 3 4 (5) 6 7 8 9 | RR | RESPIRATORY RATE | X | RR |
| NEUROLOGICAL | | X | VALUE | | NO SIGNIFICANT FINDINGS | X | |
| | HEAD TILT | | R L | SN | NASAL DISCHARGE | | |
| | CIRCLING | | R L | | RAPID RESPIRATION | | |
| | SEIZURE | | | | OPEN MOUTH BREATHING | | |
| GI/DIGESTIVE | | X | VALUE | | COURSE LUNG SOUNDS | | |
| PROR | PROLAPSED RECTUM | | | | DIMINISHED LUNG SOUNDS | | |
| DEHY | DEHYDRATION | | | | COUGHING | | |
| | BLOAT | | | PNEU | PNEUMONIA | | |
| DIAR | DIARRHEA | | | | | | |
| | INAPPETENCE | | | EAR | | X | VALUE |
| | UMBILICAL HERNIA | | | | NO SIGNIFICANT FINDINGS | X | R L |
| | INGUINAL HERNIA | | | OTIT | OTITIS | | R L |
| | INFECTED UMBILICAL | | | TORE | TORN EAR | | R L |
| UROGENITAL | | X | VALUE | HEMA | HEMATOMA | | R L |
| PROP | PROLAPSED PENIS | | | EARW | WRINKLED | | R L |
| CRYB | CRYPTORCHID BILATERAL | | | TATB | TATTOO HARD TO READ | | |
| CRYU | CRYPTORCHID UNILATERAL | | | EYES | | X | VALUE |
| REPRODUCTIVE | | X | VALUE | | NO SIGNIFICANT FINDINGS | X | |
| MYUM | MAMMARY TUMOR | | | EYRN | DISCHARGE | | R L BOTH |
| VAGD | VAGINAL DISCHARGE | | | | CLOUDY | | R L BOTH |
| VGHY | VAGINAL PROLAPSE | | | | DRY | | R L BOTH |
| DYST | DYSTOCIA | | | CONJ | CONJUNCTIVITIS | | R L BOTH |
| MILK | INADEQUATE MILK SUPPLY | | | PNIC | PROLAPSED NICT MEMBRANE | | R L BOTH |
| MAST | MASTITIS | | | BEHAVIOR | | X | VALUE |
| CADF | CALCIUM DEFICIENCY | | | FGHT | AGGR - FIGHTS OTHER DOGS | | |
| MUSCULOSKELETAL | | | VALUE | PULL | PULLED | | EAR TAIL OTHER |
| NSF | NO SIGNIFICANT FINDS | X | | HTH | HARD TO HANDLE | | |
| | SWOLLEN JOINT | | LF RF LR RR | HYP | HYPER - OVER EXCITED | | |
| LAME | LAMENESS | | LF RF LR RR | ORAL | | X | VALUE |
| FRAC | FRACTURE | | LF RF LR RR | NSF | NO SIGNIFICANT FINDINGS | X | |
| INTD | INTERDIGITAL CYST | | LF RF LR RR | GING | GINGIVITIS | | |
| DEW | DEWCLAWS | | LF RF LR RR | DENT | DENTAL DISEASE | | MILD MOD SEVERE |
| TTN | TORN TOENAIL | | | | GUM RECESSION | | |
| LCRN | LEG CAUGHT IN RUN | | | | PROMAN OR PROMAX | | |
| DERMATOLOGICAL | | X | | | | | |
| NSF | NO SIGNIFICANT FINDS | X | | | | | |
| RASH | RASH | | | | | | |
| LACR | LACERATION | | | | | | |
| | CYST | | | | | | |
| FLYB | FLY STRIKE | | | | | | |
| | PARASITES | | | | | | |
| | HAIR LOSS | | | | | | |
| ABSC | ABSCESS | | | | | | |
| | RAZOR BURN | | | | | | |
| DEMS | DEMODEX SUSPECT | | | | | | |
| DERM | DERMATITIS | | | | | | |
| HEM | HEMATOMA | | | | | | |

VENTRAL    DORSAL    LEFT / RIGHT

Comments: 1ml ACP + Propofol + dental = 53
dental not necessary

PAGE 1

Confidential    ENVIGO_00001521

# CLINICAL TREATMENT FORM

EGSI-QREC-PRD-6201.1 Version 01
Implementation Date: DD/MM/2021

Date: 5-26-22  Sex: (M) F  Animal No: CMDCNH
Initial Finding: Dental

Permanent Location: 62-8-32
Clinic Location:
Technician:

| GENERAL APPEARANCE | | X | VALUE |
|---|---|---|---|
| | WEIGHT | X | 14.7 Kg |
| BAR | BRIGHT ALERT RESPONSIVE | | |
| QAR | QUIET ALERT RESPONSIVE | | |
| | LETHARGIC | | |
| | NON-RESPONSIVE | | |
| | MUCOUS MEMBRANES | X | PALE PINK DRY MOIST |
| | TEMPERATURE | X | F |
| BCS | BODY CONDITION SCORE | X | 1 2 3 (4) 5 6 7 8 9 |

| HEART | | X | VALUE |
|---|---|---|---|
| HR | HEART RATE | X | BPM |
| CRT | CAPILLARY REFILL TIME | X | SEC |
| | NO SIGNIFICANT FINDINGS | X | |
| | MURMUR | | |
| | FAINT | | |

| RESPIRATORY | | X | VALUE |
|---|---|---|---|
| RR | RESPIRATORY RATE | X | RR |
| | NO SIGNIFICANT FINDINGS | X | |
| SN | NASAL DISCHARGE | | |
| | RAPID RESPIRATION | | |
| | OPEN MOUTH BREATHING | | |
| | COURSE LUNG SOUNDS | | |
| | DIMINISHED LUNG SOUNDS | | |
| | COUGHING | | |
| PNEU | PNEUMONIA | | |

| NEUROLOGICAL | | X | VALUE |
|---|---|---|---|
| | HEAD TILT | | R L |
| | CIRCLING | | R L |
| | SEIZURE | | |

| GI/DIGESTIVE | | X | VALUE |
|---|---|---|---|
| PROR | PROLAPSED RECTUM | | |
| DEHY | DEHYDRATION | | |
| | BLOAT | | |
| DIAR | DIARRHEA | | |
| | INAPPETENCE | | |
| | UMBILICAL HERNIA | | |
| | INGUINAL HERNIA | | |
| | INFECTED UMBILICAL | | |

| EAR | | X | VALUE |
|---|---|---|---|
| | NO SIGNIFICANT FINDINGS | X | R L |
| OTIT | OTITIS | | R L |
| TORE | TORN EAR | | R L |
| HEMA | HEMATOMA | | R L |
| EARW | WRINKLED | | R L |
| TATB | TATTOO HARD TO READ | | |

| UROGENITAL | | X | VALUE |
|---|---|---|---|
| PROP | PROLAPSED PENIS | | |
| CRYB | CRYPTORCHID BILATERAL | | |
| CRYU | CRYPTORCHID UNILATERAL | | |

| EYES | | X | VALUE |
|---|---|---|---|
| | NO SIGNIFICANT FINDINGS | X | |
| EYRN | DISCHARGE | | R L BOTH |
| | CLOUDY | | R L BOTH |
| | DRY | | R L BOTH |
| CONJ | CONJUNCTIVITIS | | R L BOTH |
| PNIC | PROLAPSED NICT MEMBRANE | | R L BOTH |

| REPRODUCTIVE | | X | VALUE |
|---|---|---|---|
| MYUM | MAMMARY TUMOR | | |
| VAGD | VAGINAL DISCHARGE | | |
| VGHY | VAGINAL PROLAPSE | | |
| DYST | DYSTOCIA | | |
| MILK | INADEQUATE MILK SUPPLY | | |
| MAST | MASTITIS | | |
| CADF | CALCIUM DEFICIENCY | | |

| BEHAVIOR | | X | VALUE |
|---|---|---|---|
| FGHT | AGGR - FIGHTS OTHER DOGS | | |
| PULL | PULLED | | EAR TAIL OTHER |
| HTH | HARD TO HANDLE | | |
| HYP | HYPER - OVER EXCITED | | |

| MUSCULOSKELETAL | | | VALUE | | | |
|---|---|---|---|---|---|---|
| NSF | NO SIGNIFICANT FINDS | X | | | | |
| | SWOLLEN JOINT | | LF | RF | LR | RR |
| LAME | LAMENESS | | LF | RF | LR | RR |
| FRAC | FRACTURE | | LF | RF | LR | RR |
| INTD | INTERDIGITAL CYST | | LF | RF | LR | RR |
| DEW | DEWCLAWS | | LF | RF | LR | RR |
| TTN | TORN TOENAIL | | | | | |
| LCRN | LEG CAUGHT IN RUN | | | | | |

| ORAL | | X | VALUE |
|---|---|---|---|
| NSF | NO SIGNIFICANT FINDINGS | X | |
| GING | GINGIVITIS | | |
| DENT | DENTAL DISEASE | | MILD MOD SEVERE |
| | GUM RECESSION | | |
| | PROMAN OR PROMAX | | |

| DERMATOLOGICAL | | X | |
|---|---|---|---|
| NSF | NO SIGNIFICANT FINDS | X | |
| RASH | RASH | | |
| LACR | LACERATION | | |
| | CYST | | |
| FLYB | FLY STRIKE | | |
| | PARASITES | | |
| | HAIR LOSS | | |
| ABSC | ABSCESS | | |
| | RAZOR BURN | | |
| DEMS | DEMODEX SUSPECT | | |
| DERM | DERMATITIS | | |
| HEM | HEMATOMA | | |

VENTRAL  DORSAL  LEFT  RIGHT

Comments: 1.4 ml ACP + Propofol + dental
dental not necessary
53

PAGE 1

Confidential    ENVIGO_00001522

# CLINICAL TREATMENT FORM

EGSI-QREC-PRD-6201.1 Version: 01
Implementation Date: DD/MM/2021

Date: 5-26-22   Sex: (M) F   Animal No: CMDCB6
Initial Finding: Dental

Permanent Location: 62-8-39
Clinic Location:
Technician:

| | GENERAL APPEARANCE | X | VALUE |
|---|---|---|---|
| | WEIGHT | X | 11 Kg |
| BAR | BRIGHT ALERT RESPONSIVE | | |
| QAR | QUIET ALERT RESPONSIVE | | |
| | LETHARGIC | | |
| | NON-RESPONSIVE | | |
| | MUCOUS MEMBRANES | X | PALE PINK DRY MOIST |
| | TEMPERATURE | X | F |
| BCS | BODY CONDITION SCORE | X | 1 2 3 (4) 5 6 7 8 9 |

| | NEUROLOGICAL | X | VALUE |
|---|---|---|---|
| | HEAD TILT | | R L |
| | CIRCLING | | R L |
| | SEIZURE | | |

| | GI/DIGESTIVE | X | VALUE |
|---|---|---|---|
| PROR | PROLAPSED RECTUM | | |
| DEHY | DEHYDRATION | | |
| | BLOAT | | |
| DIAR | DIARRHEA | | |
| | INAPPETENCE | | |
| | UMBILICAL HERNIA | | |
| | INGUINAL HERNIA | | |
| | INFECTED UMBILICAL | | |

| | UROGENITAL | X | VALUE |
|---|---|---|---|
| PROP | PROLAPSED PENIS | | |
| CRYB | CRYPTORCHID BILATERAL | | |
| CRYU | CRYPTORCHID UNILATERAL | | |

| | REPRODUCTIVE | X | VALUE |
|---|---|---|---|
| MYUM | MAMMARY TUMOR | | |
| VAGD | VAGINAL DISCHARGE | | |
| VGHY | VAGINAL PROLAPSE | | |
| DYST | DYSTOCIA | | |
| MILK | INADEQUATE MILK SUPPLY | | |
| MAST | MASTITIS | | |
| CADF | CALCIUM DEFICIENCY | | |

| | MUSCULOSKELETAL | | VALUE | | | |
|---|---|---|---|---|---|---|
| NSF | NO SIGNIFICANT FINDS | X | | | | |
| | SWOLLEN JOINT | | LF | RF | LR | RR |
| LAME | LAMENESS | | LF | RF | LR | RR |
| FRAC | FRACTURE | | LF | RF | LR | RR |
| INTD | INTERDIGITAL CYST | | LF | RF | LR | RR |
| DEW | DEWCLAWS | | LF | RF | LR | RR |
| TTN | TORN TOENAIL | | | | | |
| LCRN | LEG CAUGHT IN RUN | | | | | |

| | DERMATOLOGICAL | X |
|---|---|---|
| NSF | NO SIGNIFICANT FINDS | X |
| RASH | RASH | |
| LACR | LACERATION | |
| | CYST | |
| FLYB | FLY STRIKE | |
| | PARASITES | |
| | HAIR LOSS | |
| ABSC | ABSCESS | |
| | RAZOR BURN | |
| DEMS | DEMODEX SUSPECT | |
| DERM | DERMATITIS | |
| HEM | HEMATOMA | |

| | HEART | X | VALUE |
|---|---|---|---|
| HR | HEART RATE | X | BPM |
| CRT | CAPILLARY REFILL TIME | X | SEC |
| | NO SIGNIFICANT FINDINGS | X | |
| | MURMUR | | |
| | FAINT | | |

| | RESPIRATORY | X | VALUE |
|---|---|---|---|
| RR | RESPIRATORY RATE | X | RR |
| | NO SIGNIFICANT FINDINGS | X | |
| SN | NASAL DISCHARGE | | |
| | RAPID RESPIRATION | | |
| | OPEN MOUTH BREATHING | | |
| | COURSE LUNG SOUNDS | | |
| | DIMINISHED LUNG SOUNDS | | |
| | COUGHING | | |
| PNEU | PNEUMONIA | | |

| | EAR | X | VALUE |
|---|---|---|---|
| | NO SIGNIFICANT FINDINGS | X | R L |
| OTIT | OTITIS | | R L |
| TORE | TORN EAR | | R L |
| HEMA | HEMATOMA | | R L |
| EARW | WRINKLED | | R L |
| TATB | TATTOO HARD TO READ | | |

| | EYES | X | VALUE |
|---|---|---|---|
| | NO SIGNIFICANT FINDINGS | X | |
| EYRN | DISCHARGE | | R L BOTH |
| | CLOUDY | | R L BOTH |
| | DRY | | R L BOTH |
| CONJ | CONJUNCTIVITIS | | R L BOTH |
| PNIC | PROLAPSED NICT MEMBRANE | | R L BOTH |

| | BEHAVIOR | X | VALUE |
|---|---|---|---|
| FGHT | AGGR - FIGHTS OTHER DOGS | | |
| PULL | PULLED | | EAR TAIL OTHER |
| HTH | HARD TO HANDLE | | |
| HYP | HYPER - OVER EXCITED | | |

| | ORAL | X | VALUE |
|---|---|---|---|
| NSF | NO SIGNIFICANT FINDINGS | X | |
| GING | GINGIVITIS | | |
| DENT | DENTAL DISEASE | | MILD MOD SEVERE |
| | GUM RECESSION | | |
| | PROMAN OR PROMAX | | |

Comments: 1.2 ml ACP + Propofol + Dental
no dental required    53

PAGE 1

Confidential    ENVIGO_00001523

# CLINICAL TREATMENT FORM

EGSI-QREC-PRD-6201.1 Version: 01
Implementation Date: DD/MM/2021

Date: 5-26-22  Sex: (M) F  Animal No: CMB CC6
Initial Finding: Dental

Permanent Location: 62-8-57
Clinic Location:
Technician:

| | GENERAL APPEARANCE | X | VALUE |
|---|---|---|---|
| | WEIGHT | X | Kg |
| BAR | BRIGHT ALERT RESPONSIVE | | |
| QAR | QUIET ALERT RESPONSIVE | | |
| | LETHARGIC | | |
| | NON-RESPONSIVE | | |
| | MUCOUS MEMBRANES | X | PALE PINK DRY MOIST |
| | TEMPERATURE | X | F |
| BCS | BODY CONDITION SCORE | X | 1 2 3 (4) 5 6 7 8 9 |

| | NEUROLOGICAL | X | VALUE |
|---|---|---|---|
| | HEAD TILT | | R L |
| | CIRCLING | | R L |
| | SEIZURE | | |

| | GI/DIGESTIVE | X | VALUE |
|---|---|---|---|
| PROR | PROLAPSED RECTUM | | |
| DEHY | DEHYDRATION | | |
| | BLOAT | | |
| DIAR | DIARRHEA | | |
| | INAPPETENCE | | |
| | UMBILICAL HERNIA | | |
| | INGUINAL HERNIA | | |
| | INFECTED UMBILICAL | | |

| | UROGENITAL | X | VALUE |
|---|---|---|---|
| PROP | PROLAPSED PENIS | | |
| CRYB | CRYPTORCHID BILATERAL | | |
| CRYU | CRYPTORCHID UNILATERAL | | |

| | REPRODUCTIVE | X | VALUE |
|---|---|---|---|
| MYUM | MAMMARY TUMOR | | |
| VAGD | VAGINAL DISCHARGE | | |
| VGHY | VAGINAL PROLAPSE | | |
| DYST | DYSTOCIA | | |
| MILK | INADEQUATE MILK SUPPLY | | |
| MAST | MASTITIS | | |
| CADF | CALCIUM DEFICIENCY | | |

| | MUSCULOSKELETAL | | VALUE | | | |
|---|---|---|---|---|---|---|
| NSF | NO SIGNIFICANT FINDS | X | | | | |
| | SWOLLEN JOINT | | LF | RF | LR | RR |
| LAME | LAMENESS | | LF | RF | LR | RR |
| FRAC | FRACTURE | | LF | RF | LR | RR |
| INTD | INTERDIGITAL CYST | | LF | RF | LR | RR |
| DEW | DEWCLAWS | | LF | RF | LR | RR |
| TTN | TORN TOENAIL | | | | | |
| LCRN | LEG CAUGHT IN RUN | | | | | |

| | DERMATOLOGICAL | X |
|---|---|---|
| NSF | NO SIGNIFICANT FINDS | X |
| RASH | RASH | |
| LACR | LACERATION | |
| | CYST | |
| FLYB | FLY STRIKE | |
| | PARASITES | |
| | HAIR LOSS | |
| ABSC | ABSCESS | |
| | RAZOR BURN | |
| DEMS | DEMODEX SUSPECT | |
| DERM | DERMATITIS | |
| HEM | HEMATOMA | |

| | HEART | X | VALUE |
|---|---|---|---|
| HR | HEART RATE | X | BPM |
| CRT | CAPILLARY REFILL TIME | X | SEC |
| | NO SIGNIFICANT FINDINGS | X | |
| | MURMUR | | |
| | FAINT | | |

| | RESPIRATORY | X | VALUE |
|---|---|---|---|
| RR | RESPIRATORY RATE | X | RR |
| | NO SIGNIFICANT FINDINGS | X | |
| SN | NASAL DISCHARGE | | |
| | RAPID RESPIRATION | | |
| | OPEN MOUTH BREATHING | | |
| | COURSE LUNG SOUNDS | | |
| | DIMINISHED LUNG SOUNDS | | |
| | COUGHING | | |
| PNEU | PNEUMONIA | | |

| | EAR | X | VALUE |
|---|---|---|---|
| | NO SIGNIFICANT FINDINGS | X | R L |
| OTIT | OTITIS | | R L |
| TORE | TORN EAR | | R L |
| HEMA | HEMATOMA | | R L |
| EARW | WRINKLED | | R L |
| TATB | TATTOO HARD TO READ | | |

| | EYES | X | VALUE |
|---|---|---|---|
| | NO SIGNIFICANT FINDINGS | X | |
| EYRN | DISCHARGE | | R L BOTH |
| | CLOUDY | | R L BOTH |
| | DRY | | R L BOTH |
| CONJ | CONJUNCTIVITIS | | R L BOTH |
| PNIC | PROLAPSED NICT MEMBRANE | | R L BOTH |

| | BEHAVIOR | X | VALUE |
|---|---|---|---|
| FGHT | AGGR - FIGHTS OTHER DOGS | | |
| PULL | PULLED | | EAR TAIL OTHER |
| HTH | HARD TO HANDLE | | |
| HYP | HYPER - OVER EXCITED | | |

| | ORAL | X | VALUE |
|---|---|---|---|
| NSF | NO SIGNIFICANT FINDINGS | X | |
| GING | GINGIVITIS | | |
| DENT | DENTAL DISEASE | | MILD MOD SEVERE |
| | GUM RECESSION | | |
| | PROMAN OR PROMAX | | |

Comments: 1.1 ml ACP + Propofol + Dental
53

PAGE 1

# CLINICAL TREATMENT FORM

EGSI-QREC-PRD-6201.1 Version: 01
Implementation Date: DD/MM/2021

Date: 26-May22  Sex: M (F)  Animal No: CJFCRH
Initial Finding: Dental

Permanent Location: 61-8-51
Clinic Location:
Technician:

| GENERAL APPEARANCE | | X | VALUE | HEART | | X | VALUE |
|---|---|---|---|---|---|---|---|
| | WEIGHT | X | 11.4 Kg | HR | HEART RATE | X | ___ BPM |
| BAR | BRIGHT ALERT RESPONSIVE | | | CRT | CAPILLARY REFILL TIME | X | ___ SEC |
| QAR | QUIET ALERT RESPONSIVE | | | | NO SIGNIFICANT FINDINGS | X | |
| | LETHARGIC | | | | MURMUR | | |
| | NON-RESPONSIVE | | | | FAINT | | |
| | MUCOUS MEMBRANES | X | PALE PINK DRY MOIST | | | | |
| | TEMPERATURE | X | ___ F | RESPIRATORY | | X | VALUE |
| BCS | BODY CONDITION SCORE | X | 1 2 3 4 5 (6) 7 8 9 | RR | RESPIRATORY RATE | X | ___ RR |
| NEUROLOGICAL | | X | VALUE | | NO SIGNIFICANT FINDINGS | X | |
| | HEAD TILT | | R  L | SN | NASAL DISCHARGE | | |
| | CIRCLING | | R  L | | RAPID RESPIRATION | | |
| | SEIZURE | | | | OPEN MOUTH BREATHING | | |
| GI/DIGESTIVE | | X | VALUE | | COURSE LUNG SOUNDS | | |
| PROR | PROLAPSED RECTUM | | | | DIMINISHED LUNG SOUNDS | | |
| DEHY | DEHYDRATION | | | | COUGHING | | |
| | BLOAT | | | PNEU | PNEUMONIA | | |
| DIAR | DIARRHEA | | | | | | |
| | INAPPETENCE | | | EAR | | X | VALUE |
| | UMBILICAL HERNIA | | | | NO SIGNIFICANT FINDINGS | X | R  L |
| | INGUINAL HERNIA | | | OTIT | OTITIS | | R  L |
| | INFECTED UMBILICAL | | | TORE | TORN EAR | | R  L |
| UROGENITAL | | X | VALUE | HEMA | HEMATOMA | | R  L |
| PROP | PROLAPSED PENIS | | | EARW | WRINKLED | | R  L |
| CRYB | CRYPTORCHID BILATERAL | | | TATB | TATTOO HARD TO READ | | |
| CRYU | CRYPTORCHID UNILATERAL | | | EYES | | X | VALUE |
| REPRODUCTIVE | | X | VALUE | | NO SIGNIFICANT FINDINGS | X | |
| MYUM | MAMMARY TUMOR | | | EYRN | DISCHARGE | | R  L  BOTH |
| VAGD | VAGINAL DISCHARGE | | | | CLOUDY | | R  L  BOTH |
| VGHY | VAGINAL PROLAPSE | | | | DRY | | R  L  BOTH |
| DYST | DYSTOCIA | | | CONJ | CONJUNCTIVITIS | | R  L  BOTH |
| MILK | INADEQUATE MILK SUPPLY | | | PNIC | PROLAPSED NICT MEMBRANE | | R  L  BOTH |
| MAST | MASTITIS | | | BEHAVIOR | | X | VALUE |
| CADF | CALCIUM DEFICIENCY | | | FGHT | AGGR - FIGHTS OTHER DOGS | | |
| MUSCULOSKELETAL | | | VALUE | PULL | PULLED | | EAR  TAIL  OTHER |
| NSF | NO SIGNIFICANT FINDS | X | | HTH | HARD TO HANDLE | | |
| | SWOLLEN JOINT | | LF RF LR RR | HYP | HYPER - OVER EXCITED | | |
| LAME | LAMENESS | | LF RF LR RR | ORAL | | X | VALUE |
| FRAC | FRACTURE | | LF RF LR RR | NSF | NO SIGNIFICANT FINDINGS | X | |
| INTD | INTERDIGITAL CYST | | LF RF LR RR | GING | GINGIVITIS | | |
| DEW | DEWCLAWS | | LF RF LR RR | DENT | DENTAL DISEASE | | MILD  MOD  SEVERE |
| TTN | TORN TOENAIL | | | | GUM RECESSION | | |
| LCRN | LEG CAUGHT IN RUN | | | | PROMAN OR PROMAX | | |
| DERMATOLOGICAL | | X | | | | | |
| NSF | NO SIGNIFICANT FINDS | X | | | | | |
| RASH | RASH | | | | | | |
| LACR | LACERATION | | | | | | |
| | CYST | | | | | | |
| FLYB | FLY STRIKE | | | | | | |
| | PARASITES | | | | | | |
| | HAIR LOSS | | | | | | |
| ABSC | ABSCESS | | | | | | |
| | RAZOR BURN | | | | | | |
| DEMS | DEMODEX SUSPECT | | | | | | |
| DERM | DERMATITIS | | | | | | |
| HEM | HEMATOMA | | | | | | |

VENTRAL  DORSAL  LEFT  RIGHT

Comments: 1.1 ml ACP + Propofl : Dental

53

PAGE 1

Confidential  ENVIGO_00001525

# CLINICAL TREATMENT FORM

EGSI-QREC-PRD-6201.1 Version: 01
Implementation Date: DD/MM/2021

Date: 5-26-22   Sex: M/**F**   Animal No: CHH C4U
Initial Finding: Dental

Permanent Location: 61-7-23
Clinic Location: ___
Technician: ___

| GENERAL APPEARANCE | | X | VALUE | HEART | | X | VALUE |
|---|---|---|---|---|---|---|---|
| | WEIGHT | X | 15 Kg | HR | HEART RATE | X | BPM |
| BAR | BRIGHT ALERT RESPONSIVE | | | CRT | CAPILLARY REFILL TIME | X | SEC |
| QAR | QUIET ALERT RESPONSIVE | | | | NO SIGNIFICANT FINDINGS | X | |
| | LETHARGIC | | | | MURMUR | | |
| | NON-RESPONSIVE | | | | FAINT | | |
| | MUCOUS MEMBRANES | X | PALE PINK DRY MOIST | | | | |
| | TEMPERATURE | X | F | RESPIRATORY | | X | VALUE |
| BCS | BODY CONDITION SCORE | X | 1 2 3 4 5 6 (7) 8 9 | RR | RESPIRATORY RATE | X | RR |
| NEUROLOGICAL | | X | VALUE | | NO SIGNIFICANT FINDINGS | X | |
| | HEAD TILT | | R L | SN | NASAL DISCHARGE | | |
| | CIRCLING | | R L | | RAPID RESPIRATION | | |
| | SEIZURE | | | | OPEN MOUTH BREATHING | | |
| GI/DIGESTIVE | | X | VALUE | | COURSE LUNG SOUNDS | | |
| PROR | PROLAPSED RECTUM | | | | DIMINISHED LUNG SOUNDS | | |
| DEHY | DEHYDRATION | | | | COUGHING | | |
| | BLOAT | | | PNEU | PNEUMONIA | | |
| DIAR | DIARRHEA | | | | | | |
| | INAPPETENCE | | | EAR | | X | VALUE |
| | UMBILICAL HERNIA | | | | NO SIGNIFICANT FINDINGS | X | R L |
| | INGUINAL HERNIA | | | OTIT | OTITIS | | R L |
| | INFECTED UMBILICAL | | | TORE | TORN EAR | | R L |
| UROGENITAL | | X | VALUE | HEMA | HEMATOMA | | R L |
| PROP | PROLAPSED PENIS | | | EARW | WRINKLED | | R L |
| CRYB | CRYPTORCHID BILATERAL | | | TATB | TATTOO HARD TO READ | | |
| CRYU | CRYPTORCHID UNILATERAL | | | EYES | | X | VALUE |
| REPRODUCTIVE | | X | VALUE | | NO SIGNIFICANT FINDINGS | X | |
| MYUM | MAMMARY TUMOR | | | EYRN | DISCHARGE | | R L BOTH |
| VAGD | VAGINAL DISCHARGE | | | | CLOUDY | | R L BOTH |
| VGHY | VAGINAL PROLAPSE | | | | DRY | | R L BOTH |
| DYST | DYSTOCIA | | | CONJ | CONJUNCTIVITIS | | R L BOTH |
| MILK | INADEQUATE MILK SUPPLY | | | PNIC | PROLAPSED NICT MEMBRANE | | R L BOTH |
| MAST | MASTITIS | | | BEHAVIOR | | X | VALUE |
| CADF | CALCIUM DEFICIENCY | | | FGHT | AGGR - FIGHTS OTHER DOGS | | |
| MUSCULOSKELETAL | | | VALUE | PULL | PULLED | | EAR TAIL OTHER |
| NSF | NO SIGNIFICANT FINDS | X | | HTH | HARD TO HANDLE | | |
| | SWOLLEN JOINT | | LF RF LR RR | HYP | HYPER - OVER EXCITED | | |
| LAME | LAMENESS | | LF RF LR RR | ORAL | | X | VALUE |
| FRAC | FRACTURE | | LF RF LR RR | NSF | NO SIGNIFICANT FINDINGS | | |
| INTD | INTERDIGITAL CYST | | LF RF LR RR | GING | GINGIVITIS | | |
| DEW_ | DEWCLAWS | | LF RF LR RR | DENT | DENTAL DISEASE | X | (MILD) MOD SEVERE |
| TTN | TORN TOENAIL | | | | GUM RECESSION | | |
| LCRN | LEG CAUGHT IN RUN | | | | PROMAN OR PROMAX | | |
| DERMATOLOGICAL | | X | | | | | |
| NSF | NO SIGNIFICANT FINDS | X | | | | | |
| RASH | RASH | | | | | | |
| LACR | LACERATION | | | | | | |
| | CYST | | | | | | |
| FLYB | FLY STRIKE | | | | | | |
| | PARASITES | | | | | | |
| | HAIR LOSS | | | | | | |
| ABSC | ABSCESS | | | | | | |
| | RAZOR BURN | | | | | | |
| DEMS | DEMODEX SUSPECT | | | | | | |
| DERM | DERMATITIS | | | | | | |
| HEM | HEMATOMA | | | | | | |

VENTRAL   DORSAL   LEFT   RIGHT

Comments:
1.5ml ACP + Propofol + dental
no further treatment    53

PAGE 1

Confidential     ENVIGO_00001526

# CLINICAL TREATMENT FORM

EGSI-QREC-PRO-6201.1 Version: 01
Implementation Date: DD/MM/2021

Date: 26-5-22  Sex: M (F)  Animal No: CKLCW14
Initial Finding: Dental

Permanent Location: 61-8-52
Clinic Location: ___
Technician: ___

| GENERAL APPEARANCE | | X | VALUE | HEART | | X | VALUE |
|---|---|---|---|---|---|---|---|
| | WEIGHT | X | 8.6 Kg | HR | HEART RATE | X | BPM |
| BAR | BRIGHT ALERT RESPONSIVE | | | CRT | CAPILLARY REFILL TIME | X | SEC |
| QAR | QUIET ALERT RESPONSIVE | | | | NO SIGNIFICANT FINDINGS | X | |
| | LETHARGIC | | | | MURMUR | | |
| | NON-RESPONSIVE | | | | FAINT | | |
| | MUCOUS MEMBRANES | X | PALE PINK DRY MOIST | | | | |
| | TEMPERATURE | X | F | RESPIRATORY | | X | VALUE |
| BCS | BODY CONDITION SCORE | X | 1 2 3 (4) 5 6 7 8 9 | RR | RESPIRATORY RATE | X | RR |
| NEUROLOGICAL | | X | VALUE | | NO SIGNIFICANT FINDINGS | X | |
| | HEAD TILT | | R L | SN | NASAL DISCHARGE | | |
| | CIRCLING | | R L | | RAPID RESPIRATION | | |
| | SEIZURE | | | | OPEN MOUTH BREATHING | | |
| GI/DIGESTIVE | | X | VALUE | | COURSE LUNG SOUNDS | | |
| PROR | PROLAPSED RECTUM | | | | DIMINISHED LUNG SOUNDS | | |
| DEHY | DEHYDRATION | | | | COUGHING | | |
| | BLOAT | | | PNEU | PNEUMONIA | | |
| DIAR | DIARRHEA | | | | | | |
| | INAPPETENCE | | | EAR | | X | VALUE |
| | UMBILICAL HERNIA | | | | NO SIGNIFICANT FINDINGS | X | R L |
| | INGUINAL HERNIA | | | OTIT | OTITIS | | R L |
| | INFECTED UMBILICAL | | | TORE | TORN EAR | | R L |
| UROGENITAL | | X | VALUE | HEMA | HEMATOMA | | R L |
| PROP | PROLAPSED PENIS | | | EARW | WRINKLED | | R L |
| CRYB | CRYPTORCHID BILATERAL | | | TATB | TATTOO HARD TO READ | | |
| CRYU | CRYPTORCHID UNILATERAL | | | EYES | | X | VALUE |
| REPRODUCTIVE | | X | VALUE | | NO SIGNIFICANT FINDINGS | X | |
| MYUM | MAMMARY TUMOR | | | EYRN | DISCHARGE | | R L BOTH |
| VAGD | VAGINAL DISCHARGE | | | | CLOUDY | | R L BOTH |
| VGHY | VAGINAL PROLAPSE | | | | DRY | | R L BOTH |
| DYST | DYSTOCIA | | | CONJ | CONJUNCTIVITIS | | R L BOTH |
| MILK | INADEQUATE MILK SUPPLY | | | PNIC | PROLAPSED NICT MEMBRANE | | R L BOTH |
| MAST | MASTITIS | | | BEHAVIOR | | X | VALUE |
| CADF | CALCIUM DEFICIENCY | | | FGHT | AGGR - FIGHTS OTHER DOGS | | |
| MUSCULOSKELETAL | | | VALUE | PULL | PULLED | | EAR TAIL OTHER |
| NSF | NO SIGNIFICANT FINDS | X | | HTH | HARD TO HANDLE | | |
| | SWOLLEN JOINT | | LF RF LR RR | HYP | HYPER - OVER EXCITED | | |
| LAME | LAMENESS | | LF RF LR RR | ORAL | | X | VALUE |
| FRAC | FRACTURE | | LF RF LR RR | NSF | NO SIGNIFICANT FINDINGS | X | |
| INTD | INTERDIGITAL CYST | | LF RF LR RR | GING | GINGIVITIS | | |
| DEW_ | DEWCLAWS | | LF RF LR RR | DENT | DENTAL DISEASE | | MILD MOD SEVERE |
| TTN | TORN TOENAIL | | | | GUM RECESSION | | |
| LCRN | LEG CAUGHT IN RUN | | | | PROMAN OR PROMAX | | |
| DERMATOLOGICAL | | X | | | | | |
| NSF | NO SIGNIFICANT FINDS | X | | | | | |
| RASH | RASH | | | | | | |
| LACR | LACERATION | | | | | | |
| | CYST | | | | | | |
| FLYB | FLY STRIKE | | | | | | |
| | PARASITES | | | | | | |
| | HAIR LOSS | | | | | | |
| ABSC | ABSCESS | | | | | | |
| | RAZOR BURN | | | | | | |
| DEMS | DEMODEX SUSPECT | | | | | | |
| DERM | DERMATITIS | | | | | | |
| HEM | HEMATOMA | | | | | | |

VENTRAL    DORSAL    LEFT  RIGHT

Comments: OS ad ACP + Propofol: Dental
dental was not required

53

Confidential   ENVIGO_00001527

# CLINICAL TREATMENT FORM

EGSI-QREC-PRD-6201.1 Version: 01
Implementation Date: DD/MM/2021

Date: 5-26-22  Sex: M/(F)  Animal No: CK1C6D
Permanent Location: 61-855
Clinic Location:
Initial Finding: Dental
Technician:

| | GENERAL APPEARANCE | X | VALUE |
|---|---|---|---|
| | WEIGHT | X | 6.4 Kg |
| BAR | BRIGHT ALERT RESPONSIVE | | |
| QAR | QUIET ALERT RESPONSIVE | | |
| | LETHARGIC | | |
| | NON-RESPONSIVE | | |
| | MUCOUS MEMBRANES | X | PALE PINK DRY MOIST |
| | TEMPERATURE | X | F |
| BCS | BODY CONDITION SCORE | X | 1 2 3 (4) 5 6 7 8 9 |

| | NEUROLOGICAL | X | VALUE |
|---|---|---|---|
| | HEAD TILT | | R L |
| | CIRCLING | | R L |
| | SEIZURE | | |

| | GI/DIGESTIVE | X | VALUE |
|---|---|---|---|
| PROR | PROLAPSED RECTUM | | |
| DEHY | DEHYDRATION | | |
| | BLOAT | | |
| DIAR | DIARRHEA | | |
| | INAPPETENCE | | |
| | UMBILICAL HERNIA | | |
| | INGUINAL HERNIA | | |
| | INFECTED UMBILICAL | | |

| | UROGENITAL | X | VALUE |
|---|---|---|---|
| PROP | PROLAPSED PENIS | | |
| CRYB | CRYPTORCHID BILATERAL | | |
| CRYU | CRYPTORCHID UNILATERAL | | |

| | REPRODUCTIVE | X | VALUE |
|---|---|---|---|
| MYUM | MAMMARY TUMOR | | |
| VAGD | VAGINAL DISCHARGE | | |
| VGHY | VAGINAL PROLAPSE | | |
| DYST | DYSTOCIA | | |
| MILK | INADEQUATE MILK SUPPLY | | |
| MAST | MASTITIS | | |
| CADF | CALCIUM DEFICIENCY | | |

| | MUSCULOSKELETAL | | VALUE |
|---|---|---|---|
| NSF | NO SIGNIFICANT FINDS | X | |
| | SWOLLEN JOINT | | LF RF LR RR |
| LAME | LAMENESS | | LF RF LR RR |
| FRAC | FRACTURE | | LF RF LR RR |
| INTD | INTERDIGITAL CYST | | LF RF LR RR |
| DEW_ | DEWCLAWS | | LF RF LR RR |
| TTN | TORN TOENAIL | | |
| LCRN | LEG CAUGHT IN RUN | | |

| | DERMATOLOGICAL | X | |
|---|---|---|---|
| NSF | NO SIGNIFICANT FINDS | X | |
| RASH | RASH | | |
| LACR | LACERATION | | |
| | CYST | | |
| FLYB | FLY STRIKE | | |
| | PARASITES | | |
| | HAIR LOSS | | |
| ABSC | ABSCESS | | |
| | RAZOR BURN | | |
| DEMS | DEMODEX SUSPECT | | |
| DERM | DERMATITIS | | |
| HEM | HEMATOMA | | |

| | HEART | X | VALUE |
|---|---|---|---|
| HR | HEART RATE | X | BPM |
| CRT | CAPILLARY REFILL TIME | X | SEC |
| | NO SIGNIFICANT FINDINGS | X | |
| | MURMUR | | |
| | FAINT | | |

| | RESPIRATORY | X | VALUE |
|---|---|---|---|
| RR | RESPIRATORY RATE | X | RR |
| | NO SIGNIFICANT FINDINGS | X | |
| SN | NASAL DISCHARGE | | |
| | RAPID RESPIRATION | | |
| | OPEN MOUTH BREATHING | | |
| | COURSE LUNG SOUNDS | | |
| | DIMINISHED LUNG SOUNDS | | |
| | COUGHING | | |
| PNEU | PNEUMONIA | | |

| | EAR | X | VALUE |
|---|---|---|---|
| | NO SIGNIFICANT FINDINGS | X | R L |
| OTIT | OTITIS | | R L |
| TORE | TORN EAR | | R L |
| HEMA | HEMATOMA | | R L |
| EARW | WRINKLED | | R L |
| TATB | TATTOO HARD TO READ | | |

| | EYES | X | VALUE |
|---|---|---|---|
| | NO SIGNIFICANT FINDINGS | X | |
| EYRN | DISCHARGE | | R L BOTH |
| | CLOUDY | | R L BOTH |
| | DRY | | R L BOTH |
| CONJ | CONJUNCTIVITIS | | R L BOTH |
| PNIC | PROLAPSED NICT MEMBRANE | | R L BOTH |

| | BEHAVIOR | X | VALUE |
|---|---|---|---|
| FGHT | AGGR - FIGHTS OTHER DOGS | | |
| PULL | PULLED | | EAR TAIL OTHER |
| HTH | HARD TO HANDLE | | |
| HYP | HYPER - OVER EXCITED | | |

| | ORAL | X | VALUE |
|---|---|---|---|
| NSF | NO SIGNIFICANT FINDINGS | | |
| GING | GINGIVITIS | | |
| DENT | DENTAL DISEASE | X | (MILD) MOD SEVERE |
| | GUM RECESSION | | |
| | PROMAN OR PROMAX | | |

Comments: 0.7ml ACP + Propfl, Dental
no further treatment  53

PAGE 1

Confidential

ENVIGO_00001528

# CLINICAL TREATMENT FORM

EGSI-QREC-PRD-6201.1 Version: 01
Implementation Date: DD/MM/2021

Date: _____ Sex: M (F) Animal No: CKL CTJ
Initial Finding:

Permanent Location: 61-8-55
Clinic Location: _____
Technician: _____

| GENERAL APPEARANCE | | X | VALUE |
|---|---|---|---|
| | WEIGHT | X | 8 Kg |
| BAR | BRIGHT ALERT RESPONSIVE | | |
| QAR | QUIET ALERT RESPONSIVE | | |
| | LETHARGIC | | |
| | NON-RESPONSIVE | | |
| | MUCOUS MEMBRANES | X | PALE PINK DRY MOIST |
| | TEMPERATURE | X | ___ F |
| BCS | BODY CONDITION SCORE | X | 1 2 3 4 (5) 6 7 8 9 |

| NEUROLOGICAL | | X | VALUE |
|---|---|---|---|
| | HEAD TILT | | R  L |
| | CIRCLING | | R  L |
| | SEIZURE | | |

| GI/DIGESTIVE | | X | VALUE |
|---|---|---|---|
| PROR | PROLAPSED RECTUM | | |
| DEHY | DEHYDRATION | | |
| | BLOAT | | |
| DIAR | DIARRHEA | | |
| | INAPPETENCE | | |
| | UMBILICAL HERNIA | | |
| | INGUINAL HERNIA | | |
| | INFECTED UMBILICAL | | |

| UROGENITAL | | X | VALUE |
|---|---|---|---|
| PROP | PROLAPSED PENIS | | |
| CRYB | CRYPTORCHID BILATERAL | | |
| CRYU | CRYPTORCHID UNILATERAL | | |

| REPRODUCTIVE | | X | VALUE |
|---|---|---|---|
| MYUM | MAMMARY TUMOR | | |
| VAGD | VAGINAL DISCHARGE | | |
| VGHY | VAGINAL PROLAPSE | | |
| DYST | DYSTOCIA | | |
| MILK | INADEQUATE MILK SUPPLY | | |
| MAST | MASTITIS | | |
| CADF | CALCIUM DEFICIENCY | | |

| MUSCULOSKELETAL | | | VALUE |
|---|---|---|---|
| NSF | NO SIGNIFICANT FINDS | X | |
| | SWOLLEN JOINT | | LF RF LR RR |
| LAME | LAMENESS | | LF RF LR RR |
| FRAC | FRACTURE | | LF RF LR RR |
| INTD | INTERDIGITAL CYST | | LF RF LR RR |
| DEW_ | DEWCLAWS | | LF RF LR RR |
| TTN | TORN TOENAIL | | |
| LCRN | LEG CAUGHT IN RUN | | |

| DERMATOLOGICAL | | X | |
|---|---|---|---|
| NSF | NO SIGNIFICANT FINDS | X | |
| RASH | RASH | | |
| LACR | LACERATION | | |
| | CYST | | |
| FLYB | FLY STRIKE | | |
| | PARASITES | | |
| | HAIR LOSS | | |
| ABSC | ABSCESS | | |
| | RAZOR BURN | | |
| DEMS | DEMODEX SUSPECT | | |
| DERM | DERMATITIS | | |
| HEM | HEMATOMA | | |

| HEART | | X | VALUE |
|---|---|---|---|
| HR | HEART RATE | X | ___ BPM |
| CRT | CAPILLARY REFILL TIME | X | ___ SEC |
| | NO SIGNIFICANT FINDINGS | X | |
| | MURMUR | | |
| | FAINT | | |

| RESPIRATORY | | X | VALUE |
|---|---|---|---|
| RR | RESPIRATORY RATE | X | ___ RR |
| | NO SIGNIFICANT FINDINGS | X | |
| SN | NASAL DISCHARGE | | |
| | RAPID RESPIRATION | | |
| | OPEN MOUTH BREATHING | | |
| | COURSE LUNG SOUNDS | | |
| | DIMINISHED LUNG SOUNDS | | |
| | COUGHING | | |
| PNEU | PNEUMONIA | | |

| EAR | | X | VALUE |
|---|---|---|---|
| | NO SIGNIFICANT FINDINGS | X | R  L |
| OTIT | OTITIS | | R  L |
| TORE | TORN EAR | | R  L |
| HEMA | HEMATOMA | | R  L |
| EARW | WRINKLED | | R  L |
| TATB | TATTOO HARD TO READ | | |

| EYES | | X | VALUE |
|---|---|---|---|
| | NO SIGNIFICANT FINDINGS | X | |
| EYRN | DISCHARGE | | R L BOTH |
| | CLOUDY | | R L BOTH |
| | DRY | | R L BOTH |
| CONJ | CONJUNCTIVITIS | | R L BOTH |
| PNIC | PROLAPSED NICT MEMBRANE | | R L BOTH |

| BEHAVIOR | | X | VALUE |
|---|---|---|---|
| FGHT | AGGR - FIGHTS OTHER DOGS | | |
| PULL | PULLED | | EAR TAIL OTHER |
| HTH | HARD TO HANDLE | | |
| HYP | HYPER - OVER EXCITED | | |

| ORAL | | X | VALUE |
|---|---|---|---|
| NSF | NO SIGNIFICANT FINDINGS | | |
| GING | GINGIVITIS | | |
| DENT | DENTAL DISEASE | X | MILD (MOD) SEVERE |
| | GUM RECESSION | | |
| | PROMAN OR PROMAX | | |

Comments: 0.8ml ACP + Propofl: dental; 2 extractions
0.8ml Rimadyl prev    S3
No further treatment

PAGE 1

Confidential    ENVIGO_00001529

# CLINICAL TREATMENT FORM

EGSI-QREC-PRD-6201.1 Version: 01
Implementation Date: DD/MM/2021

Date: 5-26-22  Sex: M (F)  Animal No: C KECDY
Initial Finding: Dental

Permanent Location: 61-8-56
Clinic Location:
Technician:

| | GENERAL APPEARANCE | X | VALUE |
|---|---|---|---|
| | WEIGHT | X | 9 Kg |
| BAR | BRIGHT ALERT RESPONSIVE | | |
| QAR | QUIET ALERT RESPONSIVE | | |
| | LETHARGIC | | |
| | NON-RESPONSIVE | | |
| | MUCOUS MEMBRANES | X | PALE PINK DRY MOIST |
| | TEMPERATURE | X | F |
| BCS | BODY CONDITION SCORE | X | 1 2 3 4 (5) 6 7 8 9 |

| | NEUROLOGICAL | X | VALUE |
|---|---|---|---|
| | HEAD TILT | | R L |
| | CIRCLING | | R L |
| | SEIZURE | | |

| | GI/DIGESTIVE | X | VALUE |
|---|---|---|---|
| PROR | PROLAPSED RECTUM | | |
| DEHY | DEHYDRATION | | |
| | BLOAT | | |
| DIAR | DIARRHEA | | |
| | INAPPETENCE | | |
| | UMBILICAL HERNIA | | |
| | INGUINAL HERNIA | | |
| | INFECTED UMBILICAL | | |

| | UROGENITAL | X | VALUE |
|---|---|---|---|
| PROP | PROLAPSED PENIS | | |
| CRYB | CRYPTORCHID BILATERAL | | |
| CRYU | CRYPTORCHID UNILATERAL | | |

| | REPRODUCTIVE | X | VALUE |
|---|---|---|---|
| MYUM | MAMMARY TUMOR | | |
| VAGD | VAGINAL DISCHARGE | | |
| VGHY | VAGINAL PROLAPSE | | |
| DYST | DYSTOCIA | | |
| MILK | INADEQUATE MILK SUPPLY | | |
| MAST | MASTITIS | | |
| CADF | CALCIUM DEFICIENCY | | |

| | MUSCULOSKELETAL | | VALUE |
|---|---|---|---|
| NSF | NO SIGNIFICANT FINDS | X | |
| | SWOLLEN JOINT | | LF RF LR RR |
| LAME | LAMENESS | | LF RF LR RR |
| FRAC | FRACTURE | | LF RF LR RR |
| INTD | INTERDIGITAL CYST | | LF RF LR RR |
| DEW_ | DEWCLAWS | | LF RF LR RR |
| TTN | TORN TOENAIL | | |
| LCRN | LEG CAUGHT IN RUN | | |

| | DERMATOLOGICAL | X | |
|---|---|---|---|
| NSF | NO SIGNIFICANT FINDS | X | |
| RASH | RASH | | |
| LACR | LACERATION | | |
| | CYST | | |
| FLYB | FLY STRIKE | | |
| | PARASITES | | |
| | HAIR LOSS | | |
| ABSC | ABSCESS | | |
| | RAZOR BURN | | |
| DEMS | DEMODEX SUSPECT | | |
| DERM | DERMATITIS | | |
| HEM | HEMATOMA | | |

| | HEART | X | VALUE |
|---|---|---|---|
| HR | HEART RATE | X | BPM |
| CRT | CAPILLARY REFILL TIME | X | SEC |
| | NO SIGNIFICANT FINDINGS | X | |
| | MURMUR | | |
| | FAINT | | |

| | RESPIRATORY | X | VALUE |
|---|---|---|---|
| RR | RESPIRATORY RATE | X | RR |
| | NO SIGNIFICANT FINDINGS | X | |
| SN | NASAL DISCHARGE | | |
| | RAPID RESPIRATION | | |
| | OPEN MOUTH BREATHING | | |
| | COURSE LUNG SOUNDS | | |
| | DIMINISHED LUNG SOUNDS | | |
| | COUGHING | | |
| PNEU | PNEUMONIA | | |

| | EAR | X | VALUE |
|---|---|---|---|
| | NO SIGNIFICANT FINDINGS | X | R L |
| OTIT | OTITIS | | R L |
| TORE | TORN EAR | | R L |
| HEMA | HEMATOMA | | R L |
| EARW | WRINKLED | | R L |
| TATB | TATTOO HARD TO READ | | |

| | EYES | X | VALUE |
|---|---|---|---|
| | NO SIGNIFICANT FINDINGS | X | |
| EYRN | DISCHARGE | | R L BOTH |
| | CLOUDY | | R L BOTH |
| | DRY | | R L BOTH |
| CONJ | CONJUNCTIVITIS | | R L BOTH |
| PNIC | PROLAPSED NICT MEMBRANE | | R L BOTH |

| | BEHAVIOR | X | VALUE |
|---|---|---|---|
| FGHT | AGGR - FIGHTS OTHER DOGS | | |
| PULL | PULLED | | EAR TAIL OTHER |
| HTH | HARD TO HANDLE | | |
| HYP | HYPER - OVER EXCITED | | |

| | ORAL | X | VALUE |
|---|---|---|---|
| NSF | NO SIGNIFICANT FINDINGS | | |
| GING | GINGIVITIS | | |
| DENT | DENTAL DISEASE | X | (MILD) MOD SEVERE |
| | GUM RECESSION | | |
| | PROMAN OR PROMAX | | |

Comments: 0.9 ml ACP + Propfol ; Dental
No further treatment
53

Confidential    ENVIGO_00001530

# CLINICAL TREATMENT FORM

EGSI-QREC-PRD-6201.1 Version: 01
Implementation Date: DD/MM/2021

Date:    Sex: M (F)   Animal No: ~~EUF-C 042~~ CUFCME

Permanent Location: 61-8-56
Clinic Location:

Initial Finding:     Technician:

| GENERAL APPEARANCE | | X | VALUE | HEART | | X | VALUE |
|---|---|---|---|---|---|---|---|
| | WEIGHT | X | 13 Kg | HR | HEART RATE | X | BPM |
| BAR | BRIGHT ALERT RESPONSIVE | | | CRT | CAPILLARY REFILL TIME | X | SEC |
| QAR | QUIET ALERT RESPONSIVE | | | | NO SIGNIFICANT FINDINGS | X | |
| | LETHARGIC | | | | MURMUR | | |
| | NON-RESPONSIVE | | | | FAINT | | |
| | MUCOUS MEMBRANES | X | PALE PINK DRY MOIST | | | | |
| | TEMPERATURE | X | F | RESPIRATORY | | X | VALUE |
| BCS | BODY CONDITION SCORE | X | 1 2 3 4 5 6 (7) 8 9 | RR | RESPIRATORY RATE | X | RR |
| NEUROLOGICAL | | X | VALUE | | NO SIGNIFICANT FINDINGS | X | |
| | HEAD TILT | | R L | SN | NASAL DISCHARGE | | |
| | CIRCLING | | R L | | RAPID RESPIRATION | | |
| | SEIZURE | | | | OPEN MOUTH BREATHING | | |
| GI/DIGESTIVE | | X | VALUE | | COURSE LUNG SOUNDS | | |
| PROR | PROLAPSED RECTUM | | | | DIMINISHED LUNG SOUNDS | | |
| DEHY | DEHYDRATION | | | | COUGHING | | |
| | BLOAT | | | PNEU | PNEUMONIA | | |
| DIAR | DIARRHEA | | | | | | |
| | INAPPETENCE | | | EAR | | X | VALUE |
| | UMBILICAL HERNIA | | | | NO SIGNIFICANT FINDINGS | X | R L |
| | INGUINAL HERNIA | | | OTIT | OTITIS | | R L |
| | INFECTED UMBILICAL | | | TORE | TORN EAR | | R L |
| UROGENITAL | | X | VALUE | HEMA | HEMATOMA | | R L |
| PROP | PROLAPSED PENIS | | | EARW | WRINKLED | | R L |
| CRYB | CRYPTORCHID BILATERAL | | | TATB | TATTOO HARD TO READ | | |
| CRYU | CRYPTORCHID UNILATERAL | | | EYES | | X | VALUE |
| REPRODUCTIVE | | X | VALUE | | NO SIGNIFICANT FINDINGS | X | |
| MYUM | MAMMARY TUMOR | | | EYRN | DISCHARGE | | R L BOTH |
| VAGD | VAGINAL DISCHARGE | | | | CLOUDY | | R L BOTH |
| VGHY | VAGINAL PROLAPSE | | | | DRY | | R L BOTH |
| DYST | DYSTOCIA | | | CONJ | CONJUNCTIVITIS | | R L BOTH |
| MILK | INADEQUATE MILK SUPPLY | | | PNIC | PROLAPSED NICT MEMBRANE | | R L BOTH |
| MAST | MASTITIS | | | BEHAVIOR | | X | VALUE |
| CADF | CALCIUM DEFICIENCY | | | FGHT | AGGR - FIGHTS OTHER DOGS | | |
| MUSCULOSKELETAL | | | VALUE | PULL | PULLED | | EAR TAIL OTHER |
| NSF | NO SIGNIFICANT FINDS | X | | HTH | HARD TO HANDLE | | |
| | SWOLLEN JOINT | | LF RF LR RR | HYP | HYPER - OVER EXCITED | | |
| LAME | LAMENESS | | LF RF LR RR | ORAL | | X | VALUE |
| FRAC | FRACTURE | | LF RF LR RR | NSF | NO SIGNIFICANT FINDINGS | | |
| INTD | INTERDIGITAL CYST | | LF RF LR RR | GING | GINGIVITIS | | |
| DEW_ | DEWCLAWS | | LF RF LR RR | DENT | DENTAL DISEASE | X | (MILD) MOD SEVERE |
| TTN | TORN TOENAIL | | | | GUM RECESSION | | |
| LCRN | LEG CAUGHT IN RUN | | | | PROMAN OR PROMAX | | |
| DERMATOLOGICAL | | X | | | | | |
| NSF | NO SIGNIFICANT FINDS | X | | | | | |
| RASH | RASH | | | | | | |
| LACR | LACERATION | | | | | | |
| | CYST | | | | | | |
| FLYB | FLY STRIKE | | | | | | |
| | PARASITES | | | | | | |
| | HAIR LOSS | | | | | | |
| ABSC | ABSCESS | | | | | | |
| | RAZOR BURN | | | | | | |
| DEMS | DEMODEX SUSPECT | | | | | | |
| DERM | DERMATITIS | | | | | | |
| HEM | HEMATOMA | | | | | | |

VENTRAL     DORSAL     LEFT     RIGHT

Comments: 1.1ml ACP + Propofol : Dentol
No further treatment needed   53

PAGE 1

Confidential     ENVIGO_00001531