# Exhibit C

Examples of Birth Notices

```
JPDBRH                      Envigo                           5/27/22
        CHANGE      BREEDING HISTORY DATA ENTRY

    DAM: CIACME         WHELPED: 2022-05-27    LITTER ID: 220527001*
    SIRE: CKDCMK        LOCATION:  G010949

SEQ  PRE-TATTOO  TATTOO      SEX  STATUS    FOS  DIAGNOSIS / COMMENTS
 1   220527001A              M    OK
 2   220527001B              F    OK
    =========  =========    =   =========  ===  =========================


F3=EXIT   F5=ADD   F6=WHELP   SELECT __
```