# Exhibit D

Examples of Necropsy Reports

# MORTALITY RECORD
Date 25May22

| ID | Sex | Location | Whelp Date | Natural Dam | Foster Dam | Tech/Vet Comments (include foster marks) | Necropsy (Y/N)* | Diagnosis Code* | Initials |
|---|---|---|---|---|---|---|---|---|---|
| 2205180016 | F | G3-2-71 | 18MAY22 | CMFCUJ | NA | 3-3 | Y | CRus11 | 69 |

*A necropsy must be preformed for any animal which diagnosis cannot be made by observation of the body.

Reference: EGS-SOP-PRD-6203, *Handling of Dogs Found Dead*

Confidential ENVIGO_00000866

26May22 #11

## MORTALITY RECORD

Date 26May 22

| ID | Sex | Location | Whelp Date | Natural Dam | Foster Dam | Tech/Vet Comments (include foster marks) | Necropsy (Y/N) * | Diagnosis Code * | Initials |
|---|---|---|---|---|---|---|---|---|---|
| 220518001F Appy | ♀F | 63-2-71 | 18may | CMFCW4 | | 220518001F | Y | SEPT/PE | 69 |
| 220518001E Appy | ♀F | 63-2-71 | 18may | CMFCW4 | | 220518001E SB | Y | DYST | 69 |
| 220522003B Puppy | ♂m | 77 | 22may22 | CLECHE CLECHE | | 220522003B SB | Y | DYST | 69 |
| 220521001E Appy | m | 77 | 21may22 | CMFCK8 CAFCK8 | | 220521001B SB | Y | NEGL | 69 |
| 220519002D Appy | m | 63-2-66 | 21may22 | GIICCD | | 220517002G SB | Y | RESF | 69 |
| 220517002E Appy | m | 63-2-66 | 21may22 | GIICCD | | 220517002F SB | Y | ENTX/SEPT | 69 |
| 220517002E Appy | m | 63-2-66 | 21may22 | GIICCD | | 220517002E SB | Y | RESF | 69 |
| 220517002F Appy | m | 63-2-66 | 21may22 | GIICCD | | 220517002D SB | Y | SEPT/DEHY | 69 |
| 220522005G Appy | f | 63-2-66 | 22may22 | CCCC4 | | 220522005G SB | Y | DYST | 69 |
| 220522005F Appy | F | | 22may22 | CCCC4 | | 220522005F SB | Y | DYST/RNIG | 69 |
| | | | | | | | | DYST/RNIG | |

*A necropsy must be preformed for any animal which diagnosis cannot be made by observation of the body.

Reference: EGS-SOP-PRD-6203, *Handling of Dogs Found Dead*

# Necropsy

Animal ID 2205220038 Puppy CLECHE Date 26may22 initials GS
Sex (M) / F

Body condition  thin __ normal ✓ overwieght __ obese __   *very large*

| | | |
|---|---|---|
| ears/eyes | normal ✓ abnormal ☐ : | |
| skin | normal ✓ abnormal ☐ : | |
| fur | normal ✓ abnormal ☐ : | |
| lymphatics | normal ✓ abnormal ☐ : | |
| respiratory | normal ☐ abnormal ✓ : | Did not float |
| heart | normal ✓ abnormal ☐ : | |
| abdominal | normal ✓ abnormal ☐ : | No milk present |
| oral | normal ✓ abnormal ☐ : | |
| muscle/skeletal | normal ✓ abnormal ☐ : | |
| reproductive | normal ✓ abnormal ☐ : | |
| urogenital | normal ✓ abnormal ☐ : | |

additional comments

Very large fetus. Most likely cause of death is prolonged labor. Dyst

Animal ID 2205/8001F Necropsy
Puppy 7 days old
CMFCWJ    Date 26 May 22    initials GS
Sex    M    (F)

Body condition  thin ☒ normal ☒ overwieght__ obese__

ears/eyes        normal ☒ abnormal ☐ :

skin             normal ☒ abnormal ☐ :

fur              normal ☒ abnormal ☐ :

lymphatics       normal ☒ abnormal ☐ :

respiratory      normal ☐ abnormal ☒ : Congested Bright Red

heart            normal ☐ abnormal ☒ : Congested / Bright Red / Fluid in Lungs
                                       Congested, Bright Red

abdominal        normal ☐ abnormal ☒ :

oral             normal ☐ abnormal ☒ : All GI Tract Injected / Bright Red
                                       Milk Present in Stomach
                                       Removed Bedding from Lyngial Region

muscle/skeletal  normal ☒ abnormal ☐ :

reproductive     normal ☒ abnormal ☐ :

urogenital       normal ☒ abnormal ☒ : Umbilicus Still Patent

additional comments
DQ: Septicemia / Pneumonia
SEPT    PE

Confidential                                                                ENVIGO_00000869

# Necropsy

Animal ID 22057800/E  
Puppy 10 day old  
CmfCws   Date 26 May 22   initials GG  
Sex   M   (F) Puppy

Body condition   thin__ normal X overwieght__ obese__

| | | |
|---|---|---|
| ears/eyes | normal ✓ abnormal ☐ : | |
| skin | normal ✓ abnormal ☐ : | |
| fur | normal ✓ abnormal ☐ : | |
| lymphatics | normal ☐ abnormal ☐ : | NSF autolysed. |
| respiratory | normal ☐ abnormal ✓ : | Lungs did not float |
| heart | normal ✓ abnormal ☐ : | |
| abdominal | normal ☐ abnormal ☐ : | Autolysed |
| oral | normal ✓ abnormal ☐ : | |
| muscle/skeletal | normal ✓ abnormal ☐ : | |
| reproductive | normal ☐ abnormal ☐ : | |
| urogenital | normal ☐ abnormal ✓ : | Umbilicus still attached, patent |

additional comments

Still Born Puppy - Lungs did not float. DD: Difficult Birth Premature Separation of umbilicus - Dyst

Confidential   ENVIGO_00000870

# Necropsy

Animal ID 220522005G PuppySB CLCCLU  Date 26MAY2022 initials GG
Sex  M  (F)  Puppy SB

Body condition  thin __  normal ✓ but small  overwieght __  obese __

- ears/eyes            normal ✓  abnormal ☐ :
- skin                 normal ✓  abnormal ☐ :
- fur                  normal ✓  abnormal ☐ :
- lymphatics           normal ☐  abnormal ☐ :  Not observed
- respiratory          normal ☐  abnormal ✓ :  Did not Float
- heart                normal ✓  abnormal ☐ :
- abdominal            normal ✓  abnormal ☐ :  No milk
- oral                 normal ✓  abnormal ☐ :
- muscle/skeletal      normal ✓  abnormal ☐ :
- reproductive         normal ☐  abnormal ☐ :  Not observed
- urogenital           normal ✓  abnormal ☐ :

additional comments

SB puppy. Lungs Did not Float  CYST

# Necropsy

Animal ID  220522005F  Puppy 58 CLCCLU   Date 26may22  initials  69
Sex    M    (F)

Body condition   thin__  normal ✓ (small)  overwieght__  obese__

| | | |
|---|---|---|
| ears/eyes | normal ✓ abnormal ☐ : | |
| skin | normal ✓ abnormal ☐ : | |
| fur | normal ✓ abnormal ☐ : | |
| lymphatics | normal ☐ abnormal ☐ : | Not observed |
| respiratory | normal ☐ abnormal ✓ : | Did not Float. Some autolysis Present |
| heart | normal ✓ abnormal ☐ : | |
| abdominal | normal ✓ abnormal ☐ : | No Food in stomach, some autolysis present |
| oral | normal ✓ abnormal ☐ : | |
| muscle/skeletal | normal ✓ abnormal ☐ : | |
| reproductive | normal ☐ abnormal ☐ : | Not observed |
| urogenital | normal ✓ abnormal ☐ : | Imbilical Cord still attached |

additional comments
Some autolysis Present in Abdomen. Small for gestion period  DYSTIRNTG

Confidential                                                                                                ENVIGO_00000872

# Necropsy

Animal ID 2205170020 CIICCD Date 26 May 2022 initials OG
Sex (M) __ F __

Body condition thin ✓ normal__ overwieght__ obese__

| | | |
|---|---|---|
| ears/eyes | normal ✓ abnormal ☐ : | Not open |
| skin | normal ☐ abnormal ✓ : | Tacky |
| fur | normal ✓ abnormal ☐ : | |
| lymphatics | normal ☐ abnormal ☐ : | not observed |
| respiratory | normal ☐ abnormal ✓ : | Flooded, inflammed |
| heart | normal ☐ abnormal ✓ : | Pericardia inflammed |
| abdominal | normal ☐ abnormal ✓ : | Inflammation present, no food in stomach |
| oral | normal ✓ abnormal ☐ : | |
| muscle/skeletal | normal ✓ abnormal ☐ : | |
| reproductive | normal ✓ abnormal ☐ : | Not observed |
| urogenital | normal ☐ abnormal ✓ : | Umbilicus open |

additional comments

DX: Sept Septic, Dehydrated
    Sept  DEHY

Confidential　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ENVIGO_00000873

# Necropsy

Animal ID  220517002E  CIICCD   Date 26May2022 initials 69
Sex  (M)    F

Body condition  thin__  normal ✓  overwieght__  obese__

| | | |
|---|---|---|
| ears/eyes | normal ✓ abnormal ☐ : | Not open |
| skin | normal ☐ abnormal ✓ : | Sub Q Petechial Hemmorage, Brushing |
| fur | normal ✓ abnormal ☐ : | |
| lymphatics | normal ☐ abnormal ☐ : | Not observed |
| respiratory | normal ☐ abnormal ✓ : | Floated - inflated, Bright Red |
| heart | normal ✓ abnormal ☐ : | |
| abdominal | normal ☐ abnormal ✓ : | Badly autolyzed |
| oral | normal ☐ abnormal ✓ : | Bedding in oral cavity, Milk present |
| muscle/skeletal | normal ✓ abnormal ☐ : | |
| reproductive | normal ☐ abnormal ☐ : | Not observed |
| urogenital | normal ☐ abnormal ☐ : | Not observed |

additional comments
DD: Sofficration RESP

Confidential
ENVIGO_00000874

# Necropsy

Animal ID 220517002F CIICCD Date 26 May 2022 initials GG
Sex (M) F

Body condition thin__ normal ✓ overwieght__ obese__

| | | |
|---|---|---|
| ears/eyes | normal☐ abnormal ☑: | Recessed |
| skin | normal☑ abnormal ☐: | Both front paws have redness around dew claw sites |
| fur | normal☑ abnormal ☐: | |
| lymphatics | normal☑ abnormal ☐: | |
| respiratory | normal☑ abnormal ☐: | |
| heart | normal☐ abnormal ☑: | Intact |
| abdominal | normal☐ abnormal ☑: | Milk present; GI tract inflamed |
| oral | normal☑ abnormal ☐: | |
| muscle/skeletal | normal☑ abnormal ☐: | |
| reproductive | normal☑ abnormal ☐: | |
| urogenital | normal☑ abnormal ☐: | |

additional comments
DD, i Gastroenteritis, ② Septic
Entx peri-n sept

Confidential                                                                 ENVIGO_00000875

# Necropsy

Animal ID 220519002(?) CIICCO Date 26 May 2022 initials 69
Sex (M) / F

Body condition  thin__  normal ✓  overwieght__  obese__

| | | |
|---|---|---|
| ears/eyes | normal ✓ abnormal ☐ : | |
| skin | normal ✓ abnormal ☐ : | |
| fur | normal ✓ abnormal ☐ : | |
| lymphatics | normal ✓ abnormal ☐ : | |
| respiratory | normal ☐ abnormal ✓ : | Floaty: Bright Red |
| heart | normal ✓ abnormal ☐ : | |
| abdominal | normal ✓ abnormal ☐ : | |
| oral | normal ✓ abnormal ☐ : | |
| muscle/skeletal | normal ✓ abnormal ☐ : | |
| reproductive | normal ✓ abnormal ☐ : | |
| urogenital | normal ✓ abnormal ☐ : | Umbilicus Closed |

additional comments
Suffocation RESP

Confidential

## 220521001B Necropsy

Animal ID CHECKE hoppy CLECHE Date 28 may 22 initials GS
Sex (M) F

Body condition thin__ normal ✓ overwieght__ obese__

ears/eyes        normal ✓ abnormal ☐ : _____

skin             normal ✓ abnormal ☐ : _____

fur              normal ✓ abnormal ☐ : _____

lymphatics       normal ✓ abnormal ☐ : _____

respiratory      normal ✓ abnormal ☐ : Lungs Floated

heart            normal ✓ abnormal ☐ : _____

abdominal        normal ✓ abnormal ☐ : No milk

oral             normal ✓ abnormal ☐ : _____

muscle/skeletal  normal ✓ abnormal ☐ : _____

reproductive     normal ✓ abnormal ☐ : _____

urogenital       normal ✓ abnormal ☐ : _____

additional comments
Still Born — Lungs Floated — NSF. Possibly Rejected By Dam
NEGL

Confidential                                            ENVIGO_00000877