# Exhibit G

Emails to Counsel for US re request to euthanize

# Manuelpillai, Wesline N

| | |
|---|---|
| **From:** | Perron, Jeannie |
| **Sent:** | Thursday, May 26, 2022 6:14 PM |
| **To:** | Hollingsworth, Mary (ENRD); Razi, Benjamin; Panda, Shampa (ENRD); Giorno, Anthony (USAVAW) |
| **Cc:** | Manuelpillai, Wesline N |
| **Subject:** | RE: United States v. Envigo -- Urgent request-- Confidential |
| **Importance:** | High |

**Confidential**

Dear Counsel:

Pursuant to Paragraph 14 of the May 21, 2022 Temporary Restraining Order, I am seeking consent of counsel for the United States to allow a veterinarian at the Envigo Cumberland, Virginia facility to perform euthanasia on a puppy at the facility. The puppy was born on May 5. It weighs 412 g and is approximately half the size of its littermates. The Attending Veterinarian, Dr. Len Murray, who is board certified in laboratory animal medicine and in preventive veterinarian medicine, started the litter on Albon to treat yellow, watery diarrhea. He also prescribed subcutaneous fluids for this puppy BID. The puppy exhibited reddish-brown tinged vomit this afternoon. Dr. Murray suspects pneumonia and requests permission to euthanize the puppy **ASAP** as an animal welfare measure.

Thank you for your attention to this matter.

Jeannie Perron, JD, DVM
Counsel to Envigo


**Jeannie Perron, JD, DVM**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5687 | jperron@cov.com
www.cov.com

**COVINGTON**

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

# Manuelpillai, Wesline N

| | |
|---|---|
| **From:** | Perron, Jeannie |
| **Sent:** | Tuesday, May 31, 2022 10:22 AM |
| **To:** | Hollingsworth, Mary (ENRD); Razi, Benjamin; Panda, Shampa (ENRD); Giorno, Anthony (USAVAW) |
| **Cc:** | Manuelpillai, Wesline N |
| **Subject:** | RE: United States v. Envigo Request to euthanize Confidential |
| **Importance:** | High |

**Confidential**

Dear Counsel:

Pursuant to Paragraph 14 of the May 21, 2022 Temporary Restraining Order, I am seeking consent of counsel for the United States to allow a veterinarian at the Envigo Cumberland, Virginia facility to perform euthanasia on a puppy at the facility. Puppy CNCCHR has been diagnosed with pneumonia and not responding to treatment. Dr. Murray requests permission to euthanize the puppy **ASAP** as an animal welfare measure.

Thank you for your attention to this matter.

Jeannie Perron, JD, DVM
Counsel to Envigo



**Jeannie Perron, JD, DVM**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5687 | jperron@cov.com

M +1 703 346 4640
www.cov.com

**COVINGTON**

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

# Manuelpillai, Wesline N

| | |
|---|---|
| **From:** | Perron, Jeannie |
| **Sent:** | Tuesday, June 7, 2022 3:51 PM |
| **To:** | Hollingsworth, Mary (ENRD); Razi, Benjamin |
| **Cc:** | Panda, Shampa (ENRD); Giorno, Anthony (USAVAW); Manuelpillai, Wesline N; John D. Adams; Brandon M. Santos |
| **Subject:** | Urgent - euthanasia request |
| **Importance:** | High |

Dear Mary

The facility hereby requests urgent concurrence on the euthanasia of 19-day old puppy. It appears the puppy's mother bit the puppy and it has a serious facial injury. The puppy is in significant distress. This is a puppy from dam CJBCJV, puppy no. Puppy220520001A.

Thank you for your **urgent attention to this request.**

Best,

Jeannie


**Jeannie Perron, JD, DVM**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5687 | jperron@cov.com

M +1 703 346 4640
www.cov.com

## COVINGTON

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.