# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

**United States of America**

vs.

**Envigo RMS, LLC**

Action No:   6:22CV00028
Date:   June 13, 2022
Judge:   Norman K. Moon
Court Reporter:   Judy Webb
Deputy Clerk:   Carmen Amos

Plaintiff Attorney(s)
Anthony P. Giorno
Mary Hollingsworth
Shampa Panda

Defendant Attorney(s)
Benjamin J. Razi
Brandon M. Santos

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1. Inv. Amy Taylor

DEFENDANT:

1. Dr. Len Murray
2. Dr. John Sagartz

PROCEEDINGS:

Parties present by Zoom/Videoconference for hearing on Dkt. 17 – Motion for Preliminary Injunction filed by the USA.   Arguments and testimony heard.   Parties to try to confer and work out a way to settle this matter and report to the Court by the end of the week.

Also present on camera:   Jeannie Perron (attorney and veterinarian) and Fernanda Beraldi (on behalf of Inotiv).

Time in Court:   12:59 – 2:52 p.m.; 2:58 – 3:31 p.m. (Total Time:   2 hours, 26 minutes)