# EXHIBIT A

# ACKNOWLEDGEMENT

**Order Number:** 506906 S4

**ENVIGO**

**Sold To:** [redacted] Netherlands
**Ship To:** [redacted] France

| Order Date | Customer's Ord No. | Ordered By | Carrier | Customer Number | Delivery Date | Page |
|---|---|---|---|---|---|---|
| 04/26/2022 | 688192 | [redacted] | Outside Delivery Service | 20 | 05/27/2022 | 1 of 1 |

| Quantity | Item Number | Description | Sex | Branch | Location | Researcher | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 7 | 22015M | HsdHre:Beagle 15-16 months [redacted] 427116 SO | Male | 51401 | | | [redacted] | [redacted] |
| 7 | 9999K3A | Kennel - 300 - Air | N/A | 51401 | | | [redacted] | [redacted] |
| 4 | 22006M | HsdHre:Beagle 6-7 months [redacted] 427116 SO | Male | 51401 | | | [redacted] | [redacted] |
| 4 | 9999K3A | Kennel - 300 - Air | N/A | 51401 | | | [redacted] | [redacted] |

Envigo Global Services, Inc.
Customer Service Team
(800) 793-7287 Option 4
DL-Client_Services@envigo.com

All transactions are subject to Envigo Terms & Conditions which are available at www.envigo.com/saleterms

**Payment Terms - Net 30 Days**

**Estimated Tax Amount USD**
**Estimated Total Amount USD** [redacted]

**Order Taken By** [redacted]