# EXHIBIT A –

# Virginia Secretary of State Entity Information:

# Envigo Global Services Inc. (entity ID F0526493)

# Entity Information

## Entity Information

| | |
|---:|:---|
| Entity Name: | Envigo Global Services Inc. |
| Entity ID: | F0526493 |
| Entity Type: | Stock Corporation |
| Entity Status: | **Active** |
| Series LLC: | N/A |
| Reason for Status: | Active and In Good Standing |
| Formation Date: | N/A |
| Status Date: | 06/16/2020 |
| VA Qualification Date: | 05/22/1995 |
| Period of Duration: | Perpetual |
| Industry Code: | 0 - General |
| Annual Report Due Date: | N/A |
| Jurisdiction: | PA |
| Charter Fee: | $60.00 |
| Registration Fee Due Date: | Not Required |

## Registered Agent Information

| | |
|---:|:---|
| RA Type: | Entity |
| Locality: | RICHMOND CITY |
| RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | CORPORATION SERVICE COMPANY |
| Registered Office Address: | 100 Shockoe Slip Fl 2, Richmond, VA, 23219 - 4100, USA |

## Principal Office Address

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx)   Contact Us

Address:

(https://www.scc.virginia.gov/clk/clk_contact.aspx)

8520 Allison Pointe Blvd Ste 400, Indianapolis, IN, 46250 - 5702, USA

(https://www.scc.virginia.gov/clk/clk_contact.aspx)

(https://www.facebook.com/VirginiaStateCorporationCommission)

(https://twitter.com/VAStateCorpComm)

## Principal Information

| Title | Director | Name | Address | Last Updated |
|---|---|---|---|---|
| Chief Financial Officer | Yes | Stephen Symonds | 8520 Allison Pointe Blvd Ste 400, Indianapolis, IN, 46250 - 5702, USA | 05/31/2022 |
| Secretary | No | Mark Bibi | 8520 Allison Pointe Blvd Ste 400, Indianapolis, IN, 46250 - 5702, USA | 05/31/2022 |
| | Yes | Jim Harkness | 8520 Allison Pointe Blvd Ste 400, Indianapolis, IN, 46250 - 5702, USA | 05/31/2022 |
| Treasurer | No | Stephen H. Reynolds | 8520 Allison Pointe Blvd Ste 400, Indianapolis, IN, 46250 - 5702, USA | 05/31/2022 |
| President | Yes | Adrian Hardy | 8520 Allison Pointe Blvd Ste 400, Indianapolis, IN, 46250 - 5702, USA | 05/31/2022 |

## Current Shares

Total Shares: 1000

Filing History     RA History     Name History     Previous Registrations

Garnishment Designees     Image Request

Back     Return to Search     Return to Results

Back to Login

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx)     Contact Us

(https://www.scc.virginia.gov/clk/clk_contact.aspx)