# EXHIBIT B – Virginia Secretary of State Entity Information: Envigo RMS, LLC (entity ID T0806093)

# Entity Information

## Entity Information

|  |  |
|---|---|
| Entity Name: | Envigo RMS, LLC |
| Entity ID: | T0806093 |
| Entity Type: | Limited Liability Company |
| Entity Status: | **Active** |
| Series LLC: | No |
| Reason for Status: | Active |
| Formation Date: | 04/29/2019 |
| Status Date: | 08/03/2020 |
| VA Qualification Date: | 06/03/2019 |
| Period of Duration: | Perpetual |
| Industry Code: | 0 - General |
| Annual Report Due Date: | N/A |
| Jurisdiction: | DE |
| Charter Fee: | N/A |
| Registration Fee Due Date: | Not Required |

## Registered Agent Information

|  |  |
|---|---|
| RA Type: | Entity |
| Locality: | RICHMOND CITY |
| RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | CORPORATION SERVICE COMPANY |
| Registered Office Address: | 100 SHOCKOE SLIP 2ND FLR, RICHMOND, VA, 23219 - 0000, USA |

## Principal Office Address

Address:

8520 ALLISON POINTE BLVD STE 400, INDIANAPOLIS, IN, 46250, USA

(https://www.scc.virginia.gov/clk/clk_contact.aspx)

(https://www.facebook.com/VirginiaStateCorporationCommission)

(https://twitter.com/VAStateCorpComm)

| Filing History | RA History | Name History | Previous Registrations | Protected Series |

Garnishment Designees    Image Request

Back    Return to Search    Return to Results

Back to Login

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx)    Contact Us
(https://www.scc.virginia.gov/clk/clk_contact.aspx)