IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. ENVIGO RMS, LLC, *Defendant*. | Case No. 6:22-00028-NKM |

**NOTICE OF SUBMISSION OF THE PARTIES' JOINT TRANSFER PLAN**

In compliance with the Court's June 30, 2022 order, ECF No. 34, the United States and Envigo RMS, LLC ("the Parties") hereby submit the Parties' joint transfer plan to transfer all beagles remaining at the Cumberland Facility. Ex. A (Joint Transfer Plan).  Furthermore, the Parties have reached an agreement in principle to resolve this case in its entirety. Accordingly, the United States respectfully requests a 10 day extension on this Court's directive to "schedule a hearing on whether the plan presented by the Government should be incorporated into the Injunction against Envigo," ECF No. 34 at 3, to secure the necessary approvals to finalize the settlement.

DATED: July 1, 2022

Respectfully Submitted,

| | |
|---|---|
| CHRISTOPHER R. KAVANAUGH<br>United States Attorney | TODD KIM<br>Assistant Attorney General<br>Environment & Natural Resources Division |
| /s/ Anthony P. Giorno<br>ANTHONY P. GIORNO<br>First Assistant United States Attorney<br>Virginia Bar No. 15830 | /s/ Mary Hollingsworth<br>MARY HOLLINGSWORTH<br>Senior Trial Attorney<br>Arizona Bar No. 027080<br>United States Department of Justice<br>Environment & Natural Resources Division |

Wildlife & Marine Resources Section
999 18th Street, Rm. 370
Denver, CO 80202
Mary.hollingsworth@usdoj.gov
303-844-1898
SHAMPA A. PANDA
Trial Attorney
California Bar No. 316218
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Shampa.panda@usdoj.gov | 202-598-3799
Fax: 202-305-0275
*Attorneys for the United States of America*

/s/ Brandon Michael Santos
John D. Adams (VSB No. 65203)
Brandon M. Santos (VSB No. 75380)
McGuireWoods LLP
Gateway Plaza 800
East Canal Street
Richmond, VA 23219
Telephone: (804) 775-4745
Facsimile: (804) 698-2194
jadams@mcguirewoods.com
bsantos@mcguirewoods.com

/s/ Benjamin Razi
Benjamin Razi (D.C. Bar No. 475946)
  (*admitted pro hac vice*)
Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5463
Fax: (202) 778-5463
brazi@cov.com

*Counsel for Defendant Envigo RMS, LLC*